AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Anatoly Sorokin <br><br> *Plaintiff(s)* <br><br> v. <br><br> HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Benjamin Delo and Samuel Reed <br><br> *Defendant(s)* | Civil Action No. 4:21-CV-03576-KAW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
>CONSENSUS LAW
>5245 Av. Isla Verde
>Suite 302
>Carolina, PR 00979
>United States of America

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 5/13/2021

*Signature of Clerk or Deputy Clerk*

**Rider**

HDR Global Trading Limited (A.K.A. BitMex)
301 Battery Street, 4th Floor
San Francisco, California 94111


ABS Global Trading Limited
c/o CORPORATE CREATIONS NETWORK INC.
4640 Admiralty Way 5th floor
Marina Del Rey, CA 90292


Arthur Hayes
301 Battery Street, 4th Floor
San Francisco, California 94111

Benjamin Delo
c/o HDR Global Trading Limited (A.K.A. BitMex)
301 Battery Street, 4th Floor
San Francisco, California 94111


Samuel Reed
c/o HDR Global Trading Limited (A.K.A. BitMex)
301 Battery Street, 4th Floor
San Francisco, California 94111