UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612
_____
www.cand.uscourts.gov

Susan Y. Soong                                          GENERAL COURT NUMBER
CLERK OF COURT                                          510-637-3530

May 28, 2021

Re:  **Sorokin v. HDR Global Trading Limited**
     21-cv-03576-KAW

Dear Counsel:

        This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

        A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  Plaintiff shall complete the attached form documenting either consent or declination and e-file it with the Court by **June 11, 2021**.   This form can be found on the Court's website at www.cand.uscourts.gov. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

                                    Susan Y. Soong
                                    Clerk, United States District Court

                            By: _____
                                    Aris Garcia, Deputy Clerk to
                                    Magistrate KANDIS A. WESTMORE

1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

6    ANATOLY SOROKIN,                          Case No.  21-cv-03576-KAW

        Plaintiff,
7

        v.                                     **CONSENT OR DECLINATION**
8                                              **TO MAGISTRATE JUDGE**
      HDR GLOBAL TRADING LIMITED, et           **JURISDICTION**
9     al.,

10          Defendants.

11          **INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you

12    (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to

13    consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

14          ( )    <u>**Consent**</u> **to Magistrate Judge Jurisdiction**

15          In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily <u>**consent**</u> to
16    have a United States magistrate judge conduct all further proceedings in this case, including trial
      and entry of final judgment. I understand that appeal from the judgment shall be taken directly to
17    the United States Court of Appeals for the Ninth Circuit.

18          **OR**

19          ( )    <u>**Decline**</u> **Magistrate Judge Jurisdiction**

20
            In accordance with the provisions of 28 U.S.C. § 636(c), I <u>**decline**</u> to have a United
21    States magistrate judge conduct all further proceedings in this case and I hereby request that this
      case be reassigned to a United States district judge.
22

23    DATE: _____          NAME: _____

24                                    COUNSEL FOR
                                      (OR "PRO SE"): _____
25

26
                                                    _____
27                                                        *Signature*

28