1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7  ANATOLY SOROKIN, | Case No.  4:21-cv-03576-JSW  JSW |
| 8             Plaintiffs, | |
| 9        v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| 10  HDR GLOBAL TRADING LIMITED, et al., | |
| 11             Defendants. | |

12

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14        The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

15  ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

16  Conference shall be held in this case on August 20, 2021, at 11:00 A.M., **via AT&T**

17  **Teleconference (call in information: 1-888-684-8852  access code: 8583698#) or, if permitted,**

18  in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

19        Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

20  any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

21  plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

22  with Civil L. R. 5-5(a).

23        The parties shall file a joint case management statement no later than **five (5) court days**

24  prior to the conference.  The joint case management statement shall address all of the topics set

25  forth in the Standing Order for All Judges of the Northern District of California - Contents of Joint

26  Case Management Statement, which can be found on the Court's website located at

27  http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

28  proceeding without counsel, the parties may file separate case management statements.  Separate

*United States District Court*
*Northern District of California*

United States District Court
Northern District of California

1  statements may also address all of the topics set forth in the Standing Order referenced above.

2      The parties shall appear in person through counsel with full and complete authority: (1) to

3  address all issues presented in their joint case management conference statement; and (2) to enter

4  stipulations, make admissions, and agree to further scheduling dates.  The parties shall identify the

5  person who shall appear at the case management conference in the case management conference

6  statement.

7      Any request to reschedule the date of the conference shall be made in writing, and by

8  stipulation if possible, at least **ten (10) calendar days** before the date of the conference and must

9  be based upon good cause.  In order to assist the Court in evaluating any need for disqualification

10  or recusal, the parties shall disclose to the Court the identities of any person, associations, firms,

11  partnerships, corporations or other entities known by the parties to have either (1) financial interest

12  in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that

13  could be substantially affected by the outcome of the proceeding.  If disclosure of non-party

14  interested entities or persons has already been made as required by Civil L. R. 3-16, the parties

15  may simply reference the pleading or document in which the disclosure was made.  In this regard,

16  counsel are referred to the Court's Recusal Order posted on the Court website at the Judges

17  Information link at http://www.cand.uscourts.gov.

18      **IT IS SO ORDERED**.

19  Dated: August 4, 2021

20  

21  JEFFREY S. WHITE
    United States District Judge

2