Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Sanjay Prasad, Esq. (SBN 191230)
APPLETON LUFF
221 Main Street, #496
Los Altos, CA 94023
United States of America
Telephone: (650) 918-7647
Email: prasad@appletonluff.com

Attorneys for Plaintiffs
BMA LLC, Yaroslav Kolchin,
Vitaly Dubinin, Dmitry Dolgov
And Păun Gabriel-Razvan

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov and Păun Gabriel-Razvan,<br><br>Plaintiffs,<br><br>v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes, Ben Delo and Samuel Reed,<br><br>Defendants. | Case No. 3:20-cv-3345-WHO<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES**<br><br><br><br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

Plaintiffs BMA LLC, Yaroslav Kolchin, Vitaly Dubinin, Dmitry Dolgov, and Păun Gabriel-Razvan (together, "Plaintiffs") respectfully submit this Administrative Motion to Relate Cases. The Plaintiffs request that this action, *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO, be designated as related to *Sorokin v. HDR Global Trading Limited*, No. 4:21-cv-03576-JSW, which asserts substantially similar claims against the same defendants as in the *BMA* action.

## RELATED ACTIONS

1. *BMA LLC v. HDR Global Trading Limited*, No. 3:20-cv-03345-WHO
2. *Sorokin v. HDR Global Trading Limited*, No. 4:21-cv-03576-JSW

## RELATIONSHIP OF THE ACTIONS

Plaintiffs' counsel, Pavel Pogodin, Esq., filed the initial complaint in the *BMA* action on May 16, 2020. *BMA*, ECF 1. On October 14, 2020, Plaintiffs' counsel filed a second action, *Dolgov v. HDR Global Trading Limited*, No. 3:20-cv-07140-WHO, against all of the Defendants named in the *BMA* Second Amended Complaint. *Dolgov*, ECF 1. Defendants filed an Administrative Motion to Consider Whether Cases Should Be Related as to the *BMA* and *Dolgov* actions, which the Court granted in its November 5, 2020 order relating the *Dolgov* action with the *BMA* action. *BMA*, ECF 79, 88. The Court subsequently granted Defendants' motion to consolidate *Dolgov* and *BMA* at a November 10, 2020 hearing. *BMA*, ECF 94. On November 13, 2020, after Defendants' counsel Stephen D. Hibbard, despite repeated requests, refused to stipulate to an extension of statute of limitation for Mr. Gabriel-Razvan, Plaintiffs' counsel was forced to file a third lawsuit entitled *Păun Gabriel-Razvan v. HDR Global Trading Limited*, No. 3:20-cv-08034-WHO. Pursuant to the parties' stipulation, on November 25, 2020, the Court related and consolidated the *Gabriel-Razvan* action with the *BMA* action on the basis that the *Gabriel-Razvan* action was substantially similar to the *BMA* and *Dolgov* actions and named identical defendants. *BMA*, ECF 98. The *Sorokin* action was likewise brought against the same defendants who remain in the consolidated *BMA* action, after Defendants' counsel Stephen D. Hibbard again refused to stipu-

late to extension of statute of limitation for Mr. Sorokin, despite repeated requests.[1] Further, Plaintiffs' counsel identified the *BMA* action as a related case on the *Sorokin* Civil Cover Sheet when filing the complaint. *Sorokin*, ECF 1-1.

Both the operative *BMA* complaint—a Second Amended Consolidated Complaint ("SACC") filed on June 5, 2021—and the *Sorokin* complaint assert claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), the Commodity Exchange Act ("CEA"), California common law, and California Business & Professions Code § 17200. *See BMA*, ECF 153 (SACC); *Sorokin*, ECF 1. The claims in both cases are based on similar allegations of fraudulent solicitation, market manipulation and money laundering related to the operation of the BitMEX trading platform, and allege trading losses based on the same alleged conduct. *See id*.

Given the degree of similarity of these very detailed complaints—each of which is over 350 pages and attaches more than twenty exhibits—all Parties and the Court will be unnecessarily burdened if the cases were to proceed before different judges. Requiring two judges to engage with the complaints and rule on parallel motions will inevitably, but needlessly, result in duplication of labor and expense. Furthermore, proceeding before different judges creates the potential for conflicting results. Civil Local Rule 3-12(a)(2). All of this can be avoided by assigning the *Sorokin* case to Honorable Judge Orrick, who has already ruled on motions in the *BMA* case, including Defendants' motion to dismiss the Consolidated Complaint, and who is scheduled to hear Defendants' motion to dismiss the SACC on August 25, 2021.

Given the related nature of these cases and the opportunities for efficiency and judicial economy, the Plaintiffs respectfully request that the Honorable Court designate the *Sorokin* action as related to the *BMA* Action.[2]

---

[1] Plaintiffs' counsel would not have filed the *Gabriel-Razvan* action and *Sorokin* action until after the ruling on the Motion to Dismiss in the *BMA* action, if Defendants' counsel Stephen D. Hibbard stipulated to an appropriate extension of applicable limitation periods, as was repeatedly requested of him by Plaintiffs' counsel.

[2] To achieve even greater judicial efficiency, Plaintiffs in both actions expressly reserve the right to seek transfer of both actions for coordinated or consolidated pretrial proceedings pursuant to the Rules of Judicial Panel on Multidistrict Litigation. Plaintiffs also expressly reserve all arguments, claims and defenses. Plaintiff *Sorokin's* expressly reserves his right to amend his Complaint as a matter of course pursuant to FRCP 15(a)(1).

| | |
|---|---|
| Dated: August 13, 2021 | Respectfully submitted,<br><br>By:   /s/ Pavel I. Pogodin<br>      Pavel I. Pogodin<br><br>CONSENSUS LAW<br>Pavel I. Pogodin, Ph.D., Esq.<br>5245 Ave Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Email: pp@consensuslaw.io<br>Attorneys for Plaintiffs |