UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>HDR GLOBAL TRADING LIMITED, et al.,<br><br>    Defendants. | Case No.  4:21-cv-03576-JSW<br><br>**CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 15 |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference, scheduled on August 20, 2021 at 11:00 a.m. before the HONORABLE JEFFREY S. WHITE, is vacated and will be reset, if necessary, pending ruling on the Motion to Relate.

Dated: August 17, 2021

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov