| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>Telephone: +1.310.229.1000<br>Facsimile: +1.310.229.1001<br><br>Attorneys for Defendant<br>ARTHUR HAYES<br><br>Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)<br>pp@consensuslaw.io<br>CONSENSUS LAW<br>5245 Av. Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone: +1.650.469.3750<br><br>Attorneys for Plaintiff<br>ANATOLY SOROKIN | Edward H. Takashima (State Bar No. 270945)<br>etakashima@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>725 S Figueroa Street, 31st Floor<br>Los Angeles, CA 90017<br>Telephone: +1.213.629.9040<br>Facsimile: +1.213.629.9022<br><br>Attorneys for Defendant<br>BEN DELO<br><br>Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: +1.212.906.1200<br>Facsimile: +1.212.751.4864<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: +1.650.328.4600<br>Facsimile: +1.650.463.2600<br><br>Attorneys for Defendant<br>SAMUEL REED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>    Plaintiff,<br><br>  v.<br><br>HDR GLOBAL TRADING LIMITED (A.K.A. BITMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; BEN DELO; AND SAMUEL REED,<br><br>    Defendants. | Case No. 3:21-cv-03576-WHO<br><br>**STIPULATION AND ORDER REGARDING FIRST AMENDED COMPLAINT AND RESPONSE DEADLINE TO FIRST AMENDED COMPLAINT** |

Plaintiff Anatoly Sorokin ("Plaintiff") and Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, Ben Delo, and Samuel Reed (together, the "Defendants," and collectively, the "Parties"), through their counsel of record, stipulate as follows:

WHEREAS, on May 12, 2021, Plaintiff filed his Complaint (ECF 1);

WHEREAS, on August 13, 2021, the plaintiffs in *BMA LLC, et al. v. HDR Global Trading Limited, et al.*, No. 3:20-cv-03345-WHO (N.D. Cal.) (the "*BMA* action") filed an administrative motion to relate the *BMA* action with this action (*BMA* ECF 173);

WHEREAS, on August 16, 2021, the defendants in the *BMA* action filed a response to the plaintiffs' administrative motion (*BMA* ECF 176);

WHEREAS, on August 18, 2021, this Court issued a related case order relating this action with the *BMA* action (ECF 18 and *BMA* ECF 178);

WHEREAS, on August 25, 2021, the Court in the *BMA* action held a hearing on the defendants' motion to dismiss the plaintiffs' second amended consolidated complaint;

WHEREAS, Plaintiff's counsel has indicated that he would like to file a First Amended Complaint in this action;

WHEREAS, Defendants ABS Global Trading Limited and Samuel Reed's deadline to respond to Plaintiff's Complaint was August 30, 2021, pursuant to executed waivers of service (ECF 9, 12);

WHEREAS, other Defendants' deadline to respond to Plaintiff's Complaint is September 27, 2021, pursuant to executed waivers of service (*see, e.g.*, ECF 8, 10); and

WHEREAS, the parties have met and conferred and have agreed to the proposal below regarding a First Amended Complaint from Plaintiff, subject to the Court's approval.

NOW THEREFORE, pursuant to Civil L.R. 7-12, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Plaintiff will file any First Amended Complaint within 30 days of the entry of the Court's order in the *BMA* action as to the defendants' motion to dismiss the plaintiffs' second amended consolidated complaint;

2. Following the filing of any First Amended Complaint, Defendants will have 35 days to file any motion to dismiss or otherwise respond to Plaintiff's First Amended Complaint, the memorandum in support of any motion to dismiss may be no longer than 35 pages;

3. Plaintiff will have 35 days to oppose any motion to dismiss filed by Defendants, which may be no longer than 35 pages;

4. Defendants will have 21 days to reply to any opposition filed by Plaintiff, which may be no longer than 20 pages; and

5. If Plaintiff chooses not to file a First Amended Complaint, counsel for Plaintiff will indicate such to counsel for Defendants in writing, and Defendants will have 35 days from that date to file any motion to dismiss or otherwise respond to Plaintiff's Complaint.

Dated:  September 2, 2021                         JONES DAY

By: */s/ Stephen D. Hibbard*
      Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED


AKIN GUMP STRAUSS HAUER & FELD LLP


By: */s/ Peter I. Altman*
      Peter I. Altman

Counsel for Defendant
ARTHUR HAYES


BOIES SCHILLER FLEXNER LLP


By: */s/ Edward H. Takashima*
      Edward H. Takashima

Counsel for Defendant
BEN DELO

2

Case No. 3:21-cv-03576-WHO
STIP. & [PROPOSED] ORDER RE: AM. COMPL.

LATHAM & WATKINS, LLP


By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

CONSENSUS LAW


By: */s/ Pavel I. Pogodin*
    Pavel I. Pogodin

Counsel for Plaintiff
ANATOLY SOROKIN

3

Case No. 3:21-cv-03576-WHO
STIP. & [PROPOSED] ORDER RE: AM. COMPL.

1 |      I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2 | this STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED
3 | COMPLAINT AND RESPONSE DEADLINE TO FIRST AMENDED COMPLAINT.  In
4 | compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.
5 | DATED:  September 2, 2021

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD

4

Case No. 3:21-cv-03576-WHO
STIP. & [PROPOSED] ORDER RE: AM. COMPL.

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 3, 2021

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

5

Case No. 3:21-cv-03576-WHO
STIP. & [PROPOSED] ORDER RE: AM. COMPL.