# EXHIBIT 1

| | |
|---|---|
| **From:** | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
| **Sent:** | Friday, October 8, 2021 3:45 PM |
| **To:** | Hibbard, Stephen D. |
| **Cc:** | Sanjay Prasad; Altman, Peter; Ro, Jessica; Baker, Marshall; Douglas.Yatter@lw.com; Iris.Xie@lw.com; MATT.RAWLINSON@lw.com; Levy, Harlan; etakashima@bsfllp.com; Silveira, Matthew J.; Murphy, Jr., Dennis F.; Calla, Diana L. |
| **Subject:** | Re: Activity in Case 3:21-cv-03576-WHO Sorokin v. HDR Global Trading Limited et al Amended Complaint |
| **Attachments:** | BITMEX SOROKIN STIOULATED ERRATA.DOCX |

**\*\* External mail \*\***

Counsel,

see attached notice of errata.  Because changes are very minor, we do not want to file a new complaint as this will convey a wrong impression on the Judge.  Let me know if you agree to the filing.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys
t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Fri, Oct 8, 2021 at 5:33 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

> Messrs. Prasad and Pogodin –
>
> Plaintiff should file a corrected amended complaint as soon as possible to address the three allegations below so that the pleading on file with the Court contains the allegations plaintiff intends to advance.  Neither the Court nor Defendants can be expected to address allegations other than those set forth in the filed complaint.  Plaintiff should also file an accompanying redline so that any corrections are readily apparent to the Court and Defendants.
>
> Stephen D. Hibbard
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 555 California Street, 26th Floor

San Francisco, CA 94104
Office +1.415.875.5809

**From:** Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io>
**Sent:** Friday, October 8, 2021 8:52 AM
**To:** Hibbard, Stephen D. <sdhibbard@jonesday.com>; Sanjay Prasad <prasad@appletonluff.com>; Altman, Peter <paltman@akingump.com>; Ro, Jessica <jro@akingump.com>; Baker, Marshall <mbaker@akingump.com>; Douglas.Yatter@lw.com; Iris.Xie@lw.com; MATT.RAWLINSON@lw.com; Levy, Harlan <hlevy@foleyhoag.com>; etakashima@bsfllp.com; Silveira, Matthew J. <msilveira@JonesDay.com>; Murphy, Jr., Dennis F. <dennismurphy@jonesday.com>; Calla, Diana L. <dcalla@jonesday.com>
**Subject:** Re: Activity in Case 3:21-cv-03576-WHO Sorokin v. HDR Global Trading Limited et al Amended Complaint

** External mail **

Counsel,

few minor typos we just noticed in the filed compliant:

1. Plaintiff's residence is Russian Federation, not California.

2. Relevant Period is June 1, 2019 to July 31, 2019.

3. Plaintiff opened the account on June 24, 2019, not on October 23, 2018.

We will correct them at the next iteration.  Ben Delo is dismissed without prejudice.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys

t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Fri, Oct 8, 2021 at 2:58 AM <ECF-CAND@cand.uscourts.gov> wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered by Pogodin, Ph.D., Esq., Pavel on 10/7/2021 at 11:57 PM and filed on 10/7/2021

| | |
|---|---|
| **Case Name:** | Sorokin v. HDR Global Trading Limited et al |
| **Case Number:** | 3:21-cv-03576-WHO |
| **Filer:** | Anatoly Sorokin |
| **Document Number:** | 22 |

**Docket Text:**
**AMENDED COMPLAINT *FOR UNFAIR COMPETITION* against ABS Global Trading Limited, HDR Global Trading Limited, Arthur Hayes, Samuel Reed. Filed byAnatoly Sorokin. (Attachments: # (1) Exhibit 1-18)(Pogodin, Ph.D., Esq., Pavel) (Filed on 10/7/2021)**

**3:21-cv-03576-WHO Notice has been electronically mailed to:**

Pavel I. Pogodin, Ph.D., Esq. &nbsp &nbsp pp@consensuslaw.io, ppogodin@gmail.com

Stephen D. Hibbard &nbsp &nbsp sdhibbard@jonesday.com, Californiadockets@jonesday.com, cdelacroix@jonesday.com, ecf-9d8e07160ff2@ecf.pacerpro.com, powens@jonesday.com, rolivo@jonesday.com, whowe@jonesday.com

