# EXHIBIT 3

Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Av. Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Sanjay Prasad, Esq. (SBN 191230)
APPLETON LUFF
221 Main Street, #496
Los Altos, CA 94023
United States of America
Telephone: (650) 918-7647
Email: prasad@appletonluff.com

Attorneys for Plaintiff
Anatoly Sorokin

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Anatoly Sorokin,<br><br>Plaintiff,<br><br>v.<br><br>HDR Global Trading Limited (d/b/a BitMEX), ABS Global Trading Limited, Arthur Hayes and Samuel Reed,<br><br>Defendants. | Case No.  3:21-CV-03576-WHO<br><br>**SECOND AMENDED COMPLAINT FOR UNFAIR COMPETITION (CAL. BUS. & PROF. CODE § 17200, et seq.); FALSE ADVERTISING (BUS. & PROF. CODE § 17500, et seq.); VIOLATION OF CONSUMER LEGAL REMEDIES ACT (CAL. CIV. CODE § 1750, et seq.); DECEIT; FRAUDULENT INDUCEMENT; NEGLIGENT MISREPRESENTATION; NEGLIGENCE; VIOLATION OF COMMODITY EXCHANGE ACT; RESTITUTION UNDER QUASI-CONTRACT AND VIOLATION OF CAL. PEN. CODE § 496**<br><br>**JURY TRIAL DEMANDED** |

BitMEX, which were specifically calculated to fraudulently induce Plaintiff to deposit his bitcoins with Defendants, thereby causing the loss of use and bitcoin network fees damages. These bitcoin loss of use damages are, in effect, opportunity costs and are separate from and do not include any actual trading losses suffered by Plaintiff as the result of any market events, market manipulation, market conditions or liquidations.

| Plaintiff | Deposit Started | Deposit Ended | Deposit Days | Deposit Amount | Market APY | Loss of Use Damages |
|---|---|---|---|---|---|---|
| Sorokin | June 24, 2019 | August 10, 2019 | 47 | 0.50831625 bitcoins | 5.95% | 0.0030 bitcoins |
| Sorokin | June 26, 2019 | August 10, 2019 | 45 | 0.03526 bitcoins | 5.95% | 0.00025 bitcoins |
| Sorokin | July 3, 2019 | August 10, 2019 | 38 | 2.288 bitcoins | 5.95% | 0.014212 bitcoins |
| Sorokin | July 4, 2019 | August 10, 2019 | 37 | 4.28749672 bitcoins | 5.95% | 0.02593 bitcoins |
| | | | | | Total: | 0.043392 bitcoins |

118.    In reliance on Defendants' false and fraudulent representations regarding available liquidity on BitMEX platform, on or about July 5, 2019, Plaintiff purchased from Defendants XBTUSD long swap contract and paid at least 0.78896761 bitcoins to Defendants as the swap contract purchase "cost".  Moreover, on or about July 5, 2019, Plaintiff purchased ETHUSD long swap contract and paid at least 1.0213092 bitcoins as the swap contract purchase "cost".  In addition to the swap contract purchase "cost", Plaintiff also paid at least 0.1 bitcoin in trading commissions to Defendants on that day.  If Plaintiff knew that the Liquidity Representation was false, he would have realized that the swap contracts that Defendants sold him on or about July 5, 2019, were substantially riskier than what Defendants led him to believe by making the Liquidity Representation and, therefore, he would not have paid to Defendants 1.81027681 bitcoins as purchase "costs" of these long swap contracts, but would have paid substantially less, if anything at all.  Thus, at the time of the contracts purchase on or about July 5, 2019, Plaintiff was fraudulently induced by Defendants to overpay swap contracts purchase "costs" and, therefore, on

1   or about July 5, 2019, Plaintiff sustained monetary damages in the amount he overpaid to

2   Defendants as purchase "costs" for the riskier swap contracts, than what Defendants led him to

3   believe, by making the false and fraudulent representations regarding available liquidity on the

4   BitMEX platform.

5        119.   On or about July 11, 2019, Plaintiff's both XBTUSD and ETHUSD swap contracts

6   were wrongfully liquidated or otherwise closed.  As the result, on or about July 11, 2019, Plaintiff

7   sustained monetary losses in the amount of at least 1.81027681 bitcoins, less the amount he

8   overpaid to Defendants on July 5, 2019, as purchase "costs" for the riskier swap contracts, than

9   Defendants led him to believe by making the false and fraudulent representation promising

10  1500% more Bitcoin / U.S. Dollar liquidity than competition.

11       120.   The liquidation of Plaintiff's swap contacts was due to wild downward swings in

12  the prices of XBTUSD and ETHUSD perpetual swap contracts on BitMEX, which were caused,

13  in substantial part, by the insufficient buy (long) side liquidity on the BitMEX platform.

14  Specifically, on or about July 11, 2019, liquidity on both sides of the market for XBTUSD and

15  ETHUSD perpetual swaps essentially disappeared, leading to truly staggering price plunges,

16  which precipitated liquidations of Plaintiff's contracts.  Therefore, Defendants' false and

17  fraudulent representations regarding available liquidity on BitMEX, which induced Plaintiff to

18  trade on margin on BitMEX, were a substantial factor in causing Plaintiff's trading losses.

19  Another substantial factor was the downward swings in the price of the XBTUSD and ETHUSD

20  perpetual swap contracts of BitMEX, which were exacerbated by the aforesaid buy (long) side

21  liquidity shortages.  Moreover, it was foreseeable for Defendants that the insufficient liquidity on

22  BitMEX, which was fraudulently misrepresented by Defendants as being 1500% more than on

23  any other platform, would naturally exacerbate downward price moves and result in staggering

24  price plunges and, consequently, in the liquidation of Plaintiff's margined trading contract.[12]

25  Therefore, Plaintiff's trading loss incurred from liquidation of Plaintiff's margined swap contracts

26  on BitMEX were within the foreseeable risk or harm created by the Defendants' false and

27

28

---

[12] It is well-known that liquidity operates by absorbing and softening market price moves.  The higher the liquidity, the more tempered price moves are.  On the other hand, insufficient liquidity results in an increased amplitude of market price swings, which leads to more liquidations.