# EXHIBIT 4

| From: | Pavel Pogodin, Ph.D., Esq. <pp@consensuslaw.io> |
|---|---|
| Sent: | Monday, November 1, 2021 2:26 PM |
| To: | Hibbard, Stephen D. |
| Cc: | Sanjay Prasad; paltman@akingump.com; jro@akingump.com; mbaker@akingump.com; Douglas.Yatter@lw.com; MATT.RAWLINSON@LW.com; Iris.Xie@lw.com; Morgan.Whitworth@lw.com; Silveira, Matthew J.; Murphy, Jr., Dennis F.; Calla, Diana L. |
| Subject: | Re: Sorokin Amended Complaint |
| Attachments: | BITMEX SOROKIN STIPULATED ERRATA.DOCX |

**\*\* External mail \*\***

Counsel,

We will gladly give you the requested extension if you stipulate to the filing of the errata that was sent to you on October 11, 2021 and which is attached hereto.

Best Regards,



**Pavel Pogodin, Ph.D., Esq.**
Attorney at Law*
CONSENSUS LAW
CryptoCurrency Attorneys
t: +1 (650) 469-3750 f: +1 (650) 472-8961
e: pp@consensuslaw.io
i: www.consensuslaw.io
o: 5245 Avenida Isla Verde, Suite 302, Carolina, PR 00979
* Admitted in California

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

On Mon, Nov 1, 2021 at 2:56 PM Hibbard, Stephen D. <sdhibbard@jonesday.com> wrote:

Counsel –

While Plaintiff did not amend the first amended complaint within the 21 days set out in Rule 15(a)(1)(A), Plaintiff may still amend under Rule 15(a)(1). *See, e.g.*, *Swanigan v. City of Chicago*, 775 F.3d 953, 963 (7th Cir. 2015) (holding that plaintiff retained the right to amend his complaint as a matter of course even though more than 21 days had passed since it was served and no answer or responsive pleading had yet been filed); *Hunt v. Lewis*, No. 218CV2130MCEACP, 2021 WL 3140733, at \*2 (E.D. Cal. July 26, 2021) ("Since defendant has not yet filed a responsive pleading, plaintiff is still within the time provided to file an amended complaint as a matter of course."). Defendants request again that you file a second amended complaint, either under Rule 15(a)(1) or pursuant to the attached updated stipulation, as the operative first amended complaint contains false statements of material fact, indicated by the several versions of a second amended complaint you have sent that revise the FAC's statements and otherwise alter Plaintiff's allegations in material respects.

If you reject both approaches to move forward with this lawsuit, Defendants ask that you agree to extend their time to respond to the first amended complaint by 21 days, during which period Defendants will initiate Rule 11 proceedings and provide you an opportunity to withdraw the first amended complaint during the safe harbor by filing a second amended complaint under Rule 15(a)(1)(A).  If you will not agree to enlarge Defendants' time, Defendants will promptly file an administrative motion seeking that enlargement of time or, in the alternative, the relief set forth in the attached stipulation.

We ask that you let us know your decision by 6 p.m. Pacific today.

Stephen D. Hibbard
Partner
**JONES DAY® - One Firm Worldwide**[SM]
555 California Street, 26th Floor
San Francisco, CA 94104
Office +1.415.875.5809

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
pp@consensuslaw.io
CONSENSUS LAW
5245 Av. Isla Verde, Suite 302
Carolina, PR 00979
United States of America
Telephone:   +1.650.469.3750

Sanjay Prasad, Esq. (SBN 191230)
APPLETON LUFF
221 Main Street, #496
Los Altos, CA 94023
United States of America
Telephone: (650) 918-7647
Email: prasad@appletonluff.com

Attorneys for Plaintiff
ANATOLY SOROKIN

Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700

Attorneys for Defendants
HDR GLOBAL TRADING LIMITED and ABS
GLOBAL TRADING LIMITED

Douglas K. Yatter (State Bar No. 234264)
douglas.yatter@lw.com
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   +1.212.906.1200
Facsimile:   +1.212.751.4864

Matthew Rawlinson (State Bar No. 231890)
matt.rawlinson@lw.com
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone:   +1.650.328.4600
Facsimile:   +1.650.463.2600

Attorneys for Defendant
SAMUEL REED

Peter I. Altman (State Bar No. 285292)
paltman@akingump.com
AKIN GUMP STRAUSS HAUER & FELD
LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Telephone:   +1.310.229.1000
Facsimile:   +1.310.229.1001

Attorneys for Defendant
ARTHUR HAYES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>                  Plaintiff,<br><br>        v.<br><br>HDR GLOBAL TRADING LIMITED<br>(A.K.A. BITMEX), ABS GLOBAL<br>TRADING LIMITED, ARTHUR HAYES<br>AND SAMUEL REED,<br><br>                  Defendants. | Case No. 3:21-cv-03576-WHO<br><br>**STIPULATED NOTICE OF ERRATA<br>TO FIRST AMENDED COMPLIANT** |

Plaintiff Anatoly Sorokin ("Plaintiff") and Defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes and Samuel Reed (together, the "Defendants," and collectively, the "Parties"), through their counsel of record, stipulate to the following Notice of Errata to the First Amended Complaint filed on October 7, 2021:

<u>**NOTICE OF ERRATA TO THE FIRST AMENDED COMPLAINT**</u>

At page 4, line 3, "California" should read "Russian Federation".

At page 4, lines 12-13, "starting on April 1, 2018 and ending on December 31, 2018 ('Relevant Period')" should read "starting on June 1, 2019 and ending on July 31, 2019 ('Relevant Period')".

At page 22, line 8, "OKEX BTC/USD Futures/Swaps" should read "OKEX BTC/USD Futures".

At page 23, line 11, "BitMEX XBT/USD Swaps" should read "BitMEX XBT/USD Futures and Swaps".

At page 23, line 11, "OKEX BTC/USD Futures/Swaps" should read "OKEX BTC/USD Futures".

At page 32, line 12, "upward" should read "downward".

At page 32, line 20, "upward" should read "downward".

At page 32, line 25, "upward" should read "downward".

At page 47, line 8, "October 23, 2018" should read "June 24, 2019".

At page 59, line 25, "October 23, 2018" should read "June 24, 2019".

At page 120, line 3, "272.62" should read "1.81027681".

At page 136, line 14-16, "SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO" should read "UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION".

1    Dated: October 11, 2021                    CONSENSUS LAW

2

3                                                By: _/s/ Pavel I. Pogodin_
                                                       Pavel I. Pogodin
4
                                                Counsel for Plaintiff
5                                                ANATOLY SOROKIN

6

7
                                                JONES DAY
8

9

10                                               By: _/s/ Stephen D. Hibbard_
                                                       Stephen D. Hibbard
11
                                                Counsel for Defendants
12                                               HDR GLOBAL TRADING LIMITED and
                                                ABS GLOBAL TRADING LIMITED
13

14                                               AKIN GUMP STRAUSS HAUER & FELD
                                                LLP
15

16

17                                               By: _/s/ Peter I. Altman_
                                                       Peter I. Altman
18
                                                Counsel for Defendant
19                                               ARTHUR HAYES

20

21                                               LATHAM & WATKINS, LLP

22

23                                               By: _/s/ Douglas K. Yatter_
                                                       Douglas K. Yatter
24                                                     Matthew Rawlinson

25                                               Counsel for Defendant
                                                SAMUEL REED
26

27

28

CASE NO. 3:21-CV-03576-WHO
STIPULATED NOTICE OF ERRATA TO FIRST
AMENDED COMPLIANT

I, Pavel Pogodin, am the ECF User whose ID and password are being used to file this STIPULATED NOTICE OF ERRATA TO FIRST AMENDED COMPLIANT.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories concur in this filing.

DATED:  October 11, 2021

*/s/ Pavel Pogodin*
Pavel I. Pogodin, Ph.D.