1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
4  Diana L. Calla (State Bar No. 330706)
   dcalla@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
7  Facsimile:    +1.415.875.5700

8  Attorneys for Defendants
   HDR GLOBAL TRADING LIMITED and ABS
9  GLOBAL TRADING LIMITED

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN FRANCISCO DIVISION**

15

16  | ANATOLY SOROKIN, | Case No. 3:21-cv-03576-WHO |
    |---|---|
17  | Plaintiff, | **NOTICE OF APPEARANCE** |
18  | v. | |
19  | HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
20  | | |
21  | Defendants. | |

22

23

24

25

26

27

28

1  PLEASE TAKE NOTICE that the following attorney hereby states his appearance as
2  counsel for Defendants HDR Global Trading Limited and ABS Global Trading Limited in this
3  matter.

Dennis F. Murphy, Jr. (State Bar No. 301008)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700
dennismurphy@jonesday.com

Dated: November 4, 2021                Respectfully submitted,

                                       JONES DAY


                                       By: */s/ Dennis F. Murphy, Jr.*
                                           Dennis F. Murphy, Jr.

                                       Counsel for Defendants
                                       HDR GLOBAL TRADING LIMITED and
                                       ABS GLOBAL TRADING LIMITED