| | |
|---|---|
| 1 | Stephen D. Hibbard (State Bar No. 177865) |
|   | sdhibbard@jonesday.com |
| 2 | Matthew J. Silveira (State Bar No. 264250) |
|   | msilveira@jonesday.com |
| 3 | Dennis F. Murphy, Jr. (State Bar No. 301008) |
|   | dennismurphy@jonesday.com |
| 4 | Diana L. Calla (State Bar No. 330706) |
|   | dcalla@jonesday.com |
| 5 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 6 | San Francisco, CA 94104 |
|   | Telephone: +1.415.626.3939 |
| 7 | Facsimile: +1.415.875.5700 |
| 8 | Attorneys for Defendants |
|   | HDR GLOBAL TRADING LIMITED and ABS |
| 9 | GLOBAL TRADING LIMITED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANATOLY SOROKIN, | Case No. 3:21-cv-03576-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
| Defendants. | |

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as counsel for Defendants HDR Global Trading Limited and ABS Global Trading Limited in this matter.

Matthew J. Silveira (State Bar No. 264250)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700
msilveira@jonesday.com

Dated: November 4, 2021

Respectfully submitted,

JONES DAY

By: /s/ Matthew J. Silveira
     Matthew J. Silveira

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED