Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Sanjay Prasad, Esq. (SBN 191230)
APPLETON LUFF
221 Main Street, #496
Los Altos, CA 94023
United States of America
Telephone: (650) 918-7647
Email: prasad@appletonluff.com

Attorneys for Plaintiff
Anatoly Sorokin

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Anatoly Sorokin,<br><br>    Plaintiff,<br><br>    v.<br><br>HDR Global Trading Limited (A.K.A. BitMEX), ABS Global Trading Limited, Arthur Hayes and Samuel Reed,<br><br>    Defendants. | Case No.  3:21-cv-03576-WHO<br><br>**DECLARATION OF DR. PAVEL POGODIN, ESQ. IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION AND CROSS-MOTION FOR LEAVE TO AMEND TO CORRECT INADVERTENT INACCURACIES IN THE COMPLIANT** |

I, Pavel I. Pogodin, state and declare as follows:

1. I am an attorney of record in this action for Plaintiff Anatoly Sorokin. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would willingly and competently testify as to those matters.

2. I made several inadvertent errors of technical nature in the First Amended Complaint filed on October 7, 2021. I deeply apologize for making these inadvertent technical mistakes.

3. All these errors were the result of my oversight and were not intentional.

4. I notified Defendants' counsel of these inadvertent errors by October 11, 2021, or four days after filing of the First Amended Complaint.

5. Since at least October 11, 2021 I have been trying to obtain Defendants' consent to the filing of a Notice of Errata or a corrective pleading. I asked Defendants to provide such consent multiple times.

6. Defendants first acted as if they would consent to the filing of the amended or corrective pleading and encouraged me to include therein all changes Plaintiff wanted to make. Based on this encouragement and acting in good faith, I provided Defendants with a Draft Second Amended Compliant.

7. Defendants subsequently refused to consent to the filing of the Draft Second Amended Compliant with the Court, if I did not give up Plaintiff's right to amend as a matter of course under FRCP 15(a)(1), and instead used this draft to try to undermine the allegations of the First Amended Complaint.

8. If I knew that Defendants would try to use the Draft Second Amended Compliant that I sent them to try to undermine the allegations of the First Amended Complaint, I would not have provided it to them.

9. Thus, Defendants tricked me into sending them the Draft Second Amended Compliant, which they subsequently used for purposes other than I intended.

10. While Defendants did not oppose filing of the Notice of Errata or the corrective pleading,

I was unable to obtain the consent from Defendants to file these documents, if I did not give up Plaintiff's right to amend as a matter of course under FRCP 15(a)(1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2021, in Carolina, Puerto Rico.

By:   /s/ Pavel I. Pogodin       <br>
Pavel I. Pogodin