# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED,<br><br>    Defendants. | Case No. 3:21-cv-03576-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING AN ORDER REQUIRING THE FILING OF PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT** |

Having read and considered Defendants' Administrative Motion, the response thereto, and all pleadings and records in this action,

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall file his Second Amended Complaint ("SAC") on or before November 12, 2021;

2. Upon the filing of the SAC, Defendants shall have 35 days to file any motion to dismiss or otherwise respond to the SAC, and the memorandum in support of any motion to dismiss may be no longer than 35 pages;

3. Plaintiff shall have 35 days to oppose any motion to dismiss filed by Defendants,

1 | which opposition may be no longer than 35 pages;

2 | 4. Defendants shall have 21 days to reply to any opposition filed by Plaintiff, which reply
3 | may be no longer than 20 pages; and

4 | 5. Plaintiff shall not amend nor seek to further amend his complaint unless, following a
5 | ruling on Defendants' forthcoming motion to dismiss, leave to amend is granted by the
6 | Court, which Plaintiff may request.

**IT IS SO ORDERED**.

Dated: November 8, 2021

_____
Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE