| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 8 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: ANATOLY SOROKIN.

_____

ANATOLY SOROKIN,

        Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

HDR GLOBAL TRADING LIMITED, AKA BitMEX; et al.,

        Real Parties in Interest.

No. 21-71376

D.C. No. 3:21-cv-03576-WHO
Northern District of California,
San Francisco

ORDER

Before: O'SCANNLAIN, THOMAS, and TALLMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED**.