1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Peter I. Altman (State Bar No. 285292)
2  paltman@akingump.com
   Marshall L. Baker (State Bar No. 300987)
3  mbaker@akingump.com
   Jessica H. Ro (State Bar No. 329737)
4  jro@akingump.com
   1999 Avenue of the Stars, Suite 600
5  Los Angeles, CA 90067
   Tel: (310) 229-1000
6  Fax: (310) 229-1001

7  Attorneys for Defendant
   ARTHUR HAYES
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN FRANCISCO DIVISION**
11

12 | ANATOLY SOROKIN, | Case No. 3-21-cv-03576-WHO |
13 | Plaintiff, | **NOTICE OF APPEARANCE OF MARSHALL L. BAKER** |
14 | v. | |
15 | HDR GLOBAL TRADING LIMITED (A.K.A. BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
16 | | |
17 | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that the following attorney hereby states his appearance as counsel for Defendant Arthur Hayes in this matter.

Marshall L. Baker (State Bar No. 300987)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Fax: (310) 229-1001
Email: mbaker@akingump.com

Dated: December 17, 2021                **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                        By:   */s/ Marshall L. Baker*
                                              Marshall L. Baker

                                              Attorneys for Defendant
                                              ARTHUR HAYES