**AKIN GUMP STRAUSS HAUER & FELD LLP**
Peter I. Altman (State Bar No. 285292)
paltman@akingump.com
Marshall L. Baker (State Bar No. 300987)
mbaker@akingump.com
Jessica H. Ro (State Bar No. 329737)
jro@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Fax: (310) 229-1001

Attorneys for Defendant
ARTHUR HAYES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN, | Case No. 3-21-cv-03576-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE OF PETER I. ALTMAN** |
| v. | |
| HDR GLOBAL TRADING LIMITED (A.K.A. BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the following attorney hereby states his appearance as counsel for Defendant Arthur Hayes in this matter.

Peter I. Altman (State Bar No. 285292)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Fax: (310) 229-1001
Email: paltman@akingump.com

Dated:  December 17, 2021                **AKIN GUMP STRAUSS HAUER & FELD LLP**


By:     */s/ Peter I. Altman*
        Peter I. Altman

        Attorneys for Defendant
        ARTHUR HAYES