| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 2 | Peter I. Altman (State Bar No. 285292) |
|   | paltman@akingump.com |
| 3 | Marshall L. Baker (State Bar No. 300987) |
|   | mbaker@akingump.com |
| 4 | Jessica H. Ro (State Bar No. 329737) |
|   | jro@akingump.com |
| 5 | 1999 Avenue of the Stars, Suite 600 |
|   | Los Angeles, CA 90067 |
| 6 | Tel: (310) 229-1000 |
|   | Fax: (310) 229-1001 |
| 7 | Attorneys for Defendant |
|   | ARTHUR HAYES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN, | Case No. 3-21-cv-03576-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE OF JESSICA H. RO** |
| v. | |
| HDR GLOBAL TRADING LIMITED (A.K.A. BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the following attorney hereby states her appearance as counsel for Defendant Arthur Hayes in this matter.

Jessica H. Ro (State Bar No. 329737)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Fax: (310) 229-1001
Email: jro@akingump.com

Dated:  December 17, 2021                **AKIN GUMP STRAUSS HAUER & FELD LLP**

By:    */s/ Jessica H. Ro*
       Jessica H. Ro

       Attorneys for Defendant
       ARTHUR HAYES