1  Stephen D. Hibbard (State Bar No. 177865)
   sdhibbard@jonesday.com
2  Matthew J. Silveira (State Bar No. 264250)
   msilveira@jonesday.com
3  Eric Tung (State Bar No. 275063)
   etung@jonesday.com
4  Dennis F. Murphy, Jr. (State Bar No. 301008)
   dennismurphy@jonesday.com
5  Diana L. Calla (State Bar No. 330706)
   dcalla@jonesday.com
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, CA  94104
   Telephone:   +1.415.626.3939
8  Facsimile:    +1.415.875.5700

9  Attorneys for Defendants
   HDR GLOBAL TRADING LIMITED and ABS
10 GLOBAL TRADING LIMITED

11

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| ANATOLY SOROKIN, | Case No. 3:21-cv-03576-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that the following attorney hereby states his appearance as counsel for Defendants HDR Global Trading Limited and ABS Global Trading Limited in this matter.

Eric Tung (State Bar No. 275063)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
etung@jonesday.com

Dated: December 17, 2021

Respectfully submitted,

JONES DAY

By: /s/ Eric Tung
    Eric Tung

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED