1  **LATHAM & WATKINS LLP**
   Douglas K. Yatter (SBN 236089)
2   *douglas.yatter@lw.com*
   1271 Avenue of the Americas
3  New York, NY 10022-4834
   Telephone: +1.212.906.1200
4
   Attorneys for Defendant
5  Samuel Reed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN, | CASE NO. 3:21-cv-03576-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Douglas K. Yatter of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel of record on behalf of Defendant Samuel Reed and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this matter be served upon him at the following address:

> Douglas K. Yatter
> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, NY 10022-4834
> Telephone: +1.212.906.1200
> Email: douglas.yatter@lw.com

Douglas K. Yatter is admitted to practice, and is in good standing, in the Northern District of California.

Dated: December 17, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Douglas K. Yatter*
      Douglas K. Yatter

Attorneys for Defendant
Samuel Reed