| | |
|---|---|
| 1 | **LATHAM & WATKINS LLP** |
| 2 | Matthew Rawlinson (SBN 231890) |
|   | *matt.rawlinson@lw.com* |
|   | 140 Scott Drive |
| 3 | Menlo Park, CA 94025 |
|   | Telephone: +1.650.328.4600 |
| 4 | |
| 5 | Attorneys for Defendant Samuel Reed |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANATOLY SOROKIN, | CASE NO. 3:21-cv-03576-WHO |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew Rawlinson of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel of record on behalf of Defendant Samuel Reed and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this matter be served upon him at the following address:

> Matthew Rawlinson
> LATHAM & WATKINS LLP
> 140 Scott Drive
> Menlo Park, CA 94025
> Telephone: +1.650.328.4600
> Email: matt.rawlinson@lw.com

Matthew Rawlinson is admitted to practice, and is in good standing, in the Northern District of California.

Dated: December 17, 2021              Respectfully submitted,

                                      LATHAM & WATKINS LLP

                                      By: */s/ Matthew Rawlinson*
                                          Matthew Rawlinson

                                          Attorneys for Defendant
                                          Samuel Reed