1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>Plaintiff,<br><br>v.<br><br>HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED,<br><br>Defendants. | Case No. 3:21-cv-03576-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT AND DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:         March 2, 2022<br>Time:        2:00 p.m.<br>Judge:       Hon. William H. Orrick<br>Courtroom: 2<br><br>Complaint Filed:  May 12, 2021<br>SAC Filed:         November 11, 2021 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants HDR Global Trading Limited ("HDR") and ABS Global Trading Limited ("ABS") (together, "Defendants") in the above-captioned matter came on for regular hearing on March 2, 2022. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion and Motion to Dismiss, the supporting Memorandum of Points and Authorities, the Request for Judicial Notice and Declaration of Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support of and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss the Second Amended Complaint is **GRANTED**, on the grounds that (1) Plaintiff's claims are barred by the parties' choice-of-law provision; (2) Plaintiff lacks standing to pursue his claims; and (3) Plaintiff fails to allege any plausible facts establishing that Defendants violated the Commodity Exchange Act, or are liable under any of the California statutes or common laws invoked by Plaintiff.

**IT IS ALSO HEREBY ORDERED** that Defendants' Request for Judicial Notice is **GRANTED**. The Court takes judicial notice of Exhibits A and B, attached to the Declaration of Stephen D. Hibbard.

**SO ORDERED.**

DATED: _____

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE