| | |
|---|---|
| 1 | Stephen D. Hibbard (State Bar No. 177865) |
| | sdhibbard@jonesday.com |
| 2 | Matthew J. Silveira (State Bar No. 264250) |
| | msilveira@jonesday.com |
| 3 | Eric Tung (State Bar. No. 275063) |
| | etung@jonesday.com |
| 4 | Dennis F. Murphy, Jr. (State Bar No. 301008) |
| | dennismurphy@jonesday.com |
| 5 | JONES DAY |
| | 555 California Street, 26th Floor |
| 6 | San Francisco, CA  94104 |
| | Telephone:   +1.415.626.3939 |
| 7 | Facsimile:    +1.415.875.5700 |
| 8 | Attorneys for Defendants |
| | HDR GLOBAL TRADING LIMITED and ABS |
| 9 | GLOBAL TRADING LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN, | Case No. 3:21-cv-03576-WHO |
| Plaintiff, | **DEFENDANT ABS GLOBAL TRADING LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| v. | |
| HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | Complaint Filed:  May 12, 2021 |
| | SAC Filed:          November 11, 2021 |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On behalf of Defendant ABS Global Trading Limited, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 21, 2021

Respectfully submitted,

JONES DAY

By: */s/ Stephen D. Hibbard*
Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED