**LATHAM & WATKINS LLP**
Douglas K. Yatter (SBN 236089)
 douglas.yatter@lw.com
1271 Avenue of the Americas
New York, NY 10022-4834
Telephone: +1.212.906.1200

Matthew Rawlinson (SBN 231890)
 matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Attorneys for Defendant Samuel Reed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>HDR GLOBAL TRADING LIMITED (d/b/a BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED,<br><br>                    Defendants. | Case No. 3:21-cv-03576-WHO<br><br>**SAMUEL REED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIVIL L.R. 3-15]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK

SAMUEL REED'S CERTIFICATION OF
INTERESTED PARTIES
CASE NO. 3:21-cv-03576-WHO

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      Pursuant to Civil L.R. 3-15, Defendant Samuel Reed hereby certifies that as of the date of

3  this certification, other than the named parties to this action, there is no interest to report.

5  Dated:  December 21, 2021          Respectfully submitted,

                                  LATHAM & WATKINS LLP

                                  By */s/ Douglas K. Yatter*
                                       Douglas K. Yatter

                                       Attorneys for Defendant
                                       Samuel Reed

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK

SAMUEL REED'S CERTIFICATION OF
INTERESTED PARTIES
CASE NO. 3:21-cv-03576-WHO