**AKIN GUMP STRAUSS HAUER & FELD LLP**
Peter I. Altman (State Bar No. 285292)
paltman@akingump.com
Marshall L. Baker (State Bar No. 300987)
mbaker@akingump.com
Jessica H. Ro (State Bar No. 329737)
jro@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Fax: (310) 229-1001

Attorneys for Defendant
ARTHUR HAYES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLY SOROKIN, | Case No. 3-21-cv-03576-WHO |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES [CIVIL L.R. 3-15]** |
| v. | |
| HDR GLOBAL TRADING LIMITED (A.K.A. BitMEX); ABS GLOBAL TRADING LIMITED; ARTHUR HAYES; and SAMUEL REED, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On behalf of Defendant Arthur Hayes, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  December 21, 2021                    **AKIN GUMP STRAUSS HAUER & FELD LLP**


By:   */s/ Peter I. Altman*
          Peter I. Altman
          Marshall L. Baker
          Jessica H. Ro

          Attorneys for Defendant
          ARTHUR HAYES