**3:21-cv-03576-WHO Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\BitMEX Soronin FAC October 7 2021.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/7/2021] [FileNumber=18553376-0]
[a70eb7f1b094094157301c3e3bf8b2a385fa42fefa270430462037d8124057947f6c
716d8daaab79ce9df57531e749809bfcb23245bebb2c05cace3654c87e3e]]
**Document description:** Exhibit 1-18
**Original filename:** C:\fakepath\BitMEX Sorokin FAC Exhibits.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/7/2021] [FileNumber=18553376-1]
[2772226f4f2b0d892b0f1e63d813ec7aa9f2beb65a0cad0d195eb712db30c06f826a
49657b9a6addbff2e0a331065c535321a740fc900b290deff69fcada3940]]

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

| | |
|---|---|
| Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)<br>pp@consensuslaw.io<br>CONSENSUS LAW<br>5245 Av. Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone:  +1.650.469.3750 | Douglas K. Yatter (State Bar No. 234264)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  +1.212.906.1200<br>Facsimile:  +1.212.751.4864 |
| Sanjay Prasad, Esq. (SBN 191230)<br>APPLETON LUFF<br>221 Main Street, #496<br>Los Altos, CA 94023<br>United States of America<br>Telephone: (650) 918-7647<br>Email: prasad@appletonluff.com | Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone:  +1.650.328.4600<br>Facsimile:  +1.650.463.2600 |
| Attorneys for Plaintiff<br>ANATOLY SOROKIN | Attorneys for Defendant<br>SAMUEL REED |
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone:  +1.415.626.3939<br>Facsimile:  +1.415.875.5700 | Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>Telephone:  +1.310.229.1000<br>Facsimile:  +1.310.229.1001 |
| Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED | Attorneys for Defendant<br>ARTHUR HAYES |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>             Plaintiff,<br><br>     v.<br><br>HDR GLOBAL TRADING LIMITED (A.K.A. BITMEX), ABS GLOBAL TRADING LIMITED, ARTHUR HAYES AND SAMUEL REED,<br><br>             Defendants. | Case No. 3:21-cv-03576-WHO<br><br>**STIPULATED NOTICE OF ERRATA TO FIRST AMENDED COMPLIANT** |

Plaintiff Anatoly Sorokin ("Plaintiff") and Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes and Samuel Reed (together, the "Defendants," and collectively, the "Parties"), through their counsel of record, stipulate to the following Notice of Errata to the First Amended Complaint filed on October 7, 2021:

**NOTICE OF ERRATA TO THE FIRST AMENDED COMPLAINT**

At page 4, line 3, "California" should read "Russian Federation".

At page 4, lines 12-13, "starting on April 1, 2018 and ending on December 31, 2018 ('Relevant Period')" should read "starting on June 1, 2019 and ending on July 31, 2019 ('Relevant Period')".

At page 47, line 8, "October 23, 2018" should read "June 24, 2019".

At page 59, line 25, "October 23, 2018" should read "June 24, 2019".

Dated: October 8, 2021                     CONSENSUS LAW

                                           By: */s/ Pavel I. Pogodin*
                                                  Pavel I. Pogodin

                                           Counsel for Plaintiff
                                           ANATOLY SOROKIN


                                           JONES DAY


                                           By: */s/ Stephen D. Hibbard*
                                                  Stephen D. Hibbard

                                           Counsel for Defendants
                                           HDR GLOBAL TRADING LIMITED and
                                           ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Peter I. Altman*
    Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

LATHAM & WATKINS, LLP

By: */s/ Douglas K. Yatter*
    Douglas K. Yatter
    Matthew Rawlinson

Counsel for Defendant
SAMUEL REED

1  I, Pavel Pogodin, am the ECF User whose ID and password are being used to file this
2  STIPULATED NOTICE OF ERRATA TO FIRST AMENDED COMPLIANT.  In compliance
3  with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.
4  DATED:  October 8, 2021

*/s/ Pavel Pogodin*
Pavel I. Pogodin, Ph.D.