1   Stephen D. Hibbard (State Bar No. 177865)
    sdhibbard@jonesday.com
2   Matthew J. Silveira (State Bar No. 264250)
    msilveira@jonesday.com
3   Eric Tung (State Bar No. 275063)
    etung@jonesday.com
4   Dennis F. Murphy, Jr. (State Bar No. 301008)
    dennismurphy@jonesday.com
5   JONES DAY
    555 California Street, 26th Floor
6   San Francisco, CA  94104
    Telephone:    +1.415.626.3939
7   Facsimile:    +1.415.875.5700

8   Attorneys for Defendants
    HDR GLOBAL TRADING LIMITED and ABS
9   GLOBAL TRADING LIMITED

10  Peter I. Altman (State Bar No. 285292)
    paltman@akingump.com
11  Marshall L. Baker (State Bar No. 300987)
    mbaker@akingump.com
12  Jessica H. Ro (State Bar No. 329737)
    jro@akingump.com
13  AKIN GUMP STRAUSS HAUER & FELD LLP
    1999 Avenue of the Stars, Suite 600
14  Los Angeles, CA  90067-6022
    Telephone:    +1.310.229.1000
15  Facsimile:    +1.310.229.1001

16  Attorneys for Defendant
    ARTHUR HAYES

    Douglas K. Yatter (State Bar No. 236089)
    douglas.yatter@lw.com
    LATHAM & WATKINS LLP
    1271 Avenue of the Americas
    New York, NY  10020
    Telephone:    +1.212.906.1200
    Facsimile:    +1.212.751.4864

    Matthew Rawlinson (State Bar No. 231890)
    matt.rawlinson@lw.com
    LATHAM & WATKINS LLP
    140 Scott Drive
    Menlo Park, CA  94025
    Telephone:    +1.650.328.4600
    Facsimile:    +1.650.463.2600

    Attorneys for Defendant
    SAMUEL REED

17                    **UNITED STATES DISTRICT COURT**

18                  **NORTHERN DISTRICT OF CALIFORNIA**

19                      **SAN FRANCISCO DIVISION**

20

21   ANATOLY SOROKIN,                          Case No. 3:21-cv-03576-WHO

                    Plaintiff,                  **DECLARATION OF ALEXANDER
22                                              HÖPTNER IN SUPPORT OF
          v.                                    DEFENDANTS' MOTION TO
23                                              DISMISS ON GROUND OF FORUM
     HDR GLOBAL TRADING LIMITED (d/b/a          NON CONVENIENS**
24   BitMEX), ABS GLOBAL TRADING
     LIMITED, ARTHUR HAYES, and                 Date:    February 9, 2022
25   SAMUEL REED,                               Time:    2:00 p.m.
                                                Ctrm:    2 – 17th Floor
26                  Defendants.                 Judge:   Honorable William H. Orrick

27

28

I, Alexander Höptner, declare as follows:

1.      I am Chief Executive Officer for the BitMEX group of companies (the "BitMEX Group"), which is held under parent company HDR Global Trading Limited ("HDR") and includes HDR's wholly-owned subsidiary ABS Global Trading Limited ("ABS").

2.      I submit this declaration in support of Defendants' concurrently filed Motion to Dismiss on Ground of Forum Non Conveniens.  I make this declaration based on my own personal knowledge and on matters that I have determined are true and correct based on information obtained from sources available to me in the ordinary course of business and persons upon whom I rely within the BitMEX Group.  As Chief Executive Officer for the BitMEX Group, I have general knowledge of the operations of the BitMEX trading platform and the location of individuals responsible for administering the platform's functions, the servers hosting the platform, and the document repositories used in operating the platform.  I have authority to speak for ABS for the purposes of the topics in this declaration.

3.      HDR was incorporated in the Republic of Seychelles in 2014 and now has more than a dozen affiliates around the world in the BitMEX Group, including in Hong Kong, Singapore, Bermuda, and the United States.

4.      HDR is the owner and operator of an online crypto-products trading platform called BitMEX.

5.      ABS was incorporated in Delaware in 2017 and is HDR's sole U.S. affiliate. Although ABS has an office in California, its operations are currently in the late stages of being wound down, and ABS expects that by the end of 2021 it will have no staff in the United States. No other entity in the BitMEX Group has staff in the United States.  HDR owns the entire issued share capital of ABS.  ABS provides system maintenance support ("DevOps"), software engineering, and digital security services to HDR on a contractual basis.  ABS does not provide marketing or advertising services.  In fact, the operative version of the draft April 27, 2017 Service Agreement between HDR and ABS referenced in the Second Amended Complaint at paragraph 128 is dated September 17, 2019, effective as of April 27, 2017, and does not identify marketing or advertising among the services ABS provides.

6.      Plaintiff alleges that he was induced to trade on the BitMEX platform by a statement on the BitMEX website, which is identified by Plaintiff in his Second Amended Complaint at paragraph 95 and Exhibit 16.  Consistent with ABS's limited role supporting HDR, ABS staff had no involvement in drafting this statement.  The location of the BitMEX platform's servers, which are not located in the United States, is discussed in more detail below.

7.      The BitMEX Terms of Service govern all access to and trading on the BitMEX platform.  By accessing the BitMEX platform, users acknowledge that they have read and considered and understand the BitMEX Risk Disclosure Statement and Privacy Notice, and must also agree unconditionally to be bound by the Terms of Service as may be amended from time to time by HDR without notice.  U.S. persons are expressly prohibited from trading on the BitMEX platform under the Terms of Service.

8.      ABS is not and has never been involved in preparing the BitMEX Terms of Service, which were drafted and placed on the BitMEX website from outside California before ABS was even formed.  More recent revisions to the Terms of Service have been drafted in Hong Kong, where the BitMEX Group's legal team is based.  Again, the location of the BitMEX platform's servers, which are not located in the United States, is discussed in more detail below.  At all relevant times, the BitMEX Terms of Service have provided that English law is the governing law for the Terms and any non-contractual obligations arising out of or in connection with them, and that the courts of England have non-exclusive jurisdiction to settle any dispute arising from or connected with the Terms.  Attached as **Exhibit 1** is a true and correct copy of the Terms of Service when Plaintiff opened his account in June 2019.  Attached as **Exhibit 2** is a true and correct copy of the current Terms of Service.

9.      HDR's records indicate that Plaintiff Anatoly Sorokin identified himself on the BitMEX platform as a resident of Russia.  The vast majority of logins recorded on the activity log for Plaintiff's account originated from Russia, including all of Plaintiff's logins during the "Relevant Period" identified in the Second Amended Complaint at paragraph 7.  Greece is the only other login location recorded on the activity log for Plaintiff's account.  Attached as **Exhibit 3** is a true and correct copy of the activity log for Plaintiff's account, redacted to remove

1    potentially sensitive personally identifiable information.

2        10.    The BitMEX platform, including the website, application programming interface

3    ("API") data and all related code, seed values to verify tokens submitted by users when two-

4    factor authentication ("2FA") is enabled, pretty good privacy ("PGP") encryption keys, user data

5    such as user activity logs, transaction history, wallet balance, margin balance, passwords and user

6    preferences, is all hosted on servers in Ireland.

7        11.    HDR has a risk management team that provides hedging and treasury services, as

8    well as market making in certain products (the "Treasury Desk").  The Treasury Desk is based in

9    Asia, and is operated through a separate company with its own staff.  The Treasury Desk does not

10   have access to any order flow, execution, customer or other information of the trading platform

11   on terms that are not otherwise available to any other platform user.  No members of this team are

12   based in the United States.

13       12.    Plaintiff opened his BitMEX account on June 24, 2019 and traded both XBTUSD

14   and ETHUSD regularly until his trading activity ceased on July 11, 2019.  HDR's records

15   indicate that none of Plaintiff's positions on the BitMEX platform was liquidated.  Rather,

16   Plaintiff closed his open, long XBTUSD and ETHUSD positions on July 11, 2019 by executing

17   sell orders via the BitMEX application programming interface ("API").  Attached as **Exhibits 4**

18   and **5** are true and correct copies of the trade history and order history for Plaintiff's account, both

19   of which Plaintiff has the ability to download from the BitMEX website.

20       13.    Plaintiff withdrew all remaining funds from his account between July 16, 2019 and

21   January 31, 2020.  Attached as **Exhibit 6** is a true and correct copy of the wallet history for

22   Plaintiff's account, which Plaintiff has the ability to download from the BitMEX website,

23   redacted to remove potentially sensitive personally identifiable information.

24       14.    I am not aware of any unique documents bearing on the material allegations of the

25   claims asserted in the Complaint that BitMEX Group stores in California.

26       15.    HDR and ABS do not contest the jurisdiction of the English courts over this

27   action.

28       16.    HDR and ABS consent to toll any applicable statute of limitations from the date of

CASE NO. 3:21-cv-03576-WHO
A. HÖPTNER DECL. ISO FNC MOT.

1  this lawsuit through a period of 30 days after any order granting this motion.

2      I declare under penalty of perjury under the laws of the United States of America that the

3  foregoing is true and correct.  Executed this 23rd day of December 2021 in Hong Kong.

4

5

6                                    Alexander Höptner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:21-cv-03576-WHO
A. HÖPTNER DECL. ISO FNC MOT.

# EXHIBIT 1

*These terms were prepared in the English language and the English language version shall prevail in the event of any conflict, discrepancy or ambiguity between translations.*

[[toc]]

BitMEX (website: https://www.BitMEX.com) is a Bitcoin-based trading platform that is wholly owned by HDR Global Trading Limited. HDR Global Trading Limited (hereinafter referred to as **"HDR"**) was incorporated under the International Business Companies Act of 1994 of the Republic of Seychelles with a company number of 148707.

These terms of services, together with any other addenda, terms and conditions or documents expressly incorporated herein constitute the entire agreement between the parties (together, the **"Terms"**). In the event of any inconsistency between these terms of services and any of the other addenda, terms and documents, the provisions of these terms of services shall prevail to the extent of such inconsistency. All other information provided on the Trading Platform or oral/written statements made are excluded from these Terms and do not constitute a legal agreement between the parties. Use of the Trading Platform and the Services is governed by these Terms.

By accessing, viewing or downloading information from the Trading Platform and using the Services provided by the HDR Group, you acknowledge that you have read and considered, and you understand and unconditionally agree to be bound, by these Terms. HDR may, at any time, without notice, amend the Terms. You agree to continue to be bound by any such amended Terms and that HDR has no obligation to notify you of such amendments. You acknowledge that it is your responsibility to check these Terms periodically for changes and that your continued use of the Trading Platform and Services offered by the HDR Group following the posting of any changes to the Terms indicates your acceptance of any such changes.

The Trading Platform and the copyright in all text, graphics, images, software and any other materials on the Trading Platform are owned by HDR, including all trademarks and other Intellectual Property Rights in respect of materials and Services on the Trading Platform. Materials on the Trading Platform may only be used for personal use and non-commercial purposes.

You may display on a computer screen or print extracts from the Trading Platform for the above-stated purposes only provided that you retain any copyright and other proprietary notices or any of HDR's trademarks or logos, as shown on the initial printout or download without alteration, addition or deletion. Except as expressly stated herein, you may not without HDR's prior written permission alter, modify, reproduce, distribute or use in any other commercial context any materials from the Trading Platform.

You acknowledge that 'BitMEX' and the BitMEX logo are trademarks of HDR. You may reproduce such trademarks without alteration on material downloaded from the Trading Platform to the extent authorised above, but you may not otherwise use, copy, adapt or erase them.

You shall not in any circumstance obtain any rights over or in respect of the Trading Platform (other than rights to use the Trading Platform pursuant to these Terms and any other terms and conditions governing a particular service or section of the Trading Platform) or hold yourself out as having any such rights over or in respect of the Trading Platform.

You are not allowed to access or use the Services or the Trading Platform if you are located, incorporated or otherwise established in, or a citizen or resident of: (i) the United States of America, the province of Québec in Canada, Cuba, Crimea and Sevastopol, Iran, Syria, North Korea or Sudan; (ii) any state, country or other jurisdiction that is embargoed by the United States of America; (iii) a jurisdiction where it would be illegal according to Applicable Law for you (by reason of your nationality, domicile, citizenship, residence or otherwise) to access or use the Services or the Trading Platform; or (iv) where the publication or availability of the Services or the Trading Platform is prohibited or contrary to local law or regulation, or could subject any member of the HDR Group to any local registration or licensing requirements (together, the **"Restricted Jurisdictions"**). HDR may, in its sole discretion, implement controls to restrict access to the Services or the Trading Platform in any of the Restricted Jurisdictions. If HDR determines that you are accessing the Services or the Trading Platform from

any Restricted Jurisdiction, or have given false representations as to your location of incorporation, establishment, citizenship or place of residence, HDR reserves the right to close any of your accounts immediately and liquidate any open positions.

### *Definitions*

In these Terms:

**"APIs"** means Application Programming Interfaces;

**"Applicable Law"** means all civil and common laws, statutes, subordinate legislation, treaties, regulations, directives, decisions, by-laws, ordinances, circulars, codes, orders, notices, demands, decrees, injunctions, resolutions, rules and judgments of any government, quasi-government, statutory, administrative or regulatory body, court, agency or association by which any member of the HDR Group or you are bound in any jurisdiction applicable to the receipt or performance of the Services.

**"BitMEX Mobile Application"** means the mobile trading application developed, published and distributed by the HDR Group (as updated from time to time).

**"BitMEX Testnet Platform"** means the Testnet coin-based trading platform operated by HDR which is largely based upon the Trading Platform and is accessible at the following webpage: https://testnet.bitmex.com/.

**"HDR Group"** means HDR and its subsidiaries from time to time.

**"Intellectual Property Rights"** means any registered or unregistered design rights, patents, copyright, database rights, data protection rights, trade marks, service marks, logos, trade names, rights in domain names, rights in undisclosed or confidential information (such as know-how, trade secrets and inventions (whether or not patentable)) moral rights and any other similar intellectual or industrial property rights (whether registered or not) and applications for such rights as may exist anywhere in the world.

**"Member"** means any current registered user of the Trading Platform.

**"Services"** means websites, applications and any services provided by any member of the HDR Group, including:

- a) the Trading Platform and the BitMEX Testnet Platform;
- b) any downloadable material from HDR's websites;
- c) any information, content or other material published or provided by any member of the HDR Group in any way with respect to any subject matter (including any research materials, market data or blogs); and
- d) any features, content or services from any person that may be ancillary to any of the above.

**"Trading Platform"** means the Bitcoin-based trading platform on https://www.bitmex.com and subdomains, mobile applications (including the BitMEX Mobile Application), APIs and other media owned by the HDR Group relating to that trading platform.

## 1. Access Conditions

**1.1**: When accessing and using the Service, you must:

- a) not carry out any activity that: (i) involves proceeds from any illegal or unlawful activity (including activities relating to cryptocurrency tumblers, darknet markets, money laundering or terrorism financing); (ii) publishes, distributes or disseminates any illegal or unlawful material or information; or (iii) otherwise violates, or could violate, any Applicable Law;

- b) not attempt to undermine the security or integrity of the HDR Group's computing systems or networks or, where the Services are hosted by a third party, that third party's computing systems and networks;

- c) not use, or misuse, the Services in any way which may impair the functionality of the Services or Trading Platform, or other systems used to deliver the Services or impair the ability of any other user to use the Services or Trading Platform;

- d) not attempt to gain unauthorised access to the computer system on which the Trading Platform is hosted or to any materials other than those to which you have been given express permission to access;

- e) not transmit or input into the Trading Platform any files that may damage any other person's computing devices or software; content that may be offensive; or material or data in violation of any law (including data or other material protected by copyright or trade secrets which you do not have the right to use);

- f) not attempt to modify, copy, adapt, reproduce, disassemble, decompile or reverse-engineer any computer programs used to deliver the Services or to operate the Trading Platform except as is strictly necessary to use either of them for normal operation;

- g) ensure that all usernames and passwords required to access the Trading Platform are kept secure and confidential; and

- h) immediately notify HDR of any unauthorised use of your password(s) or any other breach of security and HDR will reset your password(s) upon such notification.

**1.2**: Use of the Services may be subject to limitations, including but not limited to transaction volumes and the number of calls permitted to be made against the relevant application programming interface. Any such limitations will be advised.

**1.3**: By accessing the Trading Platform, using the Services or registering as a Member, you represent, warrant and undertake that:

- a) you have accepted the Terms;

- b) you are at least 18 years of age and have the capacity to accept the Terms;

- c) you are the legal owner (or an appropriately authorised representative of the legal owner) of the funds you add to your account with HDR and that the same funds derive from a legitimate source;

- d) your use of the Services does not constitute a breach of Applicable Law;

- e) you are aware of the risks in using the Services provided by the HDR Group and have the necessary experience and knowledge to understand the risks involved in relation to each Service provided by the HDR Group. These risks include the high volatility risk of Bitcoin itself, and that you may lose all of the funds in your trading account if the market moves against you;

- f) you acknowledge and agree that the Services should only be used by you if you:

    - i) have knowledge and experience in highly volatile markets;
    - ii) are trading with Bitcoin you can afford to lose; and
    - iii) have a high risk tolerance;

- g) you will not be involved or initiate any form of market manipulation, including spoofing orders or otherwise;

- h) the information or documents you provide as part of any ID verification process are correct, genuine and up to date;

- i) any Bitcoin withdrawal address you provide is your own and that you have full control over this address;

• j) you are not allowed to access or use the Services if you are located in, incorporated or otherwise established in, or a citizen or resident of any Restricted Jurisdiction, and that HDR reserves the right to close any of your accounts immediately and liquidate any open positions if you are accessing the Services from any Restricted Jurisdiction or have given false representations as to your location, place of incorporation or establishment, citizenship or place of residence;

• k) you have not; (i) violated; (ii) been fined, debarred, sanctioned, the subject of economic sanctions-related restrictions, or otherwise penalised under; (iii) received any oral or written notice from any government concerning actual or possible violation by you under; or (iv) received any other report that you are the subject or target of sanctions, restrictions, penalties, or enforcement action or investigation under, any Applicable Law (including but not limited to anti-money laundering laws, counterterrorism financing laws, anti-corruption laws or economic sanctions laws); and

• l) neither you nor any of your affiliates is: (i) itself, or owned or controlled by, a sanctioned person; (ii) involved in any transaction, transfer, or conduct, whether or not by using or receiving the Services or the Trading Platform, that is likely to result in you or your affiliates becoming a sanctioned person; or (iii) located in, incorporated or otherwise established in, or a citizen or resident of, a Restricted Jurisdiction.

**1.4**: You can open an initial account by providing your email address and full name.

**1.5**: HDR reserves the right at any time to verify your identity for the purposes of complying with the Seychelles' Anti-Money Laundering Act 2006 or any other Applicable Law.

**1.6**: We impose certain trading limits before you are required to conduct Customer Due Diligence (CDD). You agree to cooperate with us in this process and will provide all documentation/information that we may require to satisfy ourselves of your identity and the purpose of the business relationship.

**1.7**: You agree that any trading or other instructions received or undertaken through your account are deemed to be final and conclusive, and that HDR may act upon such instructions without any liability or responsibility attached to it. In connection with any APIs offered on or through the Trading Platform, you acknowledge and agree that:

• a) HDR is permitted to share your data with any third parties that possess your unique API key, and
• b) HDR may rely and act upon the instructions (including, but not limited to, instructions relating to order placement or the closing of positions) of any third parties that possess your unique API key, and the HDR Group accepts no responsibility or liability for any loss arising from the foregoing.

**1.8**: We may freeze any account in the event that we suspect or have reason to believe you are engaged in suspicious trading or other activity or have breached any of the above warranties or other provisions of these Terms. This may result in the unwinding of any trades you have entered into. We expressly exclude any losses or profits you would have made as a result of us closing your trade positions early or you not being able to trade on the Trading Platform and you agree to indemnify us completely against any third party action resulting from your conduct or us having to close your positions early. Whilst your account is frozen we will conduct an investigation and may require you to cooperate with our enquiries. During the investigation stage you will not be able to make deposits or withdrawals to your account nor will you be able to trade. At the end of the investigation we may, at our own discretion, decide to close your account for which we are not required to provide you with any reasons for the same.

**1.9**: We reserve the right at our own discretion to close your account at any time.

**1.10**: By using the Services, you accept that HDR reserves the right to liquidate any trades at any time regardless of the profit or loss position.

**1.11**: It is your responsibility entirely to provide us with correct details including your withdrawal address. We accept no liability resulting in you not receiving the Bitcoin withdrawn due to you providing incorrect or out-of-

date details. It is also your responsibility to ensure that instructions, orders or transactions sent to HDR are well-formatted, clear and denominated in the correct currency. HDR excludes all liability for any incorrect transactions, including, but not limited to, Litecoin sent to Bitcoin addresses.

**1.12**: It is our responsibility to maintain an orderly market and as such we may at our own discretion halt trading on the Trading Platform due to market disruption or other relevant external events. We exclude all liability for any claimed losses or profits lost as a result of us halting trading.

## 2. Fees

**2.1**: You acknowledge and agree that, by using the Services, fees will apply.

**2.2**: Details of these fees are set forth on this webpage: https://www.bitmex.com/app/fees.

**2.3**: HDR has the right to revise and update the applicable fees at any time at its sole discretion. Any such revision or updates to the fees will apply prospectively to any Services (including any transactions on the Trading Platform) that take place following the effective time that the fee revision or update is published on the Trading Platform.

## 3. Intellectual Property Rights

**3.1**: All Intellectual Property Rights relating to the Trading Platform, all the material used on the Trading Platform and the Services including, but not limited to, design, structure, layouts, graphical images and underlying source code belong to the HDR Group. All rights are reserved.

**3.2**: You acknowledge that, except as otherwise agreed between the parties in writing, all Intellectual Property Rights of the HDR Group in the Trading Platform and the Services shall remain with the HDR Group.

**3.3**: You are not granted any right to use, and may not use, any of the HDR Group's Intellectual Property Rights other than as set out in these Terms and subject to the following conditions:

• a) you may only view and use the Services and the Trading Platform (or any part of it or its contents) for your own personal use and may not copy, reproduce, republish, upload, repost, modify, transmit, distribute or otherwise use the Services and the Trading Platform (or any part of it or its content) in any way for non-personal, public or commercial use without the prior written consent of HDR. All restrictions relating to use of the Services and the Trading Platform in these Terms shall apply to data available through any APIs;

• b) you may not remove or modify any copyright, trademark or other proprietary notices that have been placed in any part of the Services; and

• c) you may not use any data mining, robots or similar data-gathering or extraction methods.

**3.4**: By submitting your content directly or indirectly to or through the Trading Platform in any way, including, but not limited to, blogs, message boards, forums and APIs (whether or not submitted through a third party), you grant the HDR Group a royalty-free, perpetual, irrevocable, transferable, sublicensable, non-exclusive right and licence to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, communicate to the public, perform and display all of your content (in whole or in part) worldwide and to incorporate it in other works in any form, media, or technology now known or later developed, for the full term of any rights that may exist in such content. The HDR Group shall be the sole owner of any derivative work produced by the HDR Group based on, or in any way connected with, your content, and shall have the right to use such derivative work for any purpose, commercial or otherwise, without any further obligation to you. You also permit any other users of the Trading Platform to access, display, view, store and reproduce such content for personal use. You waive (and to the extent you cannot waive, agree irrevocably not to assert) any and all moral rights to which you may be entitled anywhere in the world in respect of such content. HDR has the right, but not the obligation, to monitor all conduct and content submitted to or through the Trading Platform, and may in its sole discretion: (i) refuse to publish, remove or modify content or disable access to content that it

considers breaches these Terms; or (ii) suspend or discontinue your opportunity to submit, post or upload content.

**3.5**: By submitting any content to the Trading Platform you warrant that you are entitled to, and have all necessary Intellectual Property Rights over, that content to submit it on the Trading Platform in accordance with these Terms.

**3.6**: HDR reserves the right to disclose your identity to any third party who claims that any content posted or uploaded by you to the Trading Platform constitutes a violation of their Intellectual Property Rights or of their right to privacy.

## 4. Privacy Notice

**4.1**: For more details about HDR's privacy and data protection practices, please refer to our Privacy Notice available at the following webpage: https://www.bitmex.com/app/privacyPolicy.

## 5. Third Party Websites

**5.1**: HDR links to third party websites that are not affiliated or associated with the HDR Group (although branding, advertisements or links relating to the Trading Platform or any Services may appear on these websites) and HDR may send e-mail messages to you containing advertisements or promotions including links to third parties. The HDR Group makes no representation as to the quality, suitability, functionality or legality of the material on third party websites that are linked to, or to any goods and services available from such websites. The material is only provided for your interest and convenience. The HDR Group does not monitor or investigate such third party websites and the HDR Group accepts no responsibility or liability for any loss arising from the content or accuracy of this material and any opinion expressed in the material should not be taken as an endorsement, recommendation or opinion of any member of the HDR Group.

**5.2**: Under no circumstances are you to create a hyperlink to any of the pages on the Trading Platform, unless HDR provides you with its prior consent to do so. If you do create a link to any of the pages on the Trading Platform, you acknowledge that you are responsible for all direct or indirect consequences of the link, and you indemnify each member of the HDR Group immediately upon demand for all loss, liability, costs or expense arising from or in connection with the link.

## 6. Warranties and Representations

**6.1**: You represent, warrant and undertake that:

  • a) you are authorised to access and use the Services and the Trading Platform. In particular, each jurisdiction where you are located in, incorporated or otherwise established in, or of which you are a citizen or resident, allows you to utilise the Services and the Trading Platform;

  • b) if you are using the Trading Platform on behalf of or for the benefit of any person or organisation, you must be authorised to do so. The relevant person or organisation will be liable for your actions, including any breach of these Terms; and

  • c) your use of the Trading Platform and the Services is at your own risk. You agree that the HDR Group is not liable for any damage or harm arising out of your use of the Trading Platform and Services.

**6.2**: You acknowledge and agree that:

  • a) the information provided on the Trading Platform is for general information purposes only and is given in good faith. However, the information is selective and HDR may not verify all information, which may not be complete or accurate for your purposes and should not be relied upon without further enquiry. The information and Services should not be construed as an offer or a recommendation to trade or engage the Services provided by the HDR Group in a particular manner and the information does not take into account the investment objectives or financial situation of any particular person; and

• b) HDR does not warrant that the use of the Trading Platform will be uninterrupted or error-free. Amongst other things, the operation and availability of the systems used for accessing the Trading Platform, including public telephone services, computer networks and the internet, can be unpredictable and may from time to time interfere with or prevent access to the Trading Platform. HDR is not in any way responsible for any such interference that prevents your access or use of the Trading Platform and the Services.

**6.3**: HDR has a trading arm that, amongst other things, transacts in products traded on the Trading Platform. The trading arm primarily trades as a market-maker. The trading arm is organised to be separate and distinct from the business of the Trading Platform. Specifically, no front office personnel are shared between the trading arm and the Trading Platform, the trading arm's staff are physically separated from the Trading Platform's staff while performing trades, and the trading arm does not have access to any order flow, execution, customer or other information of the Trading Platform on terms that are not otherwise available to any other platform user. In addition, unless otherwise set forth in the terms of a specific product of HDR, the trading arm receives access and trading privileges only on the same terms as are available to any other user.

**6.4**: You warrant and represent that you are acquiring the right to access and use the Trading Platform and agreeing to these Terms for the purposes of a business and that, to the maximum extent permitted by law, any statutory consumer guarantees or legislation intended to protect non-business consumers in any jurisdiction does not apply to the supply of the Trading Platform or these Terms.

## 7. Accuracy and Availability of Services

**7.1**: You acknowledge, agree and understand that none of the Services amount to investment advice or any marketing, or promotion or offer of any product or investment to you or any third party. You are solely responsible for any losses, damages or costs resulting from your reliance on any data or information that the HDR Group may provide in connection with your use of the Services. You will make your own independent decision to access or use the Services.

**7.2**: To the maximum extent permitted under Applicable Law, the Services and any product, service or other item provided by or on behalf of the HDR Group are provided on an "as is" and "as available" basis and the HDR Group expressly disclaims, and you waive, any and all other warranties of any kind, whether express or implied, including implied warranties of merchantability, fitness for a particular purpose, title or non-infringement or warranties arising from course of performance, course of dealing or usage in trade. Without limiting the foregoing, the HDR Group does not represent or warrant that the Services are accurate, complete, reliable, current or error-free, or free of viruses or other harmful components.

**7.3**: HDR shall make reasonable efforts to ensure that the Services are available to you. However, access to the Services may be disrupted from time to time due to necessary maintenance, technical issues, network and system overloads or events outside of HDR's control. HDR will use commercially reasonable efforts to avoid downtime of the Services during anticipated peak hours, but assumes no liability (whether for trading-related losses or otherwise) if the Services or any part thereof are unavailable at any time or for any period.

**7.4**: You acknowledge and agree that:

• a) the HDR Group shall not have any liability, contingent or otherwise, to you or to any third parties, for the correctness, quality, accuracy, security, completeness, reliability, performance, timeliness, pricing or continued availability of the Services (including the Trading Platform) or for delays or omissions of the Services, or for the failure of any connection or communication service to provide or maintain your access to the Services, or for any interruption in or disruption of your access or any erroneous communications between the HDR Group and you, regardless of cause;

• b) the HDR Group shall not have any liability or be responsible in any way for your use of the internet to connect to the Services or any technical problems, system failures, malfunctions, communication line failures, high internet traffic or demand, related issues, security breaches or any similar technical problems or defects experienced. You shall be responsible for any fees incurred in order to connect to the internet

• c) you are solely responsible for your own hardware used to access the Services and are solely liable for the integrity and proper storage of any data associated with the Services that is stored on your own hardware. You are responsible for taking appropriate action to protect your hardware and data from viruses and malicious software, and any inappropriate material. Except as provided by Applicable Law, you are solely responsible for backing up and maintaining duplicate copies of any information you store or transfer through our Services. The HDR Group will not be liable to you in the event that your hardware fails, is damaged or destroyed or any records or data stored on your hardware are corrupted or lost for any reason.

**7.5**: You must immediately notify HDR in the event that you become aware of any of the Services malfunctioning or a trading error occurring or if you otherwise experience any material malfunction or other connectivity problem that adversely affects your access to or use of any Services.

**7.6**: You acknowledge, agree and understand that if you travel to any Restricted Jurisdiction, our Services may not be available and your access to our Services may be blocked. You acknowledge that this may impact your ability to trade on the Trading Platform or monitor any existing orders or open positions or otherwise use the Services. You must not attempt in any way to circumvent any such restriction, including by use of any virtual private network to modify your internet protocol address.

**7.7**: You acknowledge and agree that there are a series of inherent risks with the use of mobile trading technology such as the BitMEX Mobile Application including, but not limited to, latency in the prices provided. The HDR Group shall not be liable for any and all circumstances in connection with your use of the BitMEX Mobile Application in which you experience a delay in price quotation or an inability to trade caused by network circuit transmission problems or any other problems outside our direct control, which include but are not limited to the strength of the mobile signal, cellular latency, or any other issues that may arise between you and any internet service provider, phone service provider or any other service provider. Furthermore, some of the features available on the Trading Platform may not be available on the BitMEX Mobile Application. Users may also be required to download and install updates to the BitMEX Mobile Application so as to maintain provision of the Services. Your failure to do so might lead to certain parts of the Services (including trading functions) becoming temporarily inaccessible to you until such update has been downloaded and installed.

**7.8**: You acknowledge, agree and understand that certain of the Services (including any software that may be produced, developed or published by the HDR Group from time to time) may be beta versions being tested at the time of release (a "Development Service"). Consequentially, such Development Services may be unstable and may change from time to time. The HDR Group does not warrant that the functionality of Development Services will meet your requirements or that the operation of Development Services will be uninterrupted or error-free. HDR reserves the right, at any time and for any reason, to discontinue, redesign, modify, enhance or change any Services (including the Development Services).

**7.9**: You acknowledge, agree and understand that:

• a) BitMEX Testnet is provided for informational and testing purposes, and not for educational purposes;

• b) whilst BitMEX Testnet uses the same market data and indices as the Trading Platform, there may be discrepancies between the BitMEX Testnet and the Trading Platform; and

• c) any past performance and experience on and with BitMEX Testnet is not a reliable indicator of future returns, performance and experience with the Trading Platform.

# 8. Indemnification

**8.1**: You agree to indemnify and hold harmless each member of the HDR Group and their respective directors, officers, employees, agents, contractors and licensors (together, the **"Associated Parties"**) immediately upon

demand from and against any and all claims, demands, lawsuits, actions, proceedings, investigations, liabilities, damages, losses, costs or expenses, including reasonable attorneys' fees, in any way arising out of, in relation to or in connection with, directly or indirectly, your or your authorised representatives':

- a) use of, or conduct in connection with, the Services;

- b) breach of these Terms or any other policy of the HDR Group; or

- c) violation of any Applicable Law or the rights of any other person or entity.

# 9. Limitation of Liability

**9.1**: Nothing in these Terms shall exclude or restrict the HDR Group's or any of the Associated Parties' liability for:

- a) fraud; or

- b) any other matter that cannot be excluded or limited under Applicable Law.

**9.2**: Subject to the foregoing, to the maximum extent permitted by Applicable Law:

- a) in no event shall the HDR Group or any of the Associated Parties be liable for any:

    - i) indirect or consequential loss; or
    - ii) loss of profit, business opportunity, revenue or goodwill, in each case, whether arising from breach of contract, tort (including negligence), breach of statutory duty or otherwise, arising out of or in connection with authorised or unauthorised use of the Services or these Terms, even if an authorised representative of the HDR Group or any of the Associated Parties has been advised of, knew of or should have known of the possibility of such damages; and

- b) the HDR Group's and the Associated Parties' aggregate liability in contract, tort or otherwise (including any liability for any negligent act or omission) howsoever arising out of or in connection with the performance of its obligations under these Terms in respect of any one or more incidents or occurrences shall be limited to the total net amount of Bitcoin received by HDR from you by way of trading fees in connection with your use of the Trading Platform in the six-month period immediately prior to the date of the incident, or the first incident of a series of connected incidents, giving rise to a claim made by you under these Terms.

# 10. Calculations

**10.1**: All calculations performed by the Trading Platform's trading engine and as verified by HDR are final. As noted in Clause 7, the HDR Group does not warrant that the use of the Trading Platform will be uninterrupted or error-free.

# 11. Termination and Remedies for Breach of these Terms by You

**11.1**: The HDR Group reserves the right to seek all remedies available at law and in equity for violations of these Terms, including without limitation, the right to restrict, suspend or terminate your account or deny you access to the Trading Platform without notice; and

- a) The HDR Group shall be entitled to disclose information (including, but not limited to, your user identity and personal details) when cooperating with law enforcement enquiries (whether or not such enquiries are mandatory under Applicable Law) or where permitted under or otherwise compliant with Applicable Law.

## 12. Confidentiality

**12.1**: You undertake not to disclose to any person or persons any Confidential Information that you may acquire in the course of your use of the Trading Platform.

**12.2**: For the purposes of these Terms, **"Confidential Information"** shall mean any written information (including information provided in electronic form) or oral information which is confidential or a trade secret or proprietary and which is clearly identified as confidential at the time of disclosure or would be assumed by a reasonable person to be confidential under the circumstances surrounding the disclosure. Notwithstanding the foregoing, Confidential Information shall not include information which is: (i) already known by you prior to receipt from us; (ii) publicly known or becomes publicly known through no wrongful act of you; (iii) rightfully received from a third party without you having knowledge of a breach of any other relevant confidentiality obligation; or (iv) independently developed by you. The obligations of this clause do not prevent you from disclosing Confidential Information either: (A) to a third party pursuant to a written authorisation from us; or (B) to satisfy a requirement of, or demand by, a competent court of law or other tribunal or governmental, or administrative or regulatory or self-regulatory body or listing authority or any Applicable Law, provided that HDR is notified prior to such disclosure to the extent permitted by Applicable Law.

## 13. Absence of Waiver

**13.1**: Any failure or delay by the HDR Group to enforce any of the Terms or exercise any right under the Terms will not be construed as a waiver to any extent of our rights.

## 14. Force Majeure

**14.1**: Neither party is liable for delay in meeting its obligations due to any cause outside its reasonable control including acts of God, riot, war, malicious acts of damage, fires, electricity supply failures and government authority and edicts.

## 15. Survival

**15.1**: Should any provision of these Terms be held to be void, invalid, unenforceable or illegal by a court, the validity and enforceability of the other provisions shall not be affected. If any provision is determined to be unenforceable, you agree to an amendment by HDR of such provision to provide for enforcement of the provisions intent, to the extent permitted by applicable law.

## 16. Governing Law

The Terms and any non-contractual obligations arising out of or in connection with them are governed by and construed in accordance with English law. The International Business Companies Act 1994 is the principal legislation that governs corporates in the Republic of Seychelles.

## 17. Dispute Resolution

Subject to the Applicable Law of your jurisdiction, the courts of England have non-exclusive jurisdiction to settle any dispute arising from or connected with these Terms (including a dispute relating to the existence, validity or termination of these Terms or the consequences of their nullity or any non-contractual obligation arising out of or in connection with these Terms).

# EXHIBIT 2

**Terms of Service**
**You should read these terms of service carefully. By viewing this website, creating an account or Testnet account, using the mobile app or API and/or accessing or using the services, you agree to be legally and unconditionally bound by these terms of service. If you have any questions about these terms of service, you should contact** Support**.**
**Table of Contents**

1. Introduction
2. General Terms
3. Services
4. Account
5. Account Creation
6. Account Usage
7. Account Security
8. Account Suspension, Termination or Closure
9. Deposits, Withdrawals, and Transfers
10. Know-Your-Client, Anti-Money Laundering and Counter-Terrorist Financing, Sanctions and Restricted Jurisdictions
11. Warranties and Representations
12. Fees
13. Limitation of Liability and Indemnification
14. Compliance
15. Communications and Notices
16. Data and Calculations
17. Reporting Obligation
18. Intellectual Property Rights
19. Privacy Notice
20. Third Party Websites
21. Termination and Remedies for Breach
22. Confidentiality
23. Absence of Waiver
24. Assignment
25. Force Majeure
26. Entire Agreement
27. Amendment
28. Survival
29. Governing Law
30. Dispute resolution
31. English Language
32. Miscellaneous
33. Contact Information and Complaints
34. Definitions

1. Introduction

1.1. These Terms of Service apply to your (collectively, "**you**" or "**your**") access to and use of our Website(s) (including https://www.bitmex.com/ and its subdomains) and the Services provided by HDR Global Trading Limited (the "**Company**"), a company incorporated in the

Republic of Seychelles with a company number of 148707 and the Group (collectively, "**HDR**", "**BitMEX**", "**we**", "**our**" or "**us**").

1.2. Where you act on behalf of a corporation, partnership, firm or organisation, references in these Terms of Service to "you" mean the corporation, partnership, firm or organisation.

## 2. General Terms

2.1. When you access and/or use the Website and any of our Services, you represent, warrant and undertake that you will not:

- a) carry out any activity that:
  - o i) involves proceeds from any illegal or unlawful activity (including, but not limited to, activities relating to money laundering or terrorism financing);
  - o ii) publishes, distributes or disseminates any illegal or unlawful material or information; or
  - o iii) otherwise violates, or could violate, any Applicable Law;
- b) attempt to undermine the security or integrity of our computing systems or networks or, where the Services are hosted by a third party, that third party's computing systems or networks;
- c) use, or misuse, the Services in any way which may impair the functionality of the Services or other systems used to deliver the Services or impair the ability of any other user to use the Services;
- d) attempt to gain unauthorised access to the systems on which the Services are hosted (including, without limitation, any hardware and software operated by us or by third parties for us) or to any materials other than those which you have been given express permission to access;
- e) transmit or input any files that may:
  - o i) damage any other person's computing devices or software; or
  - o ii) contain material or data in violation of any law (including data or material protected by copyright or trade secrets which you do not have the right to use);
- f) attempt to modify, copy, adapt, reproduce, disassemble, decompile or reverse-engineer any computer programs used to deliver or operate any of the Services except as is strictly necessary for normal operation; and
- g) attempt to or access the source code or object code or utilise the Services in any manner to enable you to offer a competing product or service,

(collectively, the "**General Obligations"**).

2.2. We do not act as your agent, broker, adviser, trustee or fiduciary in any capacity. These Terms of Service do not create any partnership, joint venture, joint enterprise or similar business relationship with you. None of the Services amounts to and no communication or information provided to you shall be deemed or construed to be investment or financial advice. We have no obligation to, and shall not, provide you with any legal, tax, accounting or other advice. You should conduct your own due diligence and consult an independent adviser where appropriate.

2.3. No information or material provided on any Website or through our Services shall be construed as a promotion of the Services or any product, or a solicitation, an offer or a recommendation to trade in, use or engage the Services or any product in any manner. You will make your own independent decision to access and/or use the Services (including the Trading Platform).

2.4. References in these Terms of Service to 'Account' mean each of your Accounts opened with us, as applicable.

## 3. Services

3.1. We may provide Services which you can access and/or use, with such features, rights and privileges and on such terms and conditions as we may specify. Any such terms and conditions may be set out through any means we consider appropriate, including as an annex to these Terms of Service. Such terms and conditions will be incorporated by reference into and supplement these Terms of Service. We have the right to amend any terms and conditions on which the Services are offered at our sole and absolute discretion and without prior Notice. In the event of a conflict between the Terms of Service and the terms and conditions of the Services, the terms and conditions of the Services shall prevail (unless expressly stated otherwise).

3.2. We may introduce new Services, or vary, suspend, withdraw or cease to provide any or all of the Services. We will endeavour to give you reasonable prior Notice before we vary, suspend, withdraw or cease to provide any of the Services but retain the right to do so without prior Notice to you. We shall not be liable for any losses or damages as a result of (i) varying, suspending, withdrawing or ceasing to provide access to and use of any of the Services or (ii) amending any terms and conditions on which the Services are provided.

3.3. In order to access certain Services (including the Trading Platform), you will need an Account and be granted certain features, rights and privileges.

3.4. We shall make reasonable efforts to ensure that the Services are available. However, access to the Services may be disrupted from time to time due to necessary maintenance, technical issues, network and system overloads or other events (whether within or outside of our control). We will use commercially reasonable efforts to avoid downtime of the Services, but assume no liability (whether for trading-related losses or otherwise) if the Services or any part thereof are unavailable at any time or for any period.

3.5. We may not make the Services available in all markets and jurisdictions, and may restrict or prohibit use of the Services in certain markets or jurisdictions. Our current policies on the availability of Services in specified markets and jurisdictions can be found here. We may amend these policies from time to time at our sole and absolute discretion without prior Notice to you.

3.6. We have the right to implement or impose (or vary) any restrictions and limitations on access to and use of the Services in our sole and absolute discretion, including (but not limited to) transaction volumes, risk limits, rate limits, account limits, and order restrictions. We may also implement or impose (or vary) restrictions and limitations on the access to and use of the Services specifically in relation to your Account. We may implement, impose or amend these restrictions and limitations at our sole and absolute discretion without prior Notice to you.

3.7. From time to time, we may launch certain features or Services (including any software that may be produced, developed or published by the Group from time to time) as beta versions at the time of release (a "**Development Service**"). If you agree to participate in the beta testing of a Development Service, you acknowledge, agree and understand that the Development Service may be unstable and may change from time to time. We do not warrant that the functionality of Development Services will meet your requirements or that the operation of Development Services will be uninterrupted or error-free. We will not be liable for any loss or damage arising from your access to and use of a Development Service. We reserve the right, at any time and for any reason, to discontinue, redesign, modify, enhance or change the Development Services.

## 4. Account

4.1. In order to access and use certain Services (including the Trading Platform), you will need to have an Account. You do not need an Account to access and use the publicly available portion of the Website(s).

4.2. If you are an Individual User, your Account will be designated as an "**Individual Account**". If you are a Corporate User, your Account will be designated as a "**Corporate Account**". We may from time to time introduce different tiers or classes of Accounts, along with respective features, terms, obligations privileges and/or rights.

## 5. Account Creation

5.1. If you are an Individual User, to be eligible to open an Individual Account, you must satisfy all of the following eligibility criteria ("**Individual Eligibility Criteria**"):

- a) you must be at least 18 years old and above the legal age of majority in your relevant jurisdiction(s);
- b) the entry into and performance of, and the obligations contemplated by, these Terms of Service do not and will not conflict with any Applicable Laws with respect to you;
- c) you have reviewed the Risk Disclosure Statement in full, understand the risks of trading in digital assets and using the Services, and have the necessary knowledge, experience, risk tolerance and financial assets (such that you can afford up to total loss of your digital assets) to use all of the Services (including the Trading Platform);
- d) you must not:
  - i) be currently under actual or threatened investigation, inquiry, or audit by any government authority in relation to any potential offence involving fraud, bribery, corruption, or dishonesty;
  - ii) have been convicted of or pleaded guilty to an offence involving fraud, bribery, corruption, or dishonesty;
  - iii) have been listed by any government agency or non-governmental organisation as debarred, suspended, proposed for suspension or debarment, or otherwise ineligible for procurement programmes;
  - iv) be bankrupt;
  - v) be (or have received any oral or written notice from any government or regulatory authority that you may be) in violation or breach of any Applicable Laws (including but not limited to AML/CFT, anti-corruption or economic sanction laws);
  - vi) be a Sanctioned Person;
  - vii) be a person restricted from using our Services in accordance with our Restricted Jurisdiction Policy (as updated, amended or replaced from time to time); and
  - viii) be a person who is restricted from opening or holding an Account and/or using the Services as determined by us or in accordance with Applicable Laws;
- e) all governmental and other consents that are required to have been obtained by you with respect to these Terms of Service have been obtained and are in full force and effect and all conditions of any such consents have been complied with;
- f) your use of the Account and the Services does not constitute a breach of any Applicable Laws;

- g) you are acting for your own account and are not relying on any communication (written or oral) from us as solicitation, recommendation, marketing, promotion or investment or similar advice;
- h) you are entering into these Terms of Service as principal and not as agent of any person or entity; and
- i) you have not been previously prohibited from accessing or using any of our Services.

5.2. If you are a Corporate User, to be eligible to open a Corporate Account, you must satisfy all of the following eligibility criteria ("**Corporate Eligibility Criteria**"):

- a) you:
  - o i) must be duly organised and validly existing under the laws of the jurisdiction of your organisation or incorporation, and, if relevant under such laws, in good standing;
  - o ii) must have duly appointed each of your Authorised Representatives to act on behalf of the corporation, partnership, firm or organisation; and
  - o iii) must have the necessary corporate or other power and authority to enter into these Terms of Service, and otherwise to perform its obligations hereunder, and have taken all necessary action to authorise such execution, delivery and performance;
- b) each of your Authorised Representatives must be:
  - o i) at least 18 years old and above the legal age of majority in your relevant jurisdiction(s);
  - o ii) duly authorised by you to enter into, and perform, the obligations contemplated by these Terms of Service;
- c) the entry into and performance of, and the obligations contemplated by, these Terms of Service do not and will not conflict with any Applicable Laws with respect to you and/or any constitutional document, agreement or instrument binding upon you;
- d) you have reviewed the Risk Disclosure Statement in full, understand the risks of trading in digital assets and using the Services, and have the necessary knowledge, experience, risk tolerance and financial assets (such that you can afford up to total loss of your digital assets) to use all of the Services (including the Trading Platform);
- e) you and each of your Authorised Representatives must not:
  - o i) be currently under actual or threatened investigation, inquiry, or audit by any government authority in relation to any potential offence involving fraud, bribery, corruption, or dishonesty;
  - o ii) have been convicted of or pleaded guilty to an offence involving fraud, bribery, corruption, or dishonesty;
  - o iii) have been listed by any government agency or non-governmental organisation as debarred, suspended, proposed for suspension or debarment, or otherwise ineligible for procurement programmes;
  - o iv) be bankrupt, insolvent, or under administration;
  - o v) be (or have received any oral or written notice from any government or regulatory authority that you may be) in violation or breach of any Applicable Laws (including but not limited to AML/CFT, anti-corruption or economic sanction laws);
  - o vi) be a Sanctioned Person;

- o vii) be a person restricted from using our Services in accordance with our <u>Restricted Jurisdiction Policy</u> (as updated, amended or replaced from time to time); and
- o viii) be a person who is restricted from opening or holding an Account and/or using the Services as determined by us or in accordance with Applicable Laws;
- f) all governmental and other consents that are required to have been obtained by you with respect to these Terms of Service have been obtained and are in full force and effect and all conditions of any such consents have been complied with;
- g) the use of the Account and the Services by you and each of your Authorised Representatives do not constitute a breach of any Applicable Laws;
- h) you are acting for your own account and are not relying on any communication (written or oral) from us as solicitation, recommendation, marketing, promotion or investment or similar advice;
- i) you are entering into these Terms of Service as principal and not as agent of any person or entity; and
- j) you and each of your Authorised Representatives have not been previously prohibited from accessing or using any of our Services.

5.3. By registering to open an Account, you represent, warrant and undertake that:

- a) you satisfy the Eligibility Criteria in full;
- b) you have accepted these Terms of Service; and
- c) any and all information you provide to us in connection with the Account is (and will be) true, complete and correct.

5.4. When you apply to open an Account, we will ask you to provide our required account registration information (including your email and full name) and any "know-your-client" information or documents which we may require from time to time. A non-exhaustive list of the types of information and documents which we may require from you is set out <u>here</u> for individuals and <u>here</u> for corporates. We reserve the right to request more information at any time in order to process your Account opening request.

5.5. We may initiate the Account opening process before you provide all of the "know-your-client" information or documents. If we do so, your Account will be subject to any restrictions that we deem necessary (including restrictions on access to or use of the Trading Platform) until we can complete our "know-your-client" procedures.

5.6. We will rely on your representations, warranties and undertakings set out in Clause 5.3 and the information provided under Clause 5.4 if we open an Account for you.

5.7. We may refuse to open an Account for you at our sole and absolute discretion and do not have to provide reasons for doing so.

## 6. Account Usage

6.1. After your Account is opened, you can access and use your Account through the Website, the Mobile App, API or any other means that we may specify from time to time, subject to these Terms of Service and any other terms we may apply to your Account access and use.

6.2. In respect of an Individual Account, your Account is provided on the basis that you are the only authorised user of the Account. In respect of a Corporate Account, your Account is provided on the basis that you and your Authorised Representatives are the only authorised users of the Account. You must not provide your Account details (including any access credentials, such as your email address, password or API Key(s)) to any third party other than for the

purposes of verifying or auditing your Account. Such third parties are not permitted to trade on the Trading Platform or make Withdrawals or Deposits, and they will be deemed to have agreed to (and must comply with) these Terms of Service, and you will be responsible for the actions (and omissions) of any such third parties.

6.3. At the time of Account opening, or any time afterwards, we may make certain features, rights or privileges (which may be necessary in order to use certain functions or aspects of the Services) available on your Account at our sole and absolute discretion. We may add, vary, modify, or cease to provide your Account with these features, rights or privileges at any time at our sole and absolute discretion.

6.4. You agree that any trading or other instructions received or made under your Account (including through the Trading Platform) are deemed to be final and conclusive, and we may act on such trading or other instructions and shall not be liable for any loss or damage arising out of the improper use of your Account.

### 7. Account Security

7.1. We implement certain security controls to prevent malicious actors from accessing your Account. We also provide the option for you to enable two-factor authentication in respect of your Account. However, you are responsible for safeguarding your authentication credentials and for restricting access to the Services from your compatible devices. You must also ensure that your login credentials are safe, limit access to your Account to authorised persons and control the devices which can operate the Account. You must let us know immediately if an unauthorised person is accessing or using your Account.

7.2. We may implement or impose additional security controls from time to time at our sole and absolute discretion (including mandatory two-factor authentication for Account log-in and password resets). A non-exhaustive list of security controls we have implemented is set out here. We may also implement or impose security controls individually on your Account. We may amend or vary these security controls in our sole and absolute discretion and without prior Notice to you.

7.3. If you forget or lose any of the information necessary to log in to your Account, you will need to provide all information required by us in order to facilitate any potential recovery or reset of your Account or Account details.

7.4. You must immediately notify us of any unauthorised use of your Account or any other breach of security. In particular, you agree to notify us immediately:

- a) upon any changes to your registered email address associated with your Account;
- b) upon any breach or compromise of security affecting your Account credentials, access to your account, your registered email address associated with your Account or any of your registered Withdrawal Addresses;
- c) if any person other than you has access to or uses your Account;
- d) if you become aware of any unauthorised use of your Account; and
- e) upon any other breach of security regarding your Account.

7.5. We have the right to restrict the use of your Account:

- a) upon your request;
- b) if we believe you have forgotten or lost your Account information;
- c) if we believe there has been or may be unauthorised access to or use of your Account, your registered email address associated with your Account or any of your registered Withdrawal Addresses; or

- d) if we believe you have provided false information

until such time as we can verify your identity or any other relevant information.

7.6. Upon a breach of security, you will immediately take all reasonable steps to mitigate the effects and will cooperate with us (and provide us with all information requested) to remediate the breach. Any assistance provided by us in relation to a security breach does not in any way operate as acceptance or acknowledgement that we are in any way responsible or liable to you or any other party in connection with such breach. We will not be liable for any loss or damage arising from your failure to protect your Account and/or any unauthorised access to and use of your Account (including access to and use of any of the Services), including, without limitation, in circumstances where you have provided notice to us under these Terms of Service.

## 8. Account Suspension, Termination or Closure

8.1. Nothing in this Clause 8 shall limit any rights we have under the Exchange Rules to (i) reject or cancel any instruction or (ii) close, reverse, off-set (including by entering into an opposite and equal Trade), liquidate, mitigate, deleverage or settle any open Orders, Trades or Positions.

8.2. Without prejudice to any other rights we may have under these Terms of Service or Applicable Laws, we may take any or all of the following steps if an Account Breach has occurred (or we suspect that an Account Breach has occurred) or if you request your Account to be closed:

- a) restrict further Deposit(s) and/or Withdrawal(s) in respect of your Account (including by ceasing to provide a Deposit Address);
- b) restrict the placement of Orders or Trades through the Trading Platform (including a ban on the placement of new Orders);
- c) disable any active API Keys in respect of your Account or institute any other restriction on the API in respect of your Account;
- d) place restrictions and limits on the risk, trading and positions on your Account (including limits on any increase in position size);
- e) cease payment of any Commission (as defined in the Affiliate Program Terms of Service) or take any other action under the Affiliate Program Terms of Service;
- f) cease to provide you with and/or restrict your access to and use of any or all of the Services;
- g) restrict or cease any features, rights and privileges granted or provided to you;
- h) reject or cancel any instruction;
- i) close, reverse, off-set (including by entering into an opposite and equal transaction), liquidate, mitigate, deleverage or settle any open Orders, Trades or Positions (regardless of the profit or loss position);
- j) deduct any amounts owing to us under these Terms of Service (including any amounts which we consider to have arisen from any Account Breach), from your Account Balance – and you authorise us to deduct such amounts without further Notice to you;
- k) deal with any of your available Account Balance in the following manner:
  - i) transfer to you all the available Account Balance (after subtracting any amount owing to us or otherwise deductible in accordance with these Terms of Service):
    - A) to a Withdrawal Address provided by you – and you undertake to provide a Withdrawal Address to us within 2 days upon our request for these purposes; or
    - B) to any Withdrawal Address registered with your Account; or

- o ii) where we reasonably believe we are prohibited from transferring to you any or all the available Account Balance due to Applicable Laws or our policies and procedures, we may take any action to segregate or restrict Withdrawal of the Account Balance until it can be released in accordance with Applicable Laws or our policies and procedures;
- l) take any action we consider necessary or desirable in order to comply with any order or request from a government, court or regulator or in compliance with Applicable Laws;
- m) conduct an investigation into or review of any matters we deem appropriate or necessary;
- n) disable access to, or close, your Account; or
- o) take any other action which we reasonably deem to be appropriate or necessary.

We can take any or all of the above steps without prior Notice or providing reasons to you (and may not be able to provide prior Notice or reasons under Applicable Laws), but, where appropriate, we may give you a specified period within which to provide any information or documents to show that such Account Breach has not occurred before we take certain actions. Where permissible under Applicable Laws and at our discretion, we may permit you to amend existing and open Orders and Positions and/or withdraw your Account Balance but restrict you from placing new Trades through the Trading Platform.

8.3. We are not liable for any loss, damage or costs (without limitation) which you may incur when we take any or all of the steps mentioned in Clause 8.2. You expressly agree that we shall not be liable to you for any profit or loss as a result of any action we take in respect of your open Orders, Trades or Positions.

8.4. Our failure or delay to take immediate action set out in Clause 8.2 does not constitute a waiver of any of our rights, and we retain the right to take the steps at any time in respect of your Account.

8.5. An **Account Breach** occurs when we, at our sole and absolute discretion, determine:

- a) you breach or fail to perform or observe these Terms of Service, the Exchange Rules or any other terms incorporated by reference in or to these Terms of Service or applicable to you in respect of the Account or the Services*;*
- b) you take any action which is inconsistent with a fair and orderly market or the integrity of the market (including any market misconduct or market manipulation);
- c) you breach any of the Chatroom Restrictions or the General Obligations;
- d) you breach any Applicable Laws;
- e) we are required to take any action in respect of your Account we consider necessary or desirable in order to comply with any Applicable Laws;
- f) a government, regulator or authority requests or requires us to take any action in respect of your Account;
- g) you apply for bankruptcy, insolvency or administration or such similar event has occurred or been declared;
- h) an action, suit or procedure has been commenced against you or your assets;
- i) you make a misrepresentation to us or provide us with any false or misleading information;
- j) you do not provide any information which we request or require from you in accordance with these Terms of Service, the Exchange Rules or any other terms incorporated by reference in or to these Terms of Service;
- k) you do not meet any or all of the Eligibility Criteria;

- l) you are not able to give the representations and warranties set out in Clause 11;
- m) you are a Sanctioned Person;
- n) you are a person restricted from using our Services in accordance with our Restricted Jurisdiction Policy;
- o) you are a person who we consider is restricted from opening or holding an Account and/or accessing or using the Services as determined by us or in accordance with Applicable Laws;
- p) the person operating the Account is not authorised by or is not the true owner of the property connected with the Account; or
- q) it is necessary to take action against your Account in order to protect you, our other users or ourselves.

An Account Breach constitutes a breach of these Terms of Service by you.

8.6. In the event of a User's death or incapacitation, the person authorised to act on behalf of the deceased or incapacitated User (or such User's estate) should contact Support.

9. Deposits, Withdrawals, and Transfers

9.1. The Trading Platform and all calculations are currently denominated in bitcoin or USD Tether (with transfer and credit on the Bitcoin blockchain and Ethereum blockchain, respectively). We may allow the use of other digital assets and denominate the Trading Platform and calculations using such other digital assets from time to time at our sole and absolute discretion (with transfer and credit on the applicable blockchain, according to such policies and procedures as we may determine).

**Deposits**

9.2. We will provide your Account with one or more applicable deposit addresses (each a "**Deposit Address**"), unless otherwise restricted under these Terms of Service (and may, from time to time, allow for the use of more than one Deposit Address in respect of any digital asset, at our discretion).

9.3. When you make an instruction to transfer the applicable digital assets to a Deposit Address (each such transfer, a "**Deposit**"):

- a) in order for such transfer to be effective, you are required to transfer to the Company all right, title and interest in the relevant amount of digital assets free from all liens, claims, charges and encumbrances;
- b) we will typically credit each Deposit after receiving at least one confirmation of the transfer and credit to the Deposit Address on the relevant blockchain, but more than one confirmation may be necessary, and we do not guarantee that a transfer will be credited within any defined number of confirmations or that any given block will be processed simultaneously with any blockchain confirmation*; *in particular, without limitation, we may, at our discretion (i) credit a Deposit prior to confirmation on the relevant blockchain or (ii) require additional confirmations or conditions with respect to any Deposit, in particular (without limitation) where we believe that blockchain consensus is in doubt;**
- c) when we determine that such transfer is effective, we will increase your Account Balance by an amount that is equivalent to the amount of digital assets transferred to the Deposit Address net of any applicable transaction fees (including, without limitation, any applicable mining fees);

- d) you agree that all right, title and interest in and to any and all digital assets that is transferred to the Deposit Address shall vest in us, free and clear of any liens, claims, charges or encumbrances or any of interest of you or any third party;
- e) immediately prior to each such transfer, you represent and warrant that:
  - o i) you are the legal and beneficial owner of any and all digital assets that you transfer to the Deposit Address;
  - o ii) you have the full and unqualified right to convey and have conveyed, all right, title and interest in and to the relevant amount of digital assets that you transfer to the Deposit Address;
  - o iii) the digital assets you transfer to the Deposit Address are not derived from or obtained as a result of any breach of Applicable Laws or the proceeds of crime (including any proceeds arising from drug trafficking, corruption, financing of terrorism or money laundering or transactions that violate sanctions), and the transfer does not constitute a breach of any Applicable Laws; and
  - o iv) you will execute and deliver all necessary documents and take all necessary steps that we require in order to procure that, upon such transfer, all right, title and interest in and to any digital assets shall vest in us, free and clear of any liens, claims, charges or encumbrances or any of interest of you or any third party.

9.4. You have no rights or interest in respect of the Deposit Address or the amount of digital assets that is recorded in or registered to the Deposit Address. Your Account Balance is not your wallet. Your Account Balance is the balance of digital assets that we reflect in our books and records as credited to your Account. Amounts stated as being credited to or deducted from your Account Balance means that such amounts will be added to or deducted from the balance which the Company reflects in its books and records as available to be used by you in respect of the Services.

9.5. You agree that it is your responsibility to ensure that instructions, orders or transactions sent to us are well-formatted, clear and denominated in the correct digital assets. In particular, you must transfer the correct digital assets to the Deposit Address. We are not liable for any inaccuracies, omissions or other errors with respect to any Deposit. In particular, without prejudice to the foregoing, we have no obligation to return any digital asset that has been transferred to a Deposit Address that is controlled by or associated with us, in circumstances where (i) we do not support that digital asset or the blockchain or protocol pursuant to which it was transferred or (ii) the digital asset has been transferred to the wrong Deposit Address.

**Withdrawals**

9.6. When you instruct us to transfer to you an amount of digital assets from your available Account Balance (a "**Withdrawal**"), you must provide an appropriate withdrawal address ("**Withdrawal Address**") for the transfer of digital assets to you. When we determine that your instruction is valid, we will deduct from your Account Balance the amount set out in your instruction; when such deduction has occurred, we then transfer an equivalent amount of digital assets to your Withdrawal Address minus any applicable transaction fees (including, without limitation, any applicable mining fees). We are not liable for any inaccuracies, omissions or other errors with respect to any Withdrawal.

9.7. In respect of each Withdrawal Address you provide to us and/or save and register with your Account:

- a) you represent and warrant that the Withdrawal Address you provide is your own and that you have full control over that address;

- b) you agree that it is your responsibility entirely to provide us with correct withdrawal details including your Withdrawal Address and we have no liability should you not receive the digital assets withdrawn due to you providing incorrect or out-of-date details; and
- c) you agree to indemnify and hold us harmless against any and all claims, demands, lawsuits, actions, proceedings, investigations, liabilities, damages, losses, costs or expenses, including reasonable attorneys' fees, in any way arising out of, in relation to or in connection with, directly or indirectly, our reliance on your representations and warranties set out in this Clause.

We may allow you to save and register one or more Withdrawal Addresses with your Account.

9.8. We will process Withdrawals in accordance with our withdrawal policies (collectively the **Withdrawal Policies**). We may amend the Withdrawal Policies at our sole and absolute discretion without prior Notice to you. Unless otherwise stated in our Withdrawal Policies, it is your responsibility to specify and pay any applicable network fees (and in any event any such network fee shall be at least the minimum amount required by us) in respect of any Withdrawal. Where a network or transaction fee can or must be paid in a digital asset other than the digital asset that is the subject of a Withdrawal, we reserve the right to require payment of any such fee in an alternative digital asset (and to deduct from your Account any amount payable pursuant to this Clause). We do not guarantee that a withdrawal will be processed, broadcast, or confirmed within any defined timeframe or number of confirmations. We are not responsible for any delay in confirmation or processing of any Withdrawal.

**Transfers**

9.9. If you hold more than one Account, we may provide the option of linking your Accounts at our sole and absolute discretion, and to allow transfers of digital assets from one Account to another Account by making a Withdrawal from one Account to the Deposit Address of the other Account. If we approve the transfer, we will deduct the relevant amount from the balance of digital assets that we reflect in our books and records in respect of the transferor Account and credit the balance of digital assets that we reflect in our books and records in respect of the transferee Account. Such transfers will not be sent to the applicable blockchain and are solely what the Company reflects in its books and records as available to be used by you in respect of the Services.

**Other**

9.10. The protocol underlying a digital asset may change or otherwise cease to operate as expected due to changes made to its underlying technology or changes resulting from an attack. These changes may include, without limitation, a "fork", a "rollback", an "airdrop", or a "bootstrap". We will not support any such change unless we choose to do so in our sole and absolute discretion. Any action that we choose to take with respect to any change to or cessation of any underlying blockchain or asset protocol will be determined by us at our sole and absolute discretion, including (without limitation) in relation to the crediting (or otherwise) of any asset associated with any change and the selection of which blockchain (if any) is the successor to any blockchain, asset or protocol version.

10. Know-Your-Client, Anti-Money Laundering and Counter-Terrorist Financing, Sanctions Restricted Jurisdictions

**KYC**

10.1. We will conduct due diligence during Account opening and from time to time afterwards in order to comply with our "know-your-client" and other legal and regulatory obligations and requirements. You must provide any information or documentation we require ("**KYC Requirement**"), and provide updates to such information in a timely manner. A non-exhaustive list of the information or documentation we may require from you is set out here for individuals and here for corporates. We have the right to amend this list at any time at our sole and absolute discretion without prior Notice to you.

**Anti-Money Laundering and Counter-Terrorist Financing**

10.2. We implement processes and procedures to comply with Applicable Laws and international standards around AML/CFT, including (but not limited to):

- a) monitoring transactions for the purpose of identifying suspicious or illegal activity; and
- b) investigating and reporting suspicious activity in accordance with Applicable Laws.

**Sanctions**

10.3. You are prohibited from opening an Account and/or using any of the Services if you and/or (if you are a corporation, partnership, firm or organisation) your controllers or shareholders (whether directly or indirectly) are subject to a sanctions regime (including sanctions administered or enforced by the United Nations or other relevant sanctions authorities), or have received any oral or written notice from any government or regulatory authority targeting you with sanctions, restrictions, penalties, enforcement action or investigation under any Applicable Law (including but not limited to AML/CFT, anti-corruption or economic sanction laws) (a "**Sanctioned Person**").

**Restricted Jurisdictions**

10.4. You may not open an Account or use any of the Services if you are a person restricted from using our Services in accordance with our Restricted Jurisdiction Policy or are otherwise restricted from opening an Account and/or using any of the Services as a result of any Applicable Laws ("**Restricted Jurisdiction**"). We have the right to amend the Restricted Jurisdictions and the Restricted Jurisdictions Policy at any time at our sole and absolute discretion without prior Notice to you.

10.5. We may, at our sole and absolute discretion, implement controls to restrict access to the Account and the Services in any of the Restricted Jurisdictions. We may block or geo-block persons located in certain Restricted Jurisdictions from accessing or using the Website, an Account and/or the Services (including the Trading Platform). You acknowledge, agree and understand that if you are located in a Restricted Jurisdiction, you are not permitted to access or use the Website, your Account and/or the Trading Platform, even if you are located there only temporarily or for travel, and restrictions will be applied to your Account accordingly. You acknowledge that this may impact your ability to trade on the Trading Platform or monitor any existing orders or open positions or otherwise use the Services. You must not attempt in any way to circumvent any such restriction, including by use of any virtual private network to obfuscate your location.

10.6. Notwithstanding any other provision in these Terms of Service, if we determine that you are accessing the Services or the Trading Platform from any Restricted Jurisdiction, or have given false representations as to your location of incorporation, establishment, citizenship or place of residence, we reserve the right to close your Account or take all appropriate action we deem necessary.

10.7. If the jurisdiction of which you are a citizen or in which you are resident, located, incorporated, or otherwise established or based (as applicable) becomes a Restricted Jurisdiction

or any change (including any change to Applicable Laws) results in your jurisdiction becoming a Restricted Jurisdictions, without prejudice to any other provision in these Terms of Service, we may immediately cease providing you with access to and use of your Account and the Services. 10.8. We are not responsible for any losses which may arise because you are not able to access or use the Website, your Account and/or the Services (including the Trading Platform) at the relevant time because of any action taken under this Clause 10.

## 11. Warranties and Representations

11.1. When you have an Account and/or access to or use any of the Services, you represent and warrant on an on-going basis that:
- a) you have accepted these Terms of Service (as amended and varied from time to time);
- b) you satisfy the Eligibility Criteria in full and at all times in respect of your Account;
- c) any and all information you provide to us is true, complete and correct.

11.2. You undertake to notify us immediately if any of the representations or warranties set out in Clause 11.1 becomes untrue, incomplete or inaccurate.

## 12. Fees

12.1. We charge fees ("**Fees**") for the use of certain Services or Products. Details of the Fees will be made available via our Website(s), by Notice, or otherwise in accordance with the relevant Annex(es) or terms and conditions applicable to the relevant Service(s). We have the right to amend the Fees at any time at our sole and absolute discretion without prior Notice to you. The amended Fees will apply to your use of the relevant Services or Products following the effective date.

12.2. We have the right to collect Fees from you in any way we determine, including deducting an amount equivalent to the Fees from your Account Balance, and you hereby authorise us to collect such Fees and deduct from your Account Balance directly.

## 13. Limitation of Liability and Indemnification

13.1. To the maximum extent permitted by Applicable Law, we and our respective directors, officers, employees, agents, contractors and licensors (together, the "**Associated Parties**") shall:
- a) not be liable to you for any losses, damages or costs other than as a result of fraud;
- b) provide the Services and any Product, service or other item on an "as is" and "as available" basis. We expressly disclaim, and you waive, any and all other warranties of any kind, whether express or implied, including implied warranties of merchantability, fitness for a particular purpose, title or non-infringement or warranties arising from course of performance, course of dealing or usage in trade. Without limiting the foregoing, we do not represent or warrant that the Services are accurate, complete, reliable, current or error-free, or free of viruses or other harmful components; and
- c) have no liability and not be responsible in any way for any losses, damages or costs:
  - i) resulting from your reliance on any data or information in connection with the Trading Platform's order book, trading charts and trading information. Such data and information provided on the Trading Platform are for general information purposes only and are given in good faith. For example, certain orders are not publicly visible on the Trading Platform's order book. The information is selective and may be incomplete or inaccurate. You should not rely upon the information without further enquiry;

- ○ ii) to you or to any third parties, for the correctness, quality, accuracy, security, completeness, reliability, performance, timeliness, pricing or continued availability of the Services (including the Trading Platform) or for delays or omissions of the Services, or for the failure of any connection or communication service to provide or maintain your access to the Services, or for any interruption in or disruption of your access or any erroneous communications between us and you, regardless of cause;

- ○ iii) arising out of your use of the internet and any equipment to connect to the Services or any technical problems, system failures, malfunctions, communication line failures, high internet traffic or demand, related issues, security breaches or any similar technical problems or defects experienced. You shall be responsible for any fees and charges incurred in order to connect to the internet for the purpose of using or accessing the Services;

- ○ iv) relating to interruptions to or errors in the provision of the Trading Platform or the Services. Amongst other things, the operation and availability of the systems used for accessing the Trading Platform, including public telephone services, computer networks and the internet, can be unpredictable and may from time to time interfere with or prevent access to the Trading Platform. We are not in any way liable or responsible for any such interference that prevents your access to or use of the Trading Platform and the Services or causes any inaccuracy, error, delay in, or omission of (i) any information or (ii) the transmission or delivery of information;

- ○ v) arising out of failures of communication, including where (a) we do not receive (i) instructions from you through the Trading Platform or (ii) we do not receive any emails, contact form submissions or any other communications (whether electronic or otherwise) from you or (b) you are unable to (i) send instructions to us or make Orders or Trades through the Trading Platform or (ii) receive notices or communications (such as trading or security notices or communications) which we send to you, for example where such communications are placed in a spam folder or otherwise filtered by your email service provider; or

- ○ vi) for your use of systems (including any equipment, software and hardware) to use and access the Services. You are solely responsible for your own systems used to access the Services and are solely liable for the integrity and proper storage of any data associated with the Services that is stored on your own systems . You are responsible for taking appropriate action to protect your systems and data from viruses and malicious software, and any inappropriate material. Except as provided by Applicable Law, you are solely responsible for backing up and maintaining duplicate copies of any information you store or transfer through our Services. We will not be liable to you in the event that your systems fail, are damaged or destroyed or any records or data stored on your systems are corrupted or lost for any reason.

13.2. In no event shall any of the Associated Parties be liable for any:

- a) indirect or consequential loss;
- b) loss of profit, business opportunity, revenue or goodwill, in each case, whether arising from breach of contract, tort (including negligence), breach of statutory duty or otherwise, arising out of or in connection with authorised or unauthorised use of the

Services or these Terms of Service, even if the Associated Parties have been advised of, knew of or should have known of the possibility of such damages.

13.3. The Associated Parties' aggregate liability in contract, tort or otherwise (including any liability for any negligent act or omission) howsoever arising out of or in connection with the performance of its obligations under these Terms of Service, the Exchange Rules, or any other terms incorporated by reference in or to these Terms of Service or the Exchange Rules in respect of any one or more incidents or occurrences shall be limited to the total net amount of digital assets received by us from you by way of trading Fees in connection with your use of the Trading Platform in the six-month period immediately prior to the date of the incident, or the first incident of a series of connected incidents, giving rise to a claim made by you under these Terms of Service or Exchange Rules or any other terms incorporated by reference in these Terms of Service or the Exchange Rules.

13.4. You agree to indemnify and hold harmless the Associated Parties immediately upon demand from and against any and all claims, demands, lawsuits, actions, proceedings, investigations, liabilities, damages, losses, costs or expenses, including reasonable attorneys' fees, in any way arising out of, in relation to or in connection with, directly or indirectly, you or your Authorised Representatives':

- a) improper or illegal use of, or conduct in connection with, the Account and the Services (including where you are prohibited from holding or operating an Account and/or accessing or using the Services);
- b) breach of these Terms of Service or the Exchange Rules, any other terms incorporated by reference in or to these Terms of Service or the Exchange Rules, or any of the Group's policies; or
- c) breaches or violation of any Applicable Law (including any AML/CFT, anti-corruption or economic sanction laws) or the rights of any other person or entity.

13.5. You are responsible for any fees, charges, costs and expenses your mobile network operator or internet service provider may charge you to download, access and/or use any of the Services.

## 14. Compliance

We shall have the right to take (or refuse to take) any action we deem to be appropriate or necessary to comply with any Applicable Laws or in accordance with our policies and procedures.

## 15. Communications and Notices

15.1. We have the right to communicate and provide notices ("**Notice**") to you in any manner which we deem to be appropriate, including (without limitation):

- a) site announcements via any domain controlled by us (including, without limitation, bitmex.com);
- b) to the contact details registered with your Account (including, but not limited to, your registered email address);
- c) Website banners and popups;
- d) API messages and announcements; and
- e) mobile alerts via the Mobile App.

You agree and consent to electronic delivery of all communications and Notices to you.

15.2. You are responsible for ensuring that all information provided to us is kept up-to-date, correct and complete at all times. You can update the contact information in respect of your Account at any time. We are not responsible for any loss or damage which you may incur as a result of your failure to ensure that your contact information is up-to-date, correct and complete. You are deemed to have received all communications and Notices sent to the contact information associated with your Account (including, but not limited to, your registered email address).

15.3. If you are required to make a notice to us in writing under these Terms of Service, you must address the notice to support@bitmex.com or via web form submission here. The notices must be received by us through these channels. Even if we offer livechat support and you communicate with our representatives, you must still send a notice to support@bitmex.com or via web form submission here.

## 16. Data and Calculations

16.1. We may provide information in the form of text, data, graphics, photographs and illustrations (including as a graphical representation of the data on the trading interface) through any interface we deem appropriate. We do not guarantee that you are able to take any action (including making Orders or Trades) based on the information (including any prices) shown. We endeavour to ensure the accuracy and reliability of the information provided, but do not guarantee its accuracy, reliability, timeliness, completeness, performance or fitness for a particular purpose and accept no liability (whether in tort or contract or otherwise) for any loss or damage if you rely on information. Such information is provided "as is" and on an "as available" basis.

16.2. All calculations performed by us in connection with any of the Services (including the Trading Platform) are final and conclusive.

## 17. Reporting Obligation

17.1. Without prejudice to any other notification obligation in these Terms of Service, you undertake to notify us in writing immediately:

- a) upon any breach or non-compliance (or suspected breach or non-compliance) with any Applicable Laws which would prohibit or restrict you from holding or operating the Account and/or accessing or using the Services (to the extent permitted by Applicable Laws);
- b) upon any other event which would prohibit or restrict you from holding or operating the Account and/or accessing or using the Services;
- c) if you are (or will be) a Sanctioned Person;
- d) if you breach any of these Terms of Service or the Exchange Rules;
- e) upon becoming aware of any circumstances which may impact or impede our ability to provide you with an Account or any of the Services;
- f) in the event that you become aware of the Account or any of the Services malfunctioning or a trading error occurring or if you otherwise experience any material malfunction or other connectivity problem that adversely affects your access to or use of the Account or any of the Services;
- g) upon any change to any personal or account information previously provided by you to us (including, without limitation, your name, residence information, or nationality); and
- h) upon any other significant events or matters which we would reasonably expect to have been brought to our attention.

17.2. You undertake to provide us promptly with any information or documents which we require, including as part of our KYC Requirement or in order to comply with any Applicable Laws (such as any AML/CFT, anti-corruption, or economic sanction laws).

17.3. Notwithstanding any other provision in these Terms of Service, we are permitted, without Notice to you, to disclose any information obtained under or in connection with your Account or the Services in order to comply with any Applicable Laws or upon request by any regulator, government authority or similar body. We shall be entitled to disclose all information (including, but not limited to, your user identity, transaction history, order and trade information, digital assets addresses (e.g. withdrawal, deposit and other addresses) and personal details) when cooperating with law enforcement enquiries (whether or not such enquiries are mandatory under Applicable Law) or where permitted under or otherwise in compliance with Applicable Law.

## 18. Intellectual Property Rights

18.1. You acknowledge that: (i) you have no ownership rights or rights in the Intellectual Property Rights relating to the Trading Platform, all the material used on the Trading Platform and used in relation to the Services other than as we specifically grant to you under these Terms of Service; and (ii) except as otherwise agreed, in writing, between the parties, all Intellectual Property Rights of the Group in the Trading Platform and the Services shall remain with the Group. All rights are reserved.

18.2. You acknowledge that 'BitMEX', '100x' and 'BMEX' along with any and all associated logos are trademarks of the Group. You may reproduce such trademarks without alteration on material downloaded from the Trading Platform to the extent authorised by this clause (or agreed in writing between the parties), but you may not otherwise use, copy, adapt or erase them.

18.3. You shall not register any domain name that incorporates or is confusingly similar to any of the Group's trade marks and you expressly acknowledge that any such registration will be in "bad faith" and use of such domain name would be in "bad faith" as defined by the Universal Domain Name Dispute Resolution Policy and similar policies enacted throughout the world and which relate to trade mark rights relative to domain names.

18.4. You agree to not: (i) operate any social media account (Facebook, Twitter, Instagram and LinkedIn etc.) that uses any of the Group's trade marks or confusingly similar marks; and (ii) create, offer to create or promote any mobile application that is branded with our trademarks or any confusingly similar marks.

18.5. You shall not in any circumstance obtain any rights over or in respect of the Trading Platform (other than rights to use the Trading Platform pursuant to these Terms of Service and any other terms and conditions governing a particular service or section of the Trading Platform) or hold yourself out as having any such rights over or in respect of the Trading Platform.

18.6. You are not granted any right to use, and may not use, any of the Group's Intellectual Property Rights other than as set out in these Terms of Service and subject to the following conditions:

- a) you may only view and use the Services and the Trading Platform (or any part of it or its contents) for your own personal use and may not copy (other than to print extracts from the Trading Platform), reproduce, republish, upload, repost, modify, transmit, distribute or otherwise use the Services and the Trading Platform (or any part of it or its content) in any way for non-personal, public or commercial use without the prior written consent of the Company. All restrictions relating to use of the Services and the Trading Platform in these Terms of Service shall apply to data available through any APIs;

- b) you may not remove or modify any copyright, trademark or other proprietary notices that have been placed in any part of the Services; and
- c) you may not use any data mining, robots or similar data-gathering or extraction methods.

18.7. By submitting your content directly or indirectly to or through the Trading Platform and/or Services in any way, including, but not limited to, blogs, message boards, forums and APIs (whether or not submitted through a third party), you grant the Group a royalty-free, perpetual, irrevocable, transferable, sublicensable, non-exclusive right and licence to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, communicate to the public, perform and display all of your content (in whole or in part) worldwide and to incorporate it in other works in any form, media, or technology now known or later developed, for the full term of any rights that may exist in such content. The Group shall be the sole owner of any derivative work produced by the Group based on, or in any way connected with, your content, and shall have the right to use such derivative work for any purpose, commercial or otherwise, without any further obligation to you. You also permit any other users of the Trading Platform to access, display, view, store and reproduce such content for personal use. You waive (and to the extent you cannot waive, agree irrevocably not to assert) any and all moral rights to which you may be entitled anywhere in the world in respect of such content. The Group has the right, but not the obligation, to monitor all conduct and content submitted to or through the Trading Platform and/or Services, and may in its sole and absolute discretion: (i) refuse to publish, remove or modify content or disable access to content that it considers breaches these Terms of Service; or (ii) suspend or discontinue your opportunity to submit, post or upload content.

18.8. By submitting any content to the Trading Platform and/or through the Services you warrant that you are entitled to, and have all necessary Intellectual Property Rights over, that content to submit it on the Trading Platform and/or through the provision of Services in accordance with these Terms of Service.

18.9. The Group reserves the right to disclose your identity to any third party who claims that any content posted or uploaded by you to the Trading Platform constitutes a violation of their Intellectual Property Rights or of their right to privacy.

18.10. The Group specifically disclaims any and all representations and warranties related to the Intellectual Property Rights including, without limitation, any representations or warranties related to ownership and non-infringement of third party intellectual property rights. You expressly acknowledge that your use of the Trading Platform and Services is subject to this disclaimer of representations and warranties.

## 19. Privacy Notice

Our Privacy Notice sets out how we will collect, make use of and share (i.e. "process") your personal data in connection with your Account and the Services. You should regularly review the Privacy Notice. We may amend the Privacy Notice at our sole and absolute discretion without prior Notice to you.

## 20. Third Party Websites

20.1. We may link to third party websites on our Website or when providing the Services which are not affiliated or associated with us or the Group (although branding, advertisements or links relating to our Services may appear on these third party websites) and we may send e-mail

messages to you containing advertisements or promotions including links to third parties. We make no representation as to the quality, suitability, functionality or legality of the material on third party websites that are linked to, or to any goods and services available from such websites. The material is only provided for your interest and convenience. We do not monitor or investigate such third party websites and we accept no responsibility or liability for any loss arising from the content or accuracy of this material, and any opinion expressed in the material should not be taken as an endorsement, recommendation or opinion of any member of the Group. For avoidance of doubt, the information contained in any third party websites is not incorporated into these Terms of Service.

20.2. You must not market or promote the Website, our Services or the Trading Platform in any way which would breach Applicable Laws. If you do create a link to the Website, our Services or any of the pages on the Trading Platform, you acknowledge that you are responsible for all direct or indirect consequences of the link, and you indemnify each member of the Group immediately upon demand for all loss, liability, costs or expense arising from or in connection with the link.

## 21. Termination and Remedies for Breach

Notwithstanding any other provision in these Terms of Service (including any rights we have upon an Account Breach) and without prejudice to any of our other rights under these Terms of Service, upon your breach or violation of these Terms of Service or any other terms expressly incorporated herein or by reference hereto, we have the right (without prior Notice to you) to:

- a) terminate all our obligations to you under these Terms of Service;
- b) directly recover all amounts owed to us through deduction of an equivalent amount from your available Account Balance – and you authorise us to deduct such amounts without further Notice to you; and
- c) seek all remedies available at law and in equity and/or take any action against you to recover any amounts owing to us.

## 22. Confidentiality

22.1. You undertake not to disclose to any person any Confidential Information that you may acquire in the course of your use of any Account, Testnet Account or our Services.

22.2. Without prejudice to any other provision in these Terms of Service, we will keep confidential any Confidential Information we receive from you. However, we shall be permitted to disclose Confidential Information:

- a) in accordance with these Terms of Service;
- b) to our affiliates as well as with their respective employees, consultants, officers, directors; and
- c) to our professional advisers or any other third party under a duty of confidentiality.

22.3. Upon any unauthorised disclosure of our Confidential Information, we shall have a right to take such lawful actions as are reasonably available to recover such Confidential Information and to prevent any further publication or dissemination.

## 23. Absence of Waiver

Our failure or delay to require the performance of any provision in these Terms of Service or exercise any right or remedy upon your breach of these Terms of Service does not constitute waiver of any of our rights or waiver of your breach.

## 24. Assignment

You may not assign or transfer any of your rights or obligations under these Terms of Service without our prior written consent. We may assign or transfer any or all of our rights or obligations under these Terms of Service (including those rights or obligations created under these Terms of Service such as any annexes or supplemental terms and contractual documentation subject to these Terms of Service and the annexes and supplemental terms), in whole or in part, without obtaining your consent or approval. To the extent required to effect any future assignment or transfer, you are hereby deemed to have given all necessary consents and waivers.

## 25. Force Majeure

We shall not be liable for any loss or damage arising from any event beyond our reasonable control (which may result in suspension of the performance of our obligations under these Terms of Service or ceasing to provide access to and use of the Account, Trading Platform and/or the Services), including but not limited to flood, pandemic, extraordinary weather conditions, earthquake, act of God, fire, war, insurrection, malicious acts of damage, riot, labour dispute, accident, actions of any government or regulator (including any action of any government or regulator restricting or suspending our ability to provide any Services or Products), communication failure, power and electricity supply failure, equipment or software malfunction or any other cause beyond our reasonable control.

## 26. Entire Agreement

Unless otherwise expressly provided in writing, these Terms of Service, together with any other addenda, terms and conditions or documents expressly incorporated herein or by reference to these Terms of Service (including the Exchange Rules), constitute the entire agreement between you and us. In the event of any inconsistency between these Terms of Service and any of the other addenda, terms and conditions or documents expressly incorporated herein or with reference hereto, the provisions of these Terms of Service shall prevail (unless otherwise stated or agreed expressly in writing signed by you and us).

## 27. Amendment

27.1. We may, at our sole and absolute discretion, and at any time, supplement, amend or replace these Terms of Service without limitation.

27.2. Unless otherwise expressly indicated in these Terms of Service, we will provide you with reasonable prior Notice of the changes to these Terms of Service in accordance with Clause 15 before they take effect. However, we may supplement, amend or replace these Terms of Service with immediate effect where we believe it is necessary for us to do so.

27.3. If you do not agree to the amended Terms of Service, you should cease to use the Account and all of the Services and request for your Account to be closed in accordance with Clause 8. Otherwise, you agree to continue to be bound by any amendments to Terms of Service. Your continued use of the Account or any of the Services constitutes your deemed acceptance of the amended Terms of Service. You acknowledge it is your responsibility to check for changes to these Terms of Service periodically.

## 28. Survival

If any provision of these Terms of Service are held to be invalid or unenforceable under any Applicable Law, this shall not render any other provision to be invalid or unenforceable under that Applicable Law nor shall it render that provision or any other provision invalid or unenforceable under any other Applicable Law.

## 29. Governing Law

These Terms of Service and any non-contractual obligations arising out of or in connection with them are governed by and construed in accordance with English law.

## 30. Dispute resolution

30.1. **Governing law**

This Clause 31 shall be governed by English law.

30.2. **Jurisdiction**

- a) Subject to Clause 30.3, the courts of England shall have exclusive jurisdiction to settle any dispute arising from or connected with these Terms of Service (including a dispute relating to the existence, validity or termination of these Terms of Service or the consequences of their nullity or any non-contractual obligation arising out of or in connection with these Terms of Service) (for the purpose of this Clause, a "**Dispute**"), and each party submits to the exclusive jurisdiction of the courts of England.
- b) For the purposes of this Clause 30.2, each party waives any objection to the English courts on the grounds that they are an inconvenient or inappropriate forum to settle any such Dispute.

30.3. **Option to arbitrate**

- a) We may by notice in writing to you addressed to any contact details registered with your Account ("**Arbitration Notice**") require that all Disputes or a specific Dispute shall be submitted to the LCIA Court and shall be finally resolved by arbitration under the LCIA Arbitration Rules as amended from time to time (the "**LCIA Rules**").
- b) If proceedings have already been commenced (pursuant to Clause 30.2 above) in respect of any Dispute(s) referred to in an Arbitration Notice:
  - i) that Arbitration Notice must be given no later than the date for service of the acknowledgement of service in those proceedings;
  - ii) following such Arbitration Notice being given, those proceedings shall be stayed by consent with no order as to costs; and
  - iii) each party to those proceedings shall, following such Arbitration Notice being given, instruct solicitors to execute a consent order (or, if applicable, consent orders) to this effect as soon as reasonably practicable and in any event prior to the date for service of the defence.
- c) Any stay of proceedings will be without prejudice to the date when any claim or defence was raised for the purpose of applying any limitation bar or any similar rule or provision.

30.4. **Arbitration**

- a) Where Arbitration Notice has been given pursuant to Clause 30.3, then in respect of each Dispute to which the Arbitration Notice refers, the provisions of this Clause 30.4 shall apply.

- b) The LCIA Rules are incorporated by reference into this Clause 30 and capitalised terms used in this Clause 30 which are not otherwise defined in these Terms of Service have the meaning given to them in the LCIA Rules.
- c) The number of arbitrators shall be three. The Claimant shall nominate one arbitrator for appointment by the LCIA Court. The Respondent shall nominate one arbitrator for appointment by the LCIA Court. The LCIA Court shall appoint the presiding arbitrator.
- d) The seat or legal place of arbitration shall be London.
- e) The language used in the arbitral proceedings shall be English.

### 31. English Language

These Terms of Service have been prepared in English and translated into other languages for convenience only. In the event of any inconsistency or ambiguity between the English version and any translated version, the English version shall prevail.

### 32. Miscellaneous

The headings in these Terms of Service are for ease of reference only and do not affect its interpretation.

### 33. Contact Information and Complaints

33.1. If you have any questions or would like to contact us, including with respect to any complaint you wish to make, please email us at support@bitmex.com or contact us via web form submission here.

### 34. Definitions

Capitalised terms not otherwise defined in these Terms of Service will have the following meaning:

- *Account*

means an account opened with the Company and includes an Individual Account and a Corporate Account.

- *Account Balance*

means the balance of digital assets that we reflect in our books and records as credited to your Account, including the wallet balance, margin balance and the available balance, as calculated by us.

- *Account Breach*

has the meaning given in Clause 8.5.

- *Affiliate*

means, in respect of an entity, any entity, individual, firm, or corporation, directly or indirectly, through one or more intermediaries, controlling, controlled by, or under common control with that entity.

- *Affiliate Program*

means our Affiliate Program.

- *AML/CFT*

means anti-money laundering and counter-terrorist financing.

- *API*

has the meaning given in Annex C (API).

- *API Key*

has the meaning given in Annex C (API).

- *Applicable Laws*

means all civil and common laws, statutes, subordinate legislation, treaties, regulations, directives, decisions, by-laws, ordinances, circulars, codes, orders, notices, demands, decrees, injunctions, resolutions, policies, rules and judgments of any government, quasi-government, statutory, administrative or regulatory body, court, exchange, task force, agency or association (whether or not having the force of law) by which any member of the Group or you are bound in any jurisdiction or which any member of the Group concludes in its sole and absolute discretion that it is required to comply with.

- *Arbitration Notice*

has the meaning given in Clause 30.3(a).

- *Associated Parties*

has the meaning given in Clause 13.1.

- *Authorised Representative*

means a person who is duly authorised by a Corporate User to act on its behalf.

- *BitMEX Indices*

has the meaning given in Annex G (BitMEX Indices).

- *BitMEX Publications*

has the meaning given in Annex D (BitMEX Publications).

- *Chatroom*

has the meaning given in Annex F (Trollbox).

- *Chatroom Restrictions*

has the meaning given in Annex F (Trollbox).

- *Company*

means HDR Global Trading Limited.

- *Confidential Information*

means any written information (including information provided in electronic form) or oral information which is confidential or a trade secret or proprietary and which is clearly identified as confidential at the time of disclosure or would be assumed by a reasonable person to be confidential under the circumstances surrounding the disclosure, but shall not include information which is: (i) already known by a party; (ii) publicly known or becomes publicly known through no wrongful act by a party; (iii) rightfully received from a third party without a party having knowledge of a breach of any other relevant confidentiality obligation; or (iv) independently developed by a party.

- *Corporate Account*

means an Account opened for a corporation, partnership, firm or other entity or organisation.

- *Corporate Eligibility Criteria*

has the meaning given in Clause 5.2.

- *Corporate User*

means a user who is a corporation, partnership, firm or other entity or organisation.

- *Deposit*

has the meaning given in Clause 9.3.

- *Deposit Address*

has the meaning given in Clause 9.2.

- *Development Service*

has the meaning given in Clause 3.7.

- *Dispute*

has the meaning given in Clause 30.2(a).

- *Eligibility Criteria*

means, in respect of an Individual User, the Individual Eligibility Criteria, or, in respect of a Corporate User, the Corporate Eligibility Criteria (as applicable)

- *Exchange Rules*

means the Exchange Rules of the Trading Platform, as amended from time to time.

- *Fees*

means any fees which we may charge from time to time in respect of the use of certain Services or Products.

- *General Obligations*

has the meaning given in Clause 2.1.

- *Group*

means the Company and its Affiliates.

- *Individual Account*

means an Account opened for a natural person.

- *Individual Eligibility Criteria*

has the meaning given in Clause 5.1.

- *Individual User*

means a user who is an individual.

- *Intellectual Property Rights*

means any and all proprietary rights that the Group owns or has rights to, related to the provision of the Services and includes, without limitation, all patents, patent applications, patentable subject matter (irrespective of whether a patent application is filed), registered and unregistered trade marks and service marks, logos, domain names, any source identifying elements, trade secrets, copyrights, software, source code, object code and the copyrights embodied within, copyright applications, copyrightable subject matter (including, without limitation, website designs, structure, layouts and graphical images) and irrespective of whether a copyright application has been filed, the Mobile App, design rights, the trading engine and all APIs, derivative works, improvements and Confidential Information as may exist, from time to time, anywhere in the world.

- *KYC Requirement*

has the meaning given in Clause 10.1.

- *LCIA Court*

has the meaning given in the LCIA Rules.

- *LCIA Rules*

has the meaning given in Clause 30.3(a).

- *Mobile App*

has the meaning given in Annex B (Mobile App).

- *Notice*

means a notice given under Clause 15.1.

- *Orders*

has the meaning given in the Exchange Rules.

- *Positions*

has the meaning given in the Exchange Rules.

- *Products*

means any products we offer, including futures, derivatives, swaps and other contracts or products which we may provide from time to time and on such terms as we may determine at our sole and absolute discretion.

- *Restricted Jurisdiction*

has the meaning given in Clause 10.4.

- *Sanctioned Person*

has the meaning given in Clause 10.3.

- *Services*

means any or all of the websites, applications and services provided by us, including: (a) the Trading Platform; (b) Mobile App; © Testnet; (d) API; (e) Chatroom; (f) BitMEX Publications; (g) BitMEX Indices; (h) the Website; (i) any Development Service; and (j) any service that we may provide from time to time and designate a Service for the purposes of these Terms of Service.

- *Testnet*

has the meaning given in Annex E (Testnet).

- *Testnet Account*

means a BitMEX Testnet account opened for the purpose of simulated trading on Testnet.

- *Trades*

has the meaning given in the Exchange Rules.

- *Trading Platform*

means the BitMEX trading platform available via the API (including via the Website and Mobile App).

- *User*

means a user with a registered Account.

- *Website*

means [bitmex.com](bitmex.com) and its subdomains, each other website operated or controlled by a member of the Group, and other website we may designate from time to time.

- *Withdrawal*

has the meaning given in Clause 9.6.

- *Withdrawal Address*

has the meaning given in Clause 9.6.


**ANNEX A**
TRADING PLATFORM
**TRADING IN DIGITAL ASSETS CAN BE HIGHLY VOLATILE. THERE IS A HIGH DEGREE OF RISK AND NO GUARANTEE OF RETURN. YOU MAY SUFFER A SUBSTANTIAL OR EVEN A TOTAL LOSS OF YOUR INVESTMENT. YOU SHOULD BE AWARE OF THE RISKS INVOLVED AND FULLY CONSIDER IF TRADING IS APPROPRIATE FOR YOU. FOR ADDITIONAL INFORMATION, PLEASE SEE THE** RISK DISCLOSURE STATEMENT**.**

1. This Annex governs your access to and use of the Trading Platform, and incorporates by reference and supplements the Terms of Service. If you access or use (or attempt to access or use) the Trading Platform, you will be deemed to have agreed to the terms and conditions in this Annex. The Exchange Rules supplement and form part of the Terms of Service. We may amend this Annex at our sole and absolute discretion without further

Notice to you. Capitalised terms used but not defined shall have the same meaning as in the Terms of Service or the Exchange Rules.

2. When you apply to access and use the Trading Platform, you will need to meet the eligibility criteria set out in the Exchange Rules. We may, in our sole and absolute discretion, approve you to access and use the Trading Platform in accordance with the Exchange Rules.

3. You will be able to access and use the Trading Platform by means of the Website, the Mobile App, API, or any other means which we may specify or make available from time to time, unless otherwise restricted under these Terms of Service or the Exchange Rules. Through the Trading Platform, you may enter into Orders and Trades for Products which we may provide from time to time and on such terms as we may determine at our sole and absolute discretion.

4. When you access and use the Trading Platform, you will be subject to the Exchange Rules, any trade order, trade documentation, trade and/or trade confirmation arising out of the operation of the Trading Platform, and any other rules of the Trading Platform as we may specify from time to time. In the event of a conflict with this Annex, the provisions of the Exchange Rules, any trade order, trade documentation, trade and/or trade confirmation shall prevail (unless otherwise stated).

5. You enter into and execute Orders and Trades through the Trading Platform as principal in accordance with the Exchange Rules. We, acting as principal, are the sole counterparty and no other person is a party to the Orders and Trades entered into and executed through the Trading Platform.

6. Not withstanding any other provision, we have the right to:
- a) reject or cancel any instruction; and/or
- b) close, reverse, off-set (including by entering into an opposite and equal transaction), liquidate, mitigate, deleverage or settle any open Orders, Trades or Positions,

regardless of the profit or loss position, at our sole and absolute discretion and without prior Notice to you.

7. In order to access or use certain features on the Trading Platform or trade in certain Products, we may require you to provide additional information to determine whether you may access or use such features or trade in such Products.

8. We charge Fees in connection with the use of the Trading Platform. Details of the standard Fees are set out here (subject to any rebates, deductions or waivers applied by the Company from time to time). We have the right to amend the Fees at any time at our sole and absolute discretion without prior Notice to you. We have the right to collect Fees from you in any way we determine, including deducting an amount equivalent to the fees from your Account Balance, and you hereby authorise us to collect such Fees and deduct from your Account Balance directly.

9. We may at our sole and absolute discretion halt access to and use of the Trading Platform due to market disruption or other events. Please see the Exchange Rules for more details.

**ANNEX B**
MOBILE APP

1. This Annex governs your access to and use of the Mobile App (as defined below), and incorporates by reference and supplements the Terms of Service. If you access or use (or attempt to access or use) the Mobile App, you will be deemed to have agreed to the terms

and conditions in this Annex. We may amend this Annex at our sole and absolute discretion without further Notice to you. Capitalised terms used but not defined shall have the same meaning as in the Terms of Service.

2.  We have developed a mobile application ("### Mobile App") to allow you to access your Account and some of our Services (including the Trading Platform). The Terms of Service apply to your use of the Mobile App. Not all our Services can be accessed through the Mobile App and we have the right to vary the Services (and certain features and functionality of such Services) and how we offer the Services through the Mobile App at our sole and absolute discretion and without prior Notice.

3.  You may download the Mobile App through an official app store, as an Android application package (APK), or through any other means we may permit from time to time.

4.  The Mobile App can be used on a mobile device running an operating system supported and specified by us from time to time. Updates to the Mobile App may be issued periodically and you will need to update the Mobile App personally where such updates are not downloaded automatically. You are responsible for ensuring that your Mobile App is updated to the latest version (including to ensure that you have the latest security updates). Your failure to do so may lead to certain parts of the Mobile App becoming inaccessible until you install the updates.

5.  You must not change, alter, modify, adapt, reverse-engineer, copy or reproduce all or any part of the Mobile App.

6.  You acknowledge and agree that there are inherent risks with the use of the Mobile App (including, but not limited to, latency in the prices provided, the strength of the mobile signal, cellular latency, a delay in price quotation, a malfunction or security breach affecting your mobile device, or any other issues that may arise between you and any service provider such as, without limitation, the mobile network operator or internet service provider). We provide the Mobile App "as is" and on an "as available" basis and are not liable for any losses, damages or costs arising out of the use of the Mobile App or your inability to access any part of the Services as a result of using the Mobile App.

7.  You agree that any trading or other instructions received or undertaken through the Mobile App under your Account are deemed to be final and conclusive, and we may act upon such trading or instructions and shall not be liable for any loss or damage arising out of the improper use of the Mobile App under your Account.

## ANNEX C
API

1.  This Annex governs your access to and use of the API (as defined below), and incorporates by reference and supplements the Terms of Service. If you access or use (or attempt to access or use) the API, you will be deemed to have agreed to the terms and conditions in this Annex. We may amend this Annex at our sole and absolute discretion without further Notice to you. Capitalised terms used but not defined shall have the same meaning as in the Terms of Service.

2.  We offer REST API and WebSocket API in order to allow you to interact with the Trading Platform (including developing applications which interoperate or integrate with the Trading Platform) by using and making calls to our application programming interface ("### API"), as well as access via our Website(s) and Mobile App. You may

need to create an API key enabling access to the API ("### API Key") in respect of your Account.

3. We may disable or revoke your API Key at any time.

4. You acknowledge and agree that:

- a) we are permitted to share your data with any third parties that possess or have access to your unique API Key(s), and

- b) we may rely and act upon the instructions (including, but not limited to, instructions relating to Order placement or the closing of Positions) of any third parties that possess or have access to your unique API Key(s), and we accept no responsibility or liability for any loss arising from the foregoing.

5. We may make changes to the API at our sole and absolute discretion. We shall not be liable for any losses or damages as a result of (i) varying, suspending, withdrawing or ceasing to provide access to and use of the API or (ii) making changes to how the API is provided.


**ANNEX D**

BITMEX PUBLICATIONS

1. This Annex governs your access to and use of the BitMEX Publications (as defined below), and incorporates by reference and supplements the Terms of Service. If you access or use (or attempt to access or use) the BitMEX Publications, you will be deemed to have agreed to the terms and conditions in this Annex. We may amend this Annex at our sole and absolute discretion without further Notice to you. Capitalised terms used but not defined shall have the same meaning as in the Terms of Service.

2. In line with our mission to lead the development and advance knowledge of the digital assets ecosystem, we issue, contribute to or disseminate reports, data, graphs, tables, indices, research publications, historical data, historical indices levels, blog posts, articles, know-how, documents or other information, including via our Website (including as set out here), APIs, social media and other channels ("### BitMEX Publications"). You may be able to access BitMEX Publications without an Account through the publicly available portion of our Website, social media and other channels.

3. You agree and acknowledge that BitMEX Publications:

- a) are for information purposes only and are not intended to and do not constitute an offer, marketing, advertisement, commitment, solicitation, or any investment advice or recommendation to use any of the Services or enter into any trades;

- b) do not constitute an offering document, do not purport to contain all of the information that you may require and are not intended to be taken as forming the basis of any commitment or contract; and

- c) are not intended to provide, and must not be relied upon for, accounting, legal, tax or other advice.

4. No representation or warranty, express or implied, is made with respect to BitMEX Publications or views therein as to (or in relation to) its impartiality, fairness, reasonableness, accuracy, reliability or completeness. We expressly disclaim any and all responsibility or liability for the fairness, reasonableness, accuracy, reliability or completeness of the information contained in any BitMEX Publication. There is no obligation for us to update BitMEX Publications. Information and views contained in any BitMEX Publication are provided for reference only and are not to be relied upon as

authoritative. All estimates, projections, forecasts and opinions contained herein are subject to change without notice. Any reference to past performance should not be taken as an indication of future performance.

5. We accept no liability (whether in tort or contract or otherwise) for any loss or damage if you rely on BitMEX Publications.

**ANNEX E**
TESTNET

1. This Annex governs your access to and use of Testnet (as defined below), and incorporates by reference and supplements the Terms of Service. If you access or use (or attempt to access or use) Testnet, you will be deemed to have agreed to the terms and conditions in this Annex. We may amend this Annex at our sole and absolute discretion without further Notice to you. Capitalised terms used but not defined shall have the same meaning as in the Terms of Service.

2. BitMEX Testnet ("### Testnet") is a simulated trading platform which replicates the environment of the Trading Platform using testnet bitcoin and other test forms of digital assets. Testnet is provided for informational and testing purposes only, and is not intended for education purposes or to provide advice on how to use the Trading Platform.

3. We make no warranty or representation with respect to Testnet, including, without limitation, any warranty or representation that Testnet will accurately or completely simulate, duplicate or replicate the trading conditions on or behaviours of the Trading Platform. In particular, certain aspects of the Trading Platform may not be able to be replicated due to the simulated nature of Testnet.

4. We are not liable for any loss or damage you may incur, directly or indirectly, as a result of your access to or use of Testnet, including (without limitation) using or duplicating Testnet trading methods or strategies when using the Trading Platform.

5. In order to access and use Testnet, you will need to have a Testnet Account. A Testnet Account is separate and distinct from the Account. You will need to separately register for an Account, and vice versa.

6. By registering for a Testnet Account, you represent and warrant that you have accepted these Terms of Service. You agree and acknowledge that:

- a) you are 18 years old and above the legal age of majority in your relevant jurisdiction;
- b) you are not a Sanctioned Person;
- c) we may at our sole and absolute discretion (i) cancel any open order requests or (ii) close, reverse, off-set, liquidate, mitigate, deleverage or settle any open positions or trades;
- d) Testnet may use the same market data and indices as the Trading Platform, but there may be discrepancies between the data on Testnet and the Trading Platform; and
- e) any past performance and experience on and with BitMEX Testnet is not a reliable indicator of future returns, performance and experience with the Trading Platform.

We 7. will rely on your representations, warranties and acknowledgements set out in Paragraph 6 if we open a Testnet Account for you. We may refuse to open a Testnet Account for you at our sole and absolute discretion and do not have to provide reasons for doing so.

We 8. have the right to suspend or terminate your access and/or use of the Testnet Account at any time (without prior Notice).

**ANNEX F**
TROLLBOX
1. This Annex governs your access to and use of the Chatroom (as defined below), and incorporates by reference and supplements the Terms of Service. If you access or use (or attempt to access or use) the Chatroom, you will be deemed to have agreed to the terms and conditions in this Annex. We may amend this Annex at our sole and absolute discretion without further Notice to you. Capitalised terms used but not defined shall have the same meaning as in the Terms of Service.
2. We may allow you to post in the BitMEX Trollbox ("### Chatroom").
3. We do not generally monitor and are not responsible for the content in the Chatroom; however, we may take action to monitor, screen or edit posts where appropriate and at our sole and absolute discretion. We do not endorse and are not responsible or liable for any content posted on the Chatroom.
4. When you use the Chatroom, you must:
   - a) be respectful to others at all times;
   - b) comply with the <u>Trollbox Rules</u> (which we may amended at our sole and absolute discretion without prior Notice to you);
   - c) not breach any Applicable Laws;
   - d) not incite or encourage market misconduct or market manipulation on the Trading Platform;
   - e) not post content or engage in conduct which we consider is or could be regarded as discriminatory, abusive, libellous, defamatory, indecent, vulgar, obscene or sexually explicit;
   - f) not solicit or ask others for funds for any purpose;
   - g) post links to other chats, shortened URLs, referral links or codes or links to executable files;
   - h) not impersonate any other person (including impersonating us or our employees, officers or representatives);
   - i) not post any malicious or unauthorised codes (including, but not limited to, viruses, spyware and Trojan horses), links or other potentially harmful content which may interrupt, damage, interfere with, destroy or limit the functionality of any computer software or hardware or communication equipment;
   - j) not post any personally identifiable information regarding a natural person; and
   - k) not post any spam or phishing content or otherwise advertise, market, sell or offer third party goods or services,

(collectively, the "**Chatroom Restrictions**").
5. We may restrict your ability to post on the Chatroom at our sole and absolute discretion at any time.

**ANNEX G**
BITMEX INDICES
1. This Annex governs your access to and use of the BitMEX Indices (as defined below), and incorporates by reference and supplements the Terms of Service. If you access or use (or attempt to access or use) the BitMEX Indices, you will be deemed to have agreed to the terms and conditions in this Annex. We may amend this Annex at our sole and

absolute discretion without further Notice to you. Capitalised terms used but not defined shall have the same meaning as in the Terms of Service.

2. We calculate and publish certain composite indices ("### BitMEX Indices") which are used as reference indices for certain Products. We reserve the right to make any changes to the BitMEX Indices in our absolute and sole and absolute discretion, including its constituent exchanges, methodology, weighting, calculation, publication and update schedule. We may also introduce or discontinue any BitMEX Indices in our absolute and sole and absolute discretion. You may be able to view and access BitMEX Indices without an Account through the publicly available portion of our Website, social media and other channels.

3. You agree and acknowledge that the BitMEX Indices:

- a) must not be used for any commercial purpose without our written agreement;

- b) are for information purposes only and are not intended to and do not constitute an offer, marketing, advertisement, commitment, solicitation, or any investment advice or recommendation to use any of the Services or purchase any Products;

- c) do not constitute an offering document, do not purport to contain all of the information that you may require and are not intended to be taken as forming the basis of any commitment or contract; and

- d) are not intended to provide, and must not be relied upon for, accounting, legal, tax or other advice.

4. No representation or warranty, express or implied, is made with respect to BitMEX Indices or views therein as to (or in relation to) its impartiality, fairness, reasonableness, accuracy, reliability or completeness. We expressly disclaim any and all responsibility or liability for the fairness, reasonableness, accuracy, reliability or completeness of the information contained in any BitMEX Indices. There is no obligation for us to update BitMEX Indices.

5. We accept no liability (whether in tort or contract or otherwise) for any loss or damage if you rely on BitMEX Indices.

# EXHIBIT 3

| type | status | created | ip | geoipCountry | geoipRegion | TFAEnabled | TFAUsed | userEmail | userAgent | origin | referer | user-agent | x-amzn-trace-id | x-orig-user-agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| login | success | 01/05/2021, 17:11:37 | 92.255.131.163 | RU | PER | TRUE | TRUE | | Chrome 90.0.4430.93, Windows | http://www.bitmex.com | http://www.bitmex.com | BitMEX-Frontend/2.0.0 | Root=1-608d1b49-5cd0071478e69f544ab19590 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/90.0.4430.93 Safari/537.36 |
| login | success | 12/03/2021, 14:21:21 | 92.255.132.117 | RU | PER | TRUE | TRUE | | Chrome 88.0.4324.190, Windows | http://www.bitmex.com | http://www.bitmex.com | BitMEX-Frontend/2.0.0 | Root=1-604b0861-210321690d70d853b90cb39 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/88.0.4324.190 Safari/537.36 |
| login | success | 09/10/2020, 14:29:31 | 185.31.165.195 | RU | MOW | TRUE | TRUE | | Chrome 85.0.4183.121, Windows | http://www.bitmex.com | http://www.bitmex.com | BitMEX-Frontend/2.0.0 | Root=1-5f80034b-74e6a7b55578ab534c495397 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/85.0.4183.121 Safari/537.36 |
| withdrawalCompleted | success | 31/01/2020, 21:21:49 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| withdrawalConfirmed | success | 31/01/2020, 15:37:44 | 95.167.234.141 | RU | MOW | undefined | undefined | | Chrome 79.0.3945.130, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5e33d947-5955d1274f31f932ad81600d | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/79.0.3945.130 Safari/537.36 |
| withdrawalRequested | success | 31/01/2020, 15:36:52 | 95.167.234.141 | RU | MOW | undefined | undefined | | Chrome 79.0.3945.130, Windows | https://www.bitmex.com | https://www.bitmex.com/app/withdraw | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/79.0.3945.130 Safari/537.36 | Root=1-5e33d914-9423dc3450c102b1d08dd8b7 | undefined |
| login | success | 31/01/2020, 15:28:59 | 95.167.234.141 | RU | MOW | TRUE | TRUE | | Chrome 79.0.3945.130, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5e33d73b-a00ed658390283107 7cef89b | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/79.0.3945.130 Safari/537.36 |
| login | success | 28/09/2019, 01:06:21 | 176.56.53.213 | RU | MOS | TRUE | TRUE | | Chrome 77.0.3865.90, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d8e418d-892caf38d23fe4ce57eeaa22 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.90 Safari/537.36 |
| withdrawalCompleted | success | 25/07/2019, 21:15:32 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| withdrawalConfirmed | success | 25/07/2019, 19:44:57 | 95.167.234.140 | RU | MOW | undefined | undefined | | Chrome 75.0.3770.142, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d399639-e6a9cbbcd834f6645f b142a8 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 |
| withdrawalRequested | success | 25/07/2019, 19:43:48 | 95.167.234.140 | RU | MOW | undefined | undefined | | Chrome 75.0.3770.142, Windows | https://www.bitmex.com | https://www.bitmex.com/app/withdraw | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | Root=1-5d3995f4-3c22a686fe0ee38a017f0c16 | undefined |
| login | success | 25/07/2019, 19:41:06 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.142, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d399552-3433b9e0046bbbe0f d9814c0 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 |
| withdrawalCompleted | success | 24/07/2019, 21:11:19 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| withdrawalConfirmed | success | 24/07/2019, 14:22:50 | 95.167.234.140 | RU | MOW | undefined | undefined | | Chrome 75.0.3770.142, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d37f93a-b6b70c40b07c79e02 206f680 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 |
| withdrawalRequested | success | 24/07/2019, 14:22:07 | 95.167.234.140 | RU | MOW | undefined | undefined | | Chrome 75.0.3770.142, Windows | https://www.bitmex.com | https://www.bitmex.com/app/withdraw | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | Root=1-5d37f90f-bf72eea3287b024e04d2d3a0 | undefined |
| login | success | 24/07/2019, 14:18:29 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.142, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d37f835-c9f5a7bf0191e6fb01 0cc8dc | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 |
| withdrawalCompleted | success | 21/07/2019, 21:19:36 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| withdrawalConfirmed | success | 21/07/2019, 04:02:24 | 195.46.23.75 | GR | null | undefined | undefined | | Chrome 75.0.3770.142, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d337350-4236e074039f0f1a0f5 4a86b4 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 |
| withdrawalRequested | success | 21/07/2019, 03:58:10 | 195.46.23.75 | GR | null | undefined | undefined | | Chrome 75.0.3770.142, Windows | https://www.bitmex.com | https://www.bitmex.com/app/withdraw | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 | Root=1-5d337252-4b593b18b9a276a4a 650b33c | undefined |
| login | success | 21/07/2019, 03:03:49 | 195.46.23.75 | GR | null | TRUE | TRUE | | Chrome 75.0.3770.142, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d336594-e616e4b623013ed66 ba549a8 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.142 Safari/537.36 |
| withdrawalCompleted | success | 16/07/2019, 21:19:32 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| withdrawalConfirmed | success | 16/07/2019, 19:16:23 | 95.167.234.140 | RU | MOW | undefined | undefined | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d2db207-f61a91a06bd34aa02f bfdeb0 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| withdrawalRequested | success | 16/07/2019, 19:15:33 | 95.167.234.140 | RU | MOW | undefined | undefined | | Chrome 75.0.3770.100, Windows | https://www.bitmex.com | https://www.bitmex.com/app/withdraw | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | Root=1-5d2db1d4-7ebb458dfc1f374bc4b39ed3 | undefined |
| login | success | 16/07/2019, 15:07:51 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d2d77c7-fb445f103cd9378085577280 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 11/07/2019, 14:20:11 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d26d51b-492e07b64a0c73798651e91d | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 11/07/2019, 13:34:53 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d26ca7d-295084f8552455443d914791 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 11/07/2019, 05:28:20 | 31.173.82.216 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.101, Android | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d265873-557f45c364bae906573c8e84 | Mozilla/5.0 (Linux; Android 9; ZB631KL) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.101 Mobile Safari/537.36 |
| login | success | 11/07/2019, 03:39:18 | 31.173.83.225 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d263ee6-645d764c544b0af666369788 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 10/07/2019, 23:51:29 | 31.173.86.73 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d260981-ccea0cf2abac00887eaa13e6 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 10/07/2019, 22:58:18 | 176.56.53.213 | RU | MOS | TRUE | TRUE | | Chrome 75.0.3770.101, Android | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d25fd09-bf3a8cb519077c1d7c214256 | Mozilla/5.0 (Linux; Android 9; ZB631KL) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.101 Mobile Safari/537.36 |
| login | success | 10/07/2019, 18:30:45 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d25be54-f538e7a08e2dcee0ee918798 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 10/07/2019, 14:24:55 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d2584b7-80e6ae98e10eb498a7d33ee8 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 10/07/2019, 13:57:32 | 31.173.86.73 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d257e4c-4938beac8dfa1cc6d6519e78 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 10/07/2019, 12:38:42 | 176.56.53.213 | RU | MOS | TRUE | TRUE | | Chrome 75.0.3770.101, Android | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d256bd2-fa96529ce0068bf864113e82 | Mozilla/5.0 (Linux; Android 9; ZB631KL) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.101 Mobile Safari/537.36 |
| login | success | 10/07/2019, 01:15:25 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d24cbad-e9d7f820e09eed204f7e5840 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 10/07/2019, 01:00:30 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d24c82e-cd67a578ff2e0c000fde1210 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 10/07/2019, 00:18:37 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d24be5d-406d70eec79dc2f19f0cfc03 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 10/07/2019, 00:02:09 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d24ba81-7518df984e326d587efe7108 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 09/07/2019, 23:34:22 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d24b3fe-128870a9eb5e6be9cfca0ea2 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 09/07/2019, 20:23:33 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d248744-f15411f36b633cf4cfb82fb5 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 09/07/2019, 20:12:24 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d2484a8-dc2fdef0f55858e0d3a7ce90 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 09/07/2019, 19:45:36 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d247e60-6def783584d2859d094e503b | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |

| login | success | 09/07/2019, 19:35:09 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d247bed-07eab3ab156f54684c59b8a2 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| login | success | 09/07/2019, 18:01:56 | 31.173.80.47 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d246614-284bf238f85a4440fe27c31c | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 09/07/2019, 16:09:39 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d244bc3-d7a7f319a31e1e4adf447ffb | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 08/07/2019, 15:37:29 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d22f2b9-113570e302b2ee1a49edd48a | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 07/07/2019, 02:49:07 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d223ea2-a4d23b1e1673df3eb1f14e98 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| depositConfirmed | success | 06/07/2019, 16:39:07 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPending | success | 06/07/2019, 16:35:15 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 06/07/2019, 15:20:07 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d204ba7-eec90bc2d3304df487528a5c | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 06/07/2019, 13:04:01 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d202bc0-5e835d36c40897b7c0adfa16 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 06/07/2019, 03:44:17 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1fa891-1cb0e3a0e7eedb04cbd39e4c | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 06/07/2019, 02:35:15 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f9862-727de2118a28a7298 2ba9bda | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 06/07/2019, 02:25:29 | 31.173.84.105 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f9619-1d67f25d17ed753d0ee1c9f8 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 06/07/2019, 02:03:22 | 31.173.84.105 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f90e8-c0f66e50bc25c1106 1d67a90 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 06/07/2019, 01:42:39 | 31.173.84.105 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f8c0f-b893b690ff316eaa0611aa10 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 06/07/2019, 01:32:40 | 31.173.84.105 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f89b7-2277800012f9c2dc66feb53c | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 06/07/2019, 01:07:14 | 31.173.84.105 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f83c0-ceb169f962b724f28ad3455b | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | failure | 06/07/2019, 01:06:56 | 31.173.84.105 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f83b0-c34f4fa8de3dd2f0a59f6004 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 23:35:38 | 31.173.84.105 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f6e4a-91d3858784c5b86adeec1715 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 22:54:56 | 31.173.87.186 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f64c0-5f5522ad4e4d80efc491e0f8 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 22:28:59 | 31.173.82.21 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f5eab-c8171c125339acb12d370370 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 19:40:35 | 31.173.85.51 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f3733-580a6a38f6770dcbc dc43091 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |

| login | success | 05/07/2019, 18:57:51 | 31.173.85.51 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1f2d2f-15ae36a743a16d66bc9faaee | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 15:35:58 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1efdde-ffae72b0d168d2ea45a67f76 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 05/07/2019, 14:22:57 | 95.167.234.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1eecc1-c89df91558a4f46941 83af91 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 05/07/2019, 14:10:41 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1ee9e1-975e9f70810cde441 32bb244 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 05/07/2019, 13:26:31 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1edf87-9028de5e031c948ac da56b66 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 11:43:06 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1ec749-7424771e4fe3aaeab d9c3272 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 08:19:52 | 31.173.80.8 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1e97a8-7b4e6235d6e36553e 0463802 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 08:05:10 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1e9434-aaf8031c0ed358805 0d9bc3c | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 07:31:57 | 31.173.80.8 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1e8c6d-43d88fbc4f21fe8f6e1 441c4 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 05/07/2019, 07:05:37 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1e8640-4412be1c7cbca204f 15adca8 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 05/07/2019, 04:43:26 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1ee64ee-72d559aabdee3b653 b17fa0c | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 04/07/2019, 21:53:53 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1e04f1-77fed144eeee753ae 36f2ffe | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| depositConfirmed | success | 04/07/2019, 18:15:07 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPending | success | 04/07/2019, 18:04:25 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositConfirmed | success | 04/07/2019, 17:04:24 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPending | success | 04/07/2019, 16:55:08 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 04/07/2019, 16:42:12 | 95.167.234.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1dbbe4-cbd244ae263f43a1c df4d083 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 04/07/2019, 15:12:28 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1da6dc-f0ff1e72b2fccffc442f 990a | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| depositConfirmed | success | 03/07/2019, 21:27:30 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPending | success | 03/07/2019, 21:20:15 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 03/07/2019, 15:43:37 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1c5ca9-418cb1166a58326d1 8df494d | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | failure | 03/07/2019, 00:49:16 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1b8b0b-9e9161b209072325a 8925fd5 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 01/07/2019, 04:22:43 | 195.225.109.141 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1a6b93-acb33f16fe4b4bf4fa4 39684 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 01/07/2019, 23:37:08 | 31.173.80.139 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1a28a4-6d7ao45b79e5b6a56 6391b0c | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 01/07/2019, 22:37:45 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1a1ab9-48a94914155b395a4 57dae38 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| login | failure | 01/07/2019, 22:37:32 | 95.167.234.140 | RU | MOW | TRUE | FALSE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1a1aab-528c12145d4a85485f6db85a | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| depositConfir med | success | 29/06/2019, 23:23:15 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPendi ng | success | 29/06/2019, 23:10:56 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 29/06/2019, 20:26:57 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d175910-6d956fdaaac46c48830cb022 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 29/06/2019, 18:54:08 | 31.173.84.241 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d17434f-53aa4ec05061ac003936a2a0 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 29/06/2019, 18:35:28 | 31.173.84.241 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d173ef0-f115b730b0bd01e84552af88 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 29/06/2019, 18:08:08 | 31.173.84.241 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d173888-5258384b51f795d82cb7b88f | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 29/06/2019, 17:45:49 | 31.173.84.241 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d17334d-2a17be60580f42b0129bf388 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| depositConfir med | success | 29/06/2019, 03:23:35 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 29/06/2019, 03:18:22 | 91.246.85.66 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1667fd-3f393008d12f00ca0c59d868 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| depositPendi ng | success | 29/06/2019, 02:55:12 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 29/06/2019, 02:51:44 | 31.173.84.199 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d1661c0-e691311cca2631908fddc268 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| depositConfir med | success | 29/06/2019, 02:19:54 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 29/06/2019, 02:04:03 | 31.173.81.229 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d165693-135cf3ac2ea3346a773bfb0c | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| depositPendi ng | success | 29/06/2019, 01:55:12 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositConfir med | success | 29/06/2019, 01:49:07 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPendi ng | success | 29/06/2019, 01:43:28 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 29/06/2019, 01:41:38 | 31.173.81.229 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d165152-52286d931f004547f6f4df3c | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 29/06/2019, 01:24:39 | 31.173.81.229 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d164d57-64246bcaceba5040eb1ebf00 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| depositConfir med | success | 28/06/2019, 23:55:09 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPendi ng | success | 28/06/2019, 23:31:05 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 28/06/2019, 22:17:01 | 31.173.81.103 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.101, Android | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d16218f-368ed450dd138f145323f368 | Mozilla/5.0 (Linux; Android 9; ZB631KL) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.101 Mobile Safari/537.36 |
| login | success | 28/06/2019, 19:44:09 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d15fd89-75b81307cd9954fa9e064f73 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 28/06/2019, 14:21:41 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d15b1f5-f194706c6983f21c0f29b0b8 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| depositConfir med | success | 28/06/2019, 11:31:10 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPendi ng | success | 28/06/2019, 11:11:12 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| login | success | 28/06/2019, 02:48:17 | 91.246.97.85 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d150f71-abffc2bb6fbac57a62b2b9b2 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 28/06/2019, 01:27:31 | 31.173.87.230 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d14fc83-1ad1ffb41777dec2bc6ba342 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1 Mobile/15E148 Safari/604.1 |
| depositConfirmed | success | 27/06/2019, 22:23:43 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPending | success | 27/06/2019, 21:07:31 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 27/06/2019, 15:03:04 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d146a26-250bc19fcf25cad0e0473e08 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 27/06/2019, 13:11:13 | 91.246.88.71 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d144ff1-98c71e098a114b8e168ae88b | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 27/06/2019, 04:52:45 | 91.246.88.71 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d13db1d-9c0529ae75a0e7beb74e7a76 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| depositConfirmed | success | 27/06/2019, 04:48:59 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPending | success | 27/06/2019, 04:39:49 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 27/06/2019, 03:11:55 | 31.173.82.143 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d13c376-910c45943927cc7c23d8268c | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 27/06/2019, 01:08:06 | 31.173.82.143 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d13a676-255eb69cc3aa48936f943e8e | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 26/06/2019, 14:10:37 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d130c5d-c2a874c73bc50adb5b9fb03f | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 26/06/2019, 13:32:10 | 31.173.80.173 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d13035a-9c4e49b24e672549b4918c4e | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 26/06/2019, 12:58:44 | 91.246.88.71 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d12fb84-604c0580c2fb54c05aabec00 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 26/06/2019, 05:46:08 | 91.246.88.71 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d129620-d059c4e04f4ebffea1615620 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 26/06/2019, 03:23:10 | 91.246.88.71 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d12749e-6fd42218487a60804844b ed0 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 25/06/2019, 14:13:38 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d11bb91-80284e093822283ef193e1c3 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 25/06/2019, 09:18:38 | 31.173.80.135 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d11766e-8d6f519453476a02c93f367e | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 25/06/2019, 03:31:21 | 91.246.88.71 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d112509-e83d37365a78ad92d52ce1d2 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| login | success | 25/06/2019, 00:51:44 | 31.173.80.135 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d10ff9f-35519f18a552fe5458 5e1ae2 | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| login | success | 25/06/2019, 00:51:15 | 31.173.80.135 | RU | MOW | TRUE | TRUE | | Mobile Safari 12.1.1, iOS | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d10ff82-e55c9436fe2a19c639120efc | Mozilla/5.0 (iPhone; CPU iPhone OS 12_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/12.1.1 Mobile/15E148 Safari/604.1 |
| depositConfirmed | success | 24/06/2019, 23:23:24 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| depositPending | success | 24/06/2019, 23:18:49 | null | null | null | undefined | undefined | | undefined | undefined | undefined | undefined | undefined | undefined |
| login | success | 24/06/2019, 23:00:30 | 95.167.234.140 | RU | MOW | TRUE | TRUE | | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d10e58d-c0200d84ab4f58c3a97fd51f | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| login | success | 24/06/2019, 18:51:54 | 95.167.234.140 | RU | MOW | TRUE | TRUE | ■ | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d10ab4a-591933601fb62ee0e1ce3118 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| apiKeyCreated | success | 24/06/2019, 15:42:48 | 95.167.234.140 | RU | MOW | TRUE | TRUE | ■ | | undefined | undefined | undefined | undefined | undefined |
| login | success | 24/06/2019, 15:41:06 | 95.167.234.140 | RU | MOW | TRUE | TRUE | ■ | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d107e91-3952d460a3d2e1ea7dfa8b39 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |
| twoFactorEnabled | success | 24/06/2019, 15:40:36 | 95.167.234.140 | RU | MOW | undefined | undefined | ■ | Chrome 75.0.3770.100, Windows | https://www.bitmex.com | https://www.bitmex.com/app/account | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 | Root=1-5d107e74-9a8b45a7251f2e691741afa4 | undefined |
| login | success | 24/06/2019, 15:34:25 | 95.167.234.140 | RU | MOW | FALSE | FALSE | ■ | Chrome 75.0.3770.100, Windows | http://localhost | http://localhost | BitMEX-Frontend/1.3.1 | Root=1-5d107d01-9ad3441e99caf88af5ea4901 | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/75.0.3770.100 Safari/537.36 |

# EXHIBIT 4

| transactTime | symbol | execType | side | lastQty | lastPx | execCost | commission | execComm | ordType | orderQty | leavesQty | price | text | orderID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2019, 12:29:37 | ETHUSD | Trade | Sell | 19063 | 263.45 | -502214735 | 0.000675 | 338994 | Market | 20000 | 0 | 263.45 | Submitted via API. | 1471 8d2c-60f6-81b4-0e5d-0ab20b2cec0b |
| 11/07/2019, 12:29:37 | ETHUSD | Trade | Sell | 75 | 263.5 | -1976250 | 0.000675 | 1333 | Market | 20000 | 19063 | 263.45 | Submitted via API. | 1471 8d2c-60f6-81b4-0e5d-0ab20b2cec0b |
| 11/07/2019, 12:29:37 | ETHUSD | Trade | Sell | 736 | 263.5 | -19393600 | 0.000675 | 13090 | Market | 20000 | 19138 | 263.45 | Submitted via API. | 1471 8d2c-60f6-81b4-0e5d-0ab20b2cec0b |
| 11/07/2019, 12:29:37 | ETHUSD | Trade | Sell | 126 | 263.5 | -3320100 | 0.000675 | 2241 | Market | 20000 | 19874 | 263.45 | Submitted via API. | 1471 8d2c-60f6-81b4-0e5d-0ab20b2cec0b |
| 11/07/2019, 12:29:14 | XBTUSD | Trade | Sell | 69372 | 11215 | 618590124 | 0.000675 | 417548 | Market | 84000 | 0 | 11215 | Submitted via API. | aec1c7bf-c21d-aaf6-d28d-e837ccc54df9 |
| 11/07/2019, 12:29:14 | XBTUSD | Trade | Sell | 1578 | 11220 | 14064714 | 0.000675 | 9493 | Market | 84000 | 69372 | 11215 | Submitted via API. | aec1c7bf-c21d-aaf6-d28d-e837ccc54df9 |
| 11/07/2019, 12:29:14 | XBTUSD | Trade | Sell | 1200 | 11222.5 | 10693200 | 0.000675 | 7217 | Market | 84000 | 70950 | 11215 | Submitted via API. | aec1c7bf-c21d-aaf6-d28d-e837ccc54df9 |
| 11/07/2019, 12:29:14 | XBTUSD | Trade | Sell | 11850 | 11223.5 | 105583500 | 0.000675 | 71268 | Market | 84000 | 72150 | 11215 | Submitted via API. | aec1c7bf-c21d-aaf6-d28d-e837ccc54df9 |
| 11/07/2019, 12:00:00 | XBTUSD | Funding | | 84000 | 11703.73 | -717696000 | 0.000488 | 350236 | Limit | 84000 | 0 | 11703.73 | Funding | 00000000-0000-0000-0000-000000000000 |
| 11/07/2019, 12:00:00 | ETHUSD | Funding | | 20000 | 283.05 | 566100000 | 0.0001 | 56610 | Limit | 20000 | 0 | 283.05 | Funding | 00000000-0000-0000-0000-000000000000 |
| 11/07/2019, 04:00:00 | XBTUSD | Funding | | 84000 | 12053.65 | -696864000 | 0.001253 | 873171 | Limit | 84000 | 0 | 12053.65 | Funding | 00000000-0000-0000-0000-000000000000 |
| 11/07/2019, 04:00:00 | ETHUSD | Funding | | 20000 | 287.47 | 574940000 | 0.001939 | 1114809 | Limit | 20000 | 0 | 287.47 | Funding | 00000000-0000-0000-0000-000000000000 |
| 10/07/2019, 20:00:00 | XBTUSD | Funding | | 84000 | 13015.21 | -645372000 | 0.000874 | 564055 | Limit | 84000 | 0 | 13015.21 | Funding | 00000000-0000-0000-0000-000000000000 |
| 10/07/2019, 20:00:00 | ETHUSD | Funding | | 20000 | 307.98 | 615960000 | 0.001988 | 1224528 | Limit | 20000 | 0 | 307.98 | Funding | 00000000-0000-0000-0000-000000000000 |
| 10/07/2019, 13:43:41 | XBTUSD | Trade | Sell | 8518 | 13066.5 | 65188254 | 0.000675 | 44002 | Market | 18000 | 0 | 13066.5 | Submitted via API. | ce286c4d-7743-1ca8-65aa-28df17f03c66 |
| 10/07/2019, 13:43:41 | XBTUSD | Trade | Sell | 260 | 13066.5 | 1989780 | 0.000675 | 1343 | Market | 18000 | 8518 | 13066.5 | Submitted via API. | ce286c4d-7743-1ca8-65aa-28df17f03c66 |
| 10/07/2019, 13:43:41 | XBTUSD | Trade | Sell | 97 | 13066.5 | 742341 | 0.000675 | 501 | Market | 18000 | 8778 | 13066.5 | Submitted via API. | ce286c4d-7743-1ca8-65aa-28df17f03c66 |
| 10/07/2019, 13:43:41 | XBTUSD | Trade | Sell | 172 | 13066.5 | 1316316 | 0.000675 | 888 | Market | 18000 | 8875 | 13066.5 | Submitted via API. | ce286c4d-7743-1ca8-65aa-28df17f03c66 |
| 10/07/2019, 13:43:41 | XBTUSD | Trade | Sell | 62 | 13066.5 | 474486 | 0.000675 | 320 | Market | 18000 | 9047 | 13066.5 | Submitted via API. | ce286c4d-7743-1ca8-65aa-28df17f03c66 |
| 10/07/2019, 13:43:41 | XBTUSD | Trade | Sell | 8891 | 13066.5 | 68042823 | 0.000675 | 45928 | Market | 18000 | 9109 | 13066.5 | Submitted via API. | ce286c4d-7743-1ca8-65aa-28df17f03c66 |
| 10/07/2019, 12:00:00 | XBTUSD | Funding | | 102000 | 12977.85 | -785910000 | 0.000742 | 583145 | Limit | 102000 | 0 | 12977.85 | Funding | 00000000-0000-0000-0000-000000000000 |
| 10/07/2019, 12:00:00 | ETHUSD | Funding | | 20000 | 311.06 | 622120000 | 0.001735 | 1079378 | Limit | 20000 | 0 | 311.06 | Funding | 00000000-0000-0000-0000-000000000000 |
| 10/07/2019, 08:16:57 | ETHUSD | Trade | Buy | 5400 | 310.45 | 167643000 | 0.000675 | 113159 | Market | 6000 | 0 | 310.45 | Submitted via API. | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 10/07/2019, 08:16:57 | ETHUSD | Trade | Buy | 18 | 310.35 | 558630 | 0.000675 | 377 | Market | 6000 | 5400 | 310.45 | Submitted via API. | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 10/07/2019, 08:16:57 | ETHUSD | Trade | Buy | 5 | 310.35 | 155175 | 0.000675 | 104 | Market | 6000 | 5418 | 310.45 | Submitted via API. | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 10/07/2019, 08:16:57 | ETHUSD | Trade | Buy | 160 | 310.35 | 4965600 | 0.000675 | 3351 | Market | 6000 | 5423 | 310.45 | Submitted via API. | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 10/07/2019, 08:16:57 | ETHUSD | Trade | Buy | 400 | 310.35 | 12414000 | 0.000675 | 8379 | Market | 6000 | 5583 | 310.45 | Submitted via API. | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 10/07/2019, 08:16:57 | ETHUSD | Trade | Buy | 7 | 310.35 | 217245 | 0.000675 | 146 | Market | 6000 | 5983 | 310.45 | Submitted via API. | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 10/07/2019, 08:16:57 | ETHUSD | Trade | Buy | 10 | 310.35 | 310350 | 0.000675 | 209 | Market | 6000 | 5990 | 310.45 | Submitted via API. | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 10/07/2019, 04:00:00 | XBTUSD | Funding | | 102000 | 12505.28 | -815694000 | 0.000956 | 779803 | Limit | 102000 | 0 | 12505.28 | Funding | 00000000-0000-0000-0000-000000000000 |
| 10/07/2019, 04:00:00 | ETHUSD | Funding | | 14000 | 307.29 | 430206000 | 0.001793 | 771359 | Limit | 14000 | 0 | 307.29 | Funding | 00000000-0000-0000-0000-000000000000 |
| 09/07/2019, 20:00:00 | XBTUSD | Funding | | 102000 | 12310.33 | -828546000 | 0.000202 | 167366 | Limit | 102000 | 0 | 12310.33 | Funding | 00000000-0000-0000-0000-000000000000 |
| 09/07/2019, 20:00:00 | ETHUSD | Funding | | 14000 | 311.22 | 435708000 | 0.00078 | 339852 | Limit | 14000 | 0 | 311.22 | Funding | 00000000-0000-0000-0000-000000000000 |
| 09/07/2019, 18:47:35 | XBTUSD | Trade | Buy | 10000 | 12336.5 | -81060000 | 0.000675 | 54715 | Market | 10000 | 0 | 12336.5 | Submitted via API. | 3c871640-9bbf-c3e2-9467-21d6e00a73e3 |
| 09/07/2019, 18:47:26 | XBTUSD | Trade | Buy | 7177 | 12336.5 | -58176762 | 0.000675 | 39269 | Market | 10000 | 0 | 12336.5 | Submitted via API. | f38acfe9-dce2-729d-e932-a637 1 fdde78b |
| 09/07/2019, 18:47:26 | XBTUSD | Trade | Buy | 45 | 12336.5 | -364770 | 0.000675 | 246 | Market | 10000 | 7177 | 12336.5 | Submitted via API. | f38acfe9-dce2-729d-e932-a637 1 fdde78b |
| 09/07/2019, 18:47:26 | XBTUSD | Trade | Buy | 2778 | 12336.5 | -22518468 | 0.000675 | 15199 | Market | 10000 | 7222 | 12336.5 | Submitted via API. | f38acfe9-dce2-729d-e932-a637 1 fdde78b |
| 09/07/2019, 16:23:42 | ETHUSD | Trade | Buy | 14000 | 314.3 | 440020000 | 0.000675 | 297013 | Market | 14000 | 0 | 314.3 | Submitted via API. | 0f449740-fc73-c1d3-7139-988e2bf9cb73 |
| 09/07/2019, 16:23:41 | XBTUSD | Trade | Buy | 79535 | 12532.5 | -634609765 | 0.000675 | 428361 | Market | 82000 | 0 | 12532.5 | Submitted via API. | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 09/07/2019, 16:23:41 | XBTUSD | Trade | Buy | 1000 | 12532.5 | -7979000 | 0.000675 | 5385 | Market | 82000 | 79535 | 12532.5 | Submitted via API. | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 09/07/2019, 16:23:41 | XBTUSD | Trade | Buy | 81 | 12532.5 | -646299 | 0.000675 | 436 | Market | 82000 | 80535 | 12532.5 | Submitted via API. | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 09/07/2019, 16:23:41 | XBTUSD | Trade | Buy | 1200 | 12532.5 | -9574800 | 0.000675 | 6462 | Market | 82000 | 80616 | 12532.5 | Submitted via API. | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 09/07/2019, 16:23:41 | XBTUSD | Trade | Buy | 32 | 12532.5 | -255328 | 0.000675 | 172 | Market | 82000 | 81816 | 12532.5 | Submitted via API. | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 09/07/2019, 16:23:41 | XBTUSD | Trade | Buy | 52 | 12532.5 | -414908 | 0.000675 | 280 | Market | 82000 | 81848 | 12532.5 | Submitted via API. | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 09/07/2019, 16:23:41 | XBTUSD | Trade | Buy | 100 | 12532.5 | -797900 | 0.000675 | 538 | Market | 82000 | 81900 | 12532.5 | Submitted via API. | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 06/07/2019, 15:21:12 | ETHUSD | Trade | Sell | 98000 | 292.6 | -2867480000 | 0.000675 | 1935549 | Market | 98000 | 0 | 292.6 | Position Close from www.bitmex.com | 1cd53993-5047-7c7f-8863-e85c165e12e3 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 45659 | 11460 | 398420434 | 0.000675 | 268933 | Market | 434000 | 0 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 100 | 11460 | 872600 | 0.000675 | 589 | Market | 434000 | 45659 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 300 | 11460 | 2617800 | 0.000675 | 1767 | Market | 434000 | 45759 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 600 | 11460 | 5235600 | 0.000675 | 3534 | Market | 434000 | 46059 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 100 | 11460 | 872600 | 0.000675 | 589 | Market | 434000 | 46659 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 300 | 11460 | 2617800 | 0.000675 | 1767 | Market | 434000 | 46759 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 200 | 11460 | 1745200 | 0.000675 | 1178 | Market | 434000 | 47059 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 100 | 11460 | 872600 | 0.000675 | 589 | Market | 434000 | 47259 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 100 | 11460 | 872600 | 0.000675 | 589 | Market | 434000 | 47359 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 250 | 11460 | 2181500 | 0.000675 | 1472 | Market | 434000 | 47459 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 40 | 11460 | 349040 | 0.000675 | 235 | Market | 434000 | 47709 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 102 | 11460 | 890052 | 0.000675 | 600 | Market | 434000 | 47749 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1496 | 11460.5 | 13054096 | 0.000675 | 8811 | Market | 434000 | 47851 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 43 | 11460.5 | 375218 | 0.000675 | 253 | Market | 434000 | 49347 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 52 | 11460.5 | 453752 | 0.000675 | 306 | Market | 434000 | 49390 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 40 | 11460.5 | 349040 | 0.000675 | 235 | Market | 434000 | 49442 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1 | 11460.5 | 8726 | 0.000675 | 5 | Market | 434000 | 49482 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 100 | 11460.5 | 872600 | 0.000675 | 589 | Market | 434000 | 49483 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 5000 | 11460.5 | 43630000 | 0.000675 | 29450 | Market | 434000 | 49583 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 900 | 11460.5 | 7853400 | 0.000675 | 5301 | Market | 434000 | 54583 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 60 | 11460.5 | 523560 | 0.000675 | 353 | Market | 434000 | 55483 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 500 | 11460.5 | 4363000 | 0.000675 | 2945 | Market | 434000 | 55543 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 34 | 11460.5 | 296684 | 0.000675 | 200 | Market | 434000 | 56043 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 300 | 11460.5 | 2617800 | 0.000675 | 1767 | Market | 434000 | 56077 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 312 | 11460.5 | 2722512 | 0.000675 | 1837 | Market | 434000 | 56377 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 58 | 11460.5 | 506108 | 0.000675 | 341 | Market | 434000 | 56689 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 11 | 11460.5 | 95986 | 0.000675 | 64 | Market | 434000 | 56747 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 500 | 11460.5 | 4363000 | 0.000675 | 2945 | Market | 434000 | 56758 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11460.5 | 8726000 | 0.000675 | 5890 | Market | 434000 | 57258 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 272 | 11460.5 | 2373472 | 0.000675 | 1602 | Market | 434000 | 58258 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 2500 | 11460.5 | 21815000 | 0.000675 | 14725 | Market | 434000 | 58530 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11460.5 | 8726000 | 0.000675 | 5890 | Market | 434000 | 61030 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 490 | 11461 | 4275250 | 0.000675 | 2885 | Market | 434000 | 62030 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 6000 | 11461 | 52350000 | 0.000675 | 35336 | Market | 434000 | 62520 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 840 | 11461 | 7329000 | 0.000675 | 4947 | Market | 434000 | 68520 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 43 | 11461 | 375175 | 0.000675 | 253 | Market | 434000 | 69360 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 4 | 11461 | 34900 | 0.000675 | 23 | Market | 434000 | 69403 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 439 | 11461 | 3830275 | 0.000675 | 2585 | Market | 434000 | 69407 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 34 | 11461 | 296650 | 0.000675 | 200 | Market | 434000 | 69846 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 333 | 11461 | 2905425 | 0.000675 | 1961 | Market | 434000 | 69880 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 10 | 11461 | 87250 | 0.000675 | 58 | Market | 434000 | 70213 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 250 | 11461 | 2181250 | 0.000675 | 1472 | Market | 434000 | 70223 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1 | 11461 | 8725 | 0.000675 | 5 | Market | 434000 | 70473 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1 | 11461 | 8725 | 0.000675 | 5 | Market | 434000 | 70474 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 20 | 11461 | 174500 | 0.000675 | 117 | Market | 434000 | 70475 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1 | 11461 | 8725 | 0.000675 | 5 | Market | 434000 | 70495 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1 | 11461 | 8725 | 0.000675 | 5 | Market | 434000 | 70496 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 300 | 11461 | 2617500 | 0.000675 | 1766 | Market | 434000 | 70497 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 60 | 11461 | 523500 | 0.000675 | 353 | Market | 434000 | 70797 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 10000 | 11461 | 87250000 | 0.000675 | 58893 | Market | 434000 | 70857 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 34 | 11461 | 296650 | 0.000675 | 200 | Market | 434000 | 80857 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 3475 | 11461 | 30319375 | 0.000675 | 20465 | Market | 434000 | 80891 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 100 | 11461 | 872500 | 0.000675 | 588 | Market | 434000 | 84366 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 30 | 11461 | 261750 | 0.000675 | 176 | Market | 434000 | 84466 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 100 | 11461 | 872500 | 0.000675 | 588 | Market | 434000 | 84496 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1600 | 11461 | 13960000 | 0.000675 | 9423 | Market | 434000 | 84596 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 43 | 11461.5 | 375175 | 0.000675 | 253 | Market | 434000 | 86196 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1629 | 11461.5 | 14213025 | 0.000675 | 9593 | Market | 434000 | 86239 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11461.5 | 8725000 | 0.000675 | 5889 | Market | 434000 | 87868 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 500 | 11461.5 | 4362500 | 0.000675 | 2944 | Market | 434000 | 88868 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11461.5 | 8725000 | 0.000675 | 5889 | Market | 434000 | 89368 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11461.5 | 8725000 | 0.000675 | 5889 | Market | 434000 | 90368 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11461.5 | 8725000 | 0.000675 | 5889 | Market | 434000 | 91368 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 4000 | 11461.5 | 34900000 | 0.000675 | 23557 | Market | 434000 | 92368 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11461.5 | 8725000 | 0.000675 | 5889 | Market | 434000 | 96368 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 30 | 11461.5 | 261750 | 0.000675 | 176 | Market | 434000 | 97368 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 30 | 11461.5 | 261750 | 0.000675 | 176 | Market | 434000 | 97398 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 29 | 11461.5 | 253025 | 0.000675 | 170 | Market | 434000 | 97428 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 2000 | 11461.5 | 17450000 | 0.000675 | 11778 | Market | 434000 | 97457 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11461.5 | 8725000 | 0.000675 | 5889 | Market | 434000 | 99457 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 20000 | 11461.5 | 174500000 | 0.000675 | 117787 | Market | 434000 | 100457 | 11460 Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |

| Date/Time | Symbol | Type | Side | Qty | Price | Value | Fee Rate | Fee | Order Type | Col1 | Col2 | Col3 | Text | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 10751 | 11461.5 | 93802475 | 0.000675 | 63316 | Market | 434000 | 120457 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 10000 | 11461.5 | 87250000 | 0.000675 | 58893 | Market | 434000 | 131208 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 7437 | 11461.5 | 64887825 | 0.000675 | 43799 | Market | 434000 | 141208 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 199 | 11461.5 | 1736275 | 0.000675 | 1171 | Market | 434000 | 148645 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 199 | 11461.5 | 1736275 | 0.000675 | 1171 | Market | 434000 | 148844 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1306 | 11461.5 | 11394850 | 0.000675 | 7691 | Market | 434000 | 149043 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1600 | 11461.5 | 13960000 | 0.000675 | 9423 | Market | 434000 | 150349 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 199 | 11461.5 | 1736275 | 0.000675 | 1171 | Market | 434000 | 151949 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 199 | 11461.5 | 1736275 | 0.000675 | 1171 | Market | 434000 | 152148 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 13391 | 11461.5 | 116836475 | 0.000675 | 78864 | Market | 434000 | 152347 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 5 | 11461.5 | 43625 | 0.000675 | 29 | Market | 434000 | 165738 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 20000 | 11461.5 | 174500000 | 0.000675 | 117787 | Market | 434000 | 165743 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 80000 | 11461.5 | 698000000 | 0.000675 | 471150 | Market | 434000 | 185743 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 48 | 11461.5 | 418800 | 0.000675 | 282 | Market | 434000 | 265743 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 8000 | 11461.5 | 69800000 | 0.000675 | 47115 | Market | 434000 | 265791 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 20000 | 11461.5 | 174500000 | 0.000675 | 117787 | Market | 434000 | 273791 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 31690 | 11461.5 | 276495250 | 0.000675 | 186634 | Market | 434000 | 293791 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 6000 | 11461.5 | 52350000 | 0.000675 | 35336 | Market | 434000 | 325481 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 20000 | 11461.5 | 174500000 | 0.000675 | 117787 | Market | 434000 | 331481 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 15214 | 11461.5 | 132742150 | 0.000675 | 89600 | Market | 434000 | 351481 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 50 | 11461.5 | 436250 | 0.000675 | 294 | Market | 434000 | 366695 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 30 | 11461.5 | 261750 | 0.000675 | 176 | Market | 434000 | 366745 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 10005 | 11461.5 | 87293625 | 0.000675 | 58923 | Market | 434000 | 366775 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 3000 | 11461.5 | 26175000 | 0.000675 | 17668 | Market | 434000 | 376780 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 1000 | 11461.5 | 8725000 | 0.000675 | 5889 | Market | 434000 | 379780 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 20004 | 11461.5 | 174534900 | 0.000675 | 117811 | Market | 434000 | 380780 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 15:20:57 | XBTUSD | Trade | Sell | 33216 | 11461.5 | 289809600 | 0.000675 | 195621 | Market | 434000 | 400784 | 11460 | Position Close from www.bitmex.com | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 12:05:09 | XBTUSD | Trade | Buy | 70000 | 11647.5 | -601020000 | 0.000675 | 405688 | Market | 70000 | 0 | 11647.5 | Submitted via API. | 3936d760-6d8c-c3fb-f4be-9b29d18a98ce |
| 06/07/2019, 12:00:00 | XBTUSD | Funding | | 364000 | 11531.37 | -3156608000 | 0.0001 | 315661 | Limit | 364000 | 0 | 11531.37 | Funding | 0000000-0000-0000-0000-000000000000 |
| 06/07/2019, 12:00:00 | ETHUSD | Funding | | 98000 | 293.97 | 2880906000 | 0.001524 | 4390501 | Limit | 98000 | 0 | 293.97 | Funding | 0000000-0000-0000-0000-000000000000 |
| 06/07/2019, 04:00:00 | XBTUSD | Funding | | 364000 | 11138.88 | -3267992000 | -0.000063 | -205883 | Limit | 364000 | 0 | 11138.88 | Funding | 0000000-0000-0000-0000-000000000000 |
| 06/07/2019, 04:00:00 | ETHUSD | Funding | | 98000 | 290 | 2842000000 | 0.001765 | 5016130 | Limit | 98000 | 0 | 290 | Funding | 0000000-0000-0000-0000-000000000000 |
| 05/07/2019, 20:00:00 | XBTUSD | Funding | | 364000 | 11205.29 | -3248336000 | 0.0001 | 324834 | Limit | 364000 | 0 | 11205.29 | Funding | 0000000-0000-0000-0000-000000000000 |
| 05/07/2019, 20:00:00 | ETHUSD | Funding | | 98000 | 293.55 | 2876790000 | 0.000365 | 1050028 | Limit | 98000 | 0 | 293.55 | Funding | 0000000-0000-0000-0000-000000000000 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 5955 | 294 | 175077000 | 0.000675 | 118176 | Market | 35000 | 0 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 100 | 294 | 2940000 | 0.000675 | 1984 | Market | 35000 | 5955 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 3000 | 294 | 88200000 | 0.000675 | 59535 | Market | 35000 | 6055 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 14 | 294 | 411600 | 0.000675 | 277 | Market | 35000 | 9055 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 7636 | 294 | 224498400 | 0.000675 | 151536 | Market | 35000 | 9069 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 1000 | 294 | 29400000 | 0.000675 | 19845 | Market | 35000 | 16705 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 100 | 294 | 2940000 | 0.000675 | 1984 | Market | 35000 | 17705 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 10 | 294 | 294000 | 0.000675 | 198 | Market | 35000 | 17805 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 17 | 294 | 499800 | 0.000675 | 337 | Market | 35000 | 17815 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 10 | 294 | 294000 | 0.000675 | 198 | Market | 35000 | 17832 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 1000 | 294 | 29400000 | 0.000675 | 19845 | Market | 35000 | 17842 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 100 | 294 | 2940000 | 0.000675 | 1984 | Market | 35000 | 18842 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 80 | 294 | 2352000 | 0.000675 | 1587 | Market | 35000 | 18942 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 19 | 294 | 558600 | 0.000675 | 377 | Market | 35000 | 19022 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 100 | 294 | 2940000 | 0.000675 | 1984 | Market | 35000 | 19041 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 600 | 294 | 17640000 | 0.000675 | 11907 | Market | 35000 | 19141 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 2000 | 294 | 58800000 | 0.000675 | 39690 | Market | 35000 | 19741 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 194 | 294 | 5703600 | 0.000675 | 3849 | Market | 35000 | 21741 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 8590 | 294 | 252546000 | 0.000675 | 170468 | Market | 35000 | 21935 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 200 | 294 | 5880000 | 0.000675 | 3969 | Market | 35000 | 30525 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 60 | 294 | 1764000 | 0.000675 | 1190 | Market | 35000 | 30725 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 10 | 294 | 294000 | 0.000675 | 198 | Market | 35000 | 30785 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 225 | 294 | 6615000 | 0.000675 | 4465 | Market | 35000 | 30795 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 9 | 293.95 | 264555 | 0.000675 | 178 | Market | 35000 | 31020 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 6 | 293.95 | 176370 | 0.000675 | 119 | Market | 35000 | 31029 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |

| Date/Time | Symbol | Type | Side | Qty | Price | Value | Fee Rate | Amount | OrderType | Col1 | Col2 | Col3 | Description | Hash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 3 | 293.95 | 88185 | 0.000675 | 59 | Market | 35000 | 31035 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 1 | 293.9 | 29390 | 0.000675 | 19 | Market | 35000 | 31038 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 443 | 293.9 | 13019770 | 0.000675 | 8788 | Market | 35000 | 31039 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 443 | 293.9 | 13019770 | 0.000675 | 8788 | Market | 35000 | 31482 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 75 | 293.9 | 2204250 | 0.000675 | 1487 | Market | 35000 | 31925 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 2000 | 293.9 | 58780000 | 0.000675 | 39676 | Market | 35000 | 32000 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 18:45:34 | ETHUSD | Trade | Buy | 1000 | 293.9 | 29390000 | 0.000675 | 19838 | Market | 35000 | 34000 | 294 | Submitted via API. | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 17:24:26 | ETHUSD | Trade | Buy | 70000 | 11170 | -626710000 | 0.000675 | 423029 | Market | 70000 | | 11170 | Submitted via API. | 2cd5e296-26c4-2490-6cea-e1b39fff98a8 |
| 05/07/2019, 12:00:00 | XBTUSD | Funding | | 294000 | 11133.84 | -2640708000 | 0.000145 | 382903 | Limit | 294000 | 0 | 11133.84 | Funding | 0000000-0000-0000-0000-000000000000 |
| 05/07/2019, 12:00:00 | ETHUSD | Funding | | 63000 | 285.27 | 1797201000 | 0.000818 | 1470110 | Limit | 63000 | 0 | 285.27 | Funding | 0000000-0000-0000-0000-000000000000 |
| 05/07/2019, 07:06:40 | ETHUSD | Trade | Buy | 7665 | 291.9 | 223741350 | 0.000675 | 151025 | Market | 50258 | 0 | 291.9 | Submitted via API. | 232329d0-92c2-3775-46c3-fb78505f1211 |
| 05/07/2019, 07:06:40 | ETHUSD | Trade | Buy | 30049 | 291.85 | 876980065 | 0.000675 | 591961 | Market | 50258 | 7665 | 291.9 | Submitted via API. | 232329d0-92c2-3775-46c3-fb78505f1211 |
| 05/07/2019, 07:06:40 | ETHUSD | Trade | Buy | 11333 | 291.85 | 330753605 | 0.000675 | 223258 | Market | 50258 | 37714 | 291.9 | Submitted via API. | 232329d0-92c2-3775-46c3-fb78505f1211 |
| 05/07/2019, 07:06:40 | ETHUSD | Trade | Buy | 1211 | 291.8 | 35336980 | 0.000675 | 23852 | Market | 50258 | 49047 | 291.9 | Submitted via API. | 232329d0-92c2-3775-46c3-fb78505f1211 |
| 05/07/2019, 07:06:22 | XBTUSD | Trade | Buy | 233742 | 11476 | -2036827788 | 0.000675 | 1374858 | Market | 234539 | 0 | 11476 | Submitted via API. | 8141d5d8-24f8-3117-3d75-6a8d37958fad |
| 05/07/2019, 07:06:22 | XBTUSD | Trade | Buy | 797 | 11466.5 | -6950637 | 0.000675 | 4691 | Market | 234539 | 233742 | 11476 | Submitted via API. | 8141d5d8-24f8-3117-3d75-6a8d37958fad |
| 05/07/2019, 04:00:00 | XBTUSD | Funding | | 59461 | 11860.96 | -501315691 | 0.0001 | 50132 | Limit | 59461 | 0 | 11860.96 | Funding | 0000000-0000-0000-0000-000000000000 |
| 05/07/2019, 04:00:00 | ETHUSD | Funding | | 12742 | 295.09 | 376003678 | 0.001098 | 412852 | Limit | 12742 | 0 | 295.09 | Funding | 0000000-0000-0000-0000-000000000000 |
| 04/07/2019, 20:00:00 | XBTUSD | Funding | | 59461 | 11749.63 | -506072571 | 0.0001 | 50607 | Limit | 59461 | 0 | 11749.63 | Funding | 0000000-0000-0000-0000-000000000000 |
| 04/07/2019, 20:00:00 | ETHUSD | Funding | | 12742 | 294.43 | 375162706 | 0.001464 | 549238 | Limit | 12742 | 0 | 294.43 | Funding | 0000000-0000-0000-0000-000000000000 |
| 04/07/2019, 12:00:00 | XBTUSD | Funding | | 59461 | 11894.72 | -499888627 | 0.0001 | 49989 | Limit | 59461 | 0 | 11894.72 | Funding | 0000000-0000-0000-0000-000000000000 |
| 04/07/2019, 12:00:00 | ETHUSD | Funding | | 12742 | 298.05 | 379775310 | 0.001099 | 417373 | Limit | 12742 | 0 | 298.05 | Funding | 0000000-0000-0000-0000-000000000000 |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 3959 | 300.4 | 118928360 | 0.000675 | 80276 | Market | 6513 | 0 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 460 | 300.4 | 13818400 | 0.000675 | 9327 | Market | 6513 | 3959 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 380 | 300.4 | 11415200 | 0.000675 | 7705 | Market | 6513 | 4419 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 400 | 300.4 | 12016000 | 0.000675 | 8110 | Market | 6513 | 4799 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 6 | 300.4 | 180240 | 0.000675 | 121 | Market | 6513 | 5199 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 10 | 300.4 | 300400 | 0.000675 | 202 | Market | 6513 | 5205 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 1000 | 300.35 | 30035000 | 0.000675 | 20273 | Market | 6513 | 5215 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:36:03 | ETHUSD | Trade | Buy | 298 | 300.35 | 8950430 | 0.000675 | 6041 | Market | 6513 | 6215 | 300.4 | Submitted via API. | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:27:06 | XBTUSD | Trade | Buy | 28315 | 11670 | -242631235 | 0.000675 | 163776 | Market | 28315 | 0 | 11670 | Submitted via API. | c6576a0b-cfca-66db-cb12-466324997993 |
| 04/07/2019, 04:00:00 | XBTUSD | Funding | | 31146 | 11278 | -276171582 | 0.0001 | 27617 | Limit | 31146 | 0 | 11278 | Funding | 0000000-0000-0000-0000-000000000000 |
| 04/07/2019, 04:00:00 | ETHUSD | Funding | | 6229 | 292.88 | 182434952 | 0.001144 | 208706 | Limit | 6229 | 0 | 292.88 | Funding | 0000000-0000-0000-0000-000000000000 |
| 03/07/2019, 20:00:00 | XBTUSD | Funding | | 31146 | 11211.82 | -277791174 | 0.0001 | 27779 | Limit | 31146 | 0 | 11211.82 | Funding | 0000000-0000-0000-0000-000000000000 |
| 03/07/2019, 20:00:00 | ETHUSD | Funding | | 6229 | 292.39 | 182129731 | 0.001854 | 337669 | Limit | 6229 | 0 | 292.39 | Funding | 0000000-0000-0000-0000-000000000000 |
| 03/07/2019, 15:57:56 | XBTUSD | Trade | Buy | 5489 | 11256.5 | -48764276 | 0.000675 | 32915 | Market | 5663 | 0 | 11256.5 | Submitted via API. | 193a78c6-6d3e-2962-0560-c6c2b570957a |
| 03/07/2019, 15:57:56 | XBTUSD | Trade | Buy | 174 | 11256.5 | -1545816 | 0.000675 | 1043 | Market | 5663 | 5489 | 11256.5 | Submitted via API. | 193a78c6-6d3e-2962-0560-c6c2b570957a |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 1263 | 297.65 | 37593195 | 0.000675 | 25375 | Market | 6229 | 0 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 1 | 297.65 | 29765 | 0.000675 | 20 | Market | 6229 | 1263 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 54 | 297.65 | 1607310 | 0.000675 | 1084 | Market | 6229 | 1264 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 800 | 297.65 | 23812000 | 0.000675 | 16073 | Market | 6229 | 1318 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 12 | 297.65 | 357180 | 0.000675 | 241 | Market | 6229 | 2118 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 200 | 297.65 | 5953000 | 0.000675 | 4018 | Market | 6229 | 2130 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 34 | 297.65 | 1012010 | 0.000675 | 683 | Market | 6229 | 2330 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 65 | 297.65 | 1934725 | 0.000675 | 1305 | Market | 6229 | 2364 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 400 | 297.6 | 11904000 | 0.000675 | 8035 | Market | 6229 | 2429 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 2000 | 297.6 | 59520000 | 0.000675 | 40176 | Market | 6229 | 2829 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 1000 | 297.6 | 29760000 | 0.000675 | 20088 | Market | 6229 | 4829 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 200 | 297.6 | 5952000 | 0.000675 | 4017 | Market | 6229 | 5829 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 13:02:22 | ETHUSD | Trade | Buy | 200 | 297.6 | 5952000 | 0.000675 | 4017 | Market | 6229 | 6029 | 297.65 | Submitted via API. | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 03/07/2019, 12:00:00 | XBTUSD | Funding | | 25483 | 11325.47 | -225014890 | 0.000269 | 60529 | Limit | 25483 | 0 | 11325.47 | Funding | 0000000-0000-0000-0000-000000000000 |
| 03/07/2019, 04:00:00 | XBTUSD | Funding | | 25483 | 10777.48 | -236456757 | 0.000376 | 88908 | Limit | 25483 | 0 | 10777.48 | Funding | 0000000-0000-0000-0000-000000000000 |
| 02/07/2019, 20:00:00 | XBTUSD | Funding | | 25483 | 9957.72 | -255900286 | 0.0001 | 25590 | Limit | 25483 | 0 | 9957.72 | Funding | 0000000-0000-0000-0000-000000000000 |
| 02/07/2019, 12:00:00 | XBTUSD | Funding | | 25483 | 10304.83 | -247287032 | 0.00036 | 89023 | Limit | 25483 | 0 | 10304.83 | Funding | 0000000-0000-0000-0000-000000000000 |
| 02/07/2019, 04:15:05 | XBTUSD | Trade | Buy | 19820 | 10330.5 | -191857600 | 0.000675 | 129503 | Market | 19820 | 0 | 10330.5 | Submitted via API. | 8b94dfbf-6e81-d096-2caf-8c474ce97f6d |
| 02/07/2019, 04:00:00 | XBTUSD | Funding | | 5663 | 10190.44 | -55571019 | 0.001455 | 80856 | Limit | 5663 | 0 | 10190.44 | Funding | 0000000-0000-0000-0000-000000000000 |
| 02/07/2019, 03:54:33 | XBTUSD | Trade | Buy | 3462 | 10003.5 | -34609614 | 0.000675 | 23361 | Market | 5663 | 0 | 10003.5 | Submitted via API. | 0f269902-b122-058a-c447-846dc70eff78 |
| 02/07/2019, 03:54:33 | XBTUSD | Trade | Buy | 2201 | 10003.5 | -22003397 | 0.000675 | 14852 | Market | 5663 | 3462 | 10003.5 | Submitted via API. | 0f269902-b122-058a-c447-846dc70eff78 |
| 01/07/2019, 23:21:14 | XBTUSD | Trade | Buy | 19820 | 10216 | -194017980 | 0.000675 | 130962 | Market | 19820 | 0 | 10216 | Submitted via API. | 04be6432-f8a2-1b0e-b0f1-8015c2d375d9 |

| Date/Time | Symbol | Type | Side | | | | | | | | | | Description | Hash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2019, 20:46:33 | XBTUSD | Trade | Sell | 19820 | 10511 | 188567480 | 0.000675 | 127283 | Market | 19820 | 0 | 10511 | Submitted via API. | 6cd4015a-76fc-f38b-3763-70498750e26d |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 4189 | 11736 | -35694469 | 0.000675 | 24093 | Market | 73782 | 0 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 1000 | 11736 | -8521000 | 0.000675 | 5751 | Market | 73782 | 4189 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 80 | 11736 | -681680 | 0.000675 | 460 | Market | 73782 | 5189 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 200 | 11735.5 | -1704200 | 0.000675 | 1150 | Market | 73782 | 5269 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 7000 | 11735.5 | -59647000 | 0.000675 | 40261 | Market | 73782 | 5469 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11735.5 | -852100 | 0.000675 | 575 | Market | 73782 | 12469 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11735.5 | -852100 | 0.000675 | 575 | Market | 73782 | 12569 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 28 | 11735 | -238616 | 0.000675 | 161 | Market | 73782 | 12669 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11735 | -852200 | 0.000675 | 575 | Market | 73782 | 12697 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 2500 | 11735 | -21305000 | 0.000675 | 14380 | Market | 73782 | 12797 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 1000 | 11735 | -8522000 | 0.000675 | 5752 | Market | 73782 | 15297 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11735 | -852200 | 0.000675 | 575 | Market | 73782 | 16297 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11734.5 | -852200 | 0.000675 | 575 | Market | 73782 | 16397 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11734.5 | -852200 | 0.000675 | 575 | Market | 73782 | 16497 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 7501 | 11734 | -63923522 | 0.000675 | 43148 | Market | 73782 | 16597 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11734 | -852200 | 0.000675 | 575 | Market | 73782 | 24098 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11734 | -852200 | 0.000675 | 575 | Market | 73782 | 24198 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11734 | -852200 | 0.000675 | 575 | Market | 73782 | 24298 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 15569 | 11733.5 | -132694587 | 0.000675 | 89568 | Market | 73782 | 24398 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 26 | 11733 | -221598 | 0.000675 | 149 | Market | 73782 | 39967 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 32 | 11733 | -272736 | 0.000675 | 184 | Market | 73782 | 39993 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 900 | 11733 | -7670700 | 0.000675 | 5177 | Market | 73782 | 40025 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 15000 | 11732 | -127860000 | 0.000675 | 86305 | Market | 73782 | 40925 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 2 | 11732 | -17048 | 0.000675 | 11 | Market | 73782 | 55925 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11732 | -852400 | 0.000675 | 575 | Market | 73782 | 55927 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 25 | 11732 | -213100 | 0.000675 | 143 | Market | 73782 | 56027 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 100 | 11732 | -852400 | 0.000675 | 575 | Market | 73782 | 56052 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 18:36:35 | XBTUSD | Trade | Buy | 17630 | 11732 | -150278120 | 0.000675 | 101437 | Market | 73782 | 56152 | 11736 | Submitted via API. | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 16:44:21 | XBTUSD | Trade | Buy | 848 | 11708 | -7242768 | 0.000675 | 4888 | Market | 26351 | 0 | 11708 | Submitted via API. | 4871823f-2254-d673-bdb5-99062b901906 |
| 29/06/2019, 16:44:21 | XBTUSD | Trade | Buy | 8000 | 11708 | -68328000 | 0.000675 | 46121 | Market | 26351 | 848 | 11708 | Submitted via API. | 4871823f-2254-d673-bdb5-99062b901906 |
| 29/06/2019, 16:44:21 | XBTUSD | Trade | Buy | 1500 | 11708 | -12811500 | 0.000675 | 8647 | Market | 26351 | 8848 | 11708 | Submitted via API. | 4871823f-2254-d673-bdb5-99062b901906 |
| 29/06/2019, 16:44:21 | XBTUSD | Trade | Buy | 16000 | 11708 | -136656000 | 0.000675 | 92242 | Market | 26351 | 10348 | 11708 | Submitted via API. | 4871823f-2254-d673-bdb5-99062b901906 |
| 29/06/2019, 16:44:21 | XBTUSD | Trade | Buy | 3 | 11708 | -25623 | 0.000675 | 17 | Market | 26351 | 26348 | 11708 | Submitted via API. | 4871823f-2254-d673-bdb5-99062b901906 |
| 29/06/2019, 12:00:00 | XBTUSD | Funding | | 100133 | 11468.12 | 873159760 | -0.000453 | -395541 | Limit | 100133 | 0 | 11468.12 | Funding | 0000000-0000-0000-0000-000000000000 |
| 29/06/2019, 10:00:26 | XBTUSD | Trade | Sell | 26351 | 11759 | 224088904 | 0.000675 | 151260 | Market | 26351 | 0 | 11759 | Submitted via API. | 16c55f1b-b8b7-0007-a1ef-71eec51a4b60 |
| 29/06/2019, 04:00:00 | XBTUSD | Funding | | 73782 | 12317.62 | 598962276 | -0.000705 | -422268 | Limit | 73782 | 0 | 12317.62 | Funding | 0000000-0000-0000-0000-000000000000 |
| 29/06/2019, 03:22:33 | XBTUSD | Trade | Sell | 50783 | 12222.5 | 415506506 | 0.000675 | 280466 | Market | 50783 | 0 | 12222.5 | Submitted via API. | 1461ecd1-ef06-f43c-5a9f-7fb6076a796c |
| 29/06/2019, 02:13:38 | XBTUSD | Trade | Buy | 2 | 11852 | -16874 | 0.000675 | 11 | Market | 2 | 0 | 11852 | Submitted via API. | 9a7162c9-6cb8-5d2a-f348-bf2197703d5f |
| 29/06/2019, 02:10:30 | XBTUSD | Trade | Buy | 1 | 11832 | 8452 | 0.000675 | 5 | Market | 1 | 0 | 11832 | Submission from www.bitmex.com | 44942dd4-66f5-b862-98bc-2875e6c218c5 |
| 29/06/2019, 02:04:25 | XBTUSD | Trade | Buy | 1 | 11871.5 | 8424 | -0.000225 | -1 | Limit | 1 | 0 | 11871.5 | Submission from www.bitmex.com | e6f22ba2-9e09-0511-1778-8826d4d36257 |
| 29/06/2019, 01:50:21 | XBTUSD | Trade | Buy | 1 | 11897 | -8405 | 0.000675 | 5 | Market | 1 | 0 | 11897 | Submitted via API. | 8b3b4de1-30d5-ede3-5acf-4c4bada2bf22 |
| 29/06/2019, 01:50:19 | XBTUSD | Trade | Buy | 1 | 11900 | 8403 | 0.000675 | 5 | Limit | 1 | 0 | 11813 | Submission from www.bitmex.com | 3cc884d4-8f1d-f68b-af8d-c73fce289367 |
| 29/06/2019, 01:48:12 | XBTUSD | Trade | Buy | 1 | 11910 | -8396 | 0.000675 | 5 | Market | 1 | 0 | 11910 | Submitted via API. | e38dd0d3-d78d-0f3b-2844-a32075632c34 |
| 29/06/2019, 01:48:10 | XBTUSD | Trade | Buy | 1 | 11909.5 | 8397 | 0.000675 | 5 | Limit | 1 | 0 | 11813 | Submission from www.bitmex.com | 56ef0dd8-f68b-b379-9c42-4b1431916ac7 |
| 28/06/2019, 20:37:08 | XBTUSD | Trade | Buy | 8215 | 11750 | -69917865 | 0.000675 | 47194 | Market | 8215 | 0 | 11750 | Submitted via API. | a2d4eafe-5ed1-0f43-c65b-f380610b7fb9 |
| 28/06/2019, 20:00:00 | XBTUSD | Funding | | 31214 | 12076.68 | 258451920 | -0.000704 | -181950 | Limit | 31214 | 0 | 12076.68 | Funding | 0000000-0000-0000-0000-000000000000 |
| 28/06/2019, 19:50:59 | XBTUSD | Trade | Sell | 7920 | 11949.5 | 66282480 | 0.000675 | 44740 | Market | 7920 | 0 | 11949.5 | Submitted via API. | 7f8a3ca2-4d14-459a-1a8c-d171b3e9bf95 |
| 28/06/2019, 19:29:55 | XBTUSD | Trade | Sell | 2452 | 11770 | 20832192 | 0.000675 | 14061 | Market | 2452 | 0 | 11770 | Submitted via API. | 93f17dbb-45f2-e98e-e9d5-54175ad11222 |
| 28/06/2019, 15:35:19 | XBTUSD | Trade | Sell | 226 | 11369 | 1987896 | 0.000675 | 1341 | Market | 1226 | 0 | 11369 | Submitted via API. | 025ebae5-c90c-f5f3-a20e-136123e2690a |
| 28/06/2019, 15:35:19 | XBTUSD | Trade | Sell | 1000 | 11369 | 8796000 | 0.000675 | 5937 | Market | 1226 | 226 | 11369 | Submitted via API. | 025ebae5-c90c-f5f3-a20e-136123e2690a |
| 28/06/2019, 15:35:07 | XBTUSD | Trade | Sell | 3678 | 11370 | 32348010 | 0.000675 | 21834 | Market | 3678 | 0 | 11370 | Submitted via API. | 1571df38-e94b-6804-df8d-bd6e896401be |
| 28/06/2019, 12:00:00 | XBTUSD | Funding | | 15938 | 11103.77 | 143573628 | -0.003159 | -453435 | Limit | 15938 | 0 | 11103.77 | Funding | 0000000-0000-0000-0000-000000000000 |
| 28/06/2019, 04:00:00 | XBTUSD | Funding | | 15938 | 10835.6 | 147091802 | -0.001932 | -284181 | Limit | 15938 | 0 | 10835.6 | Funding | 0000000-0000-0000-0000-000000000000 |
| 27/06/2019, 20:53:02 | XBTUSD | Trade | Sell | 422 | 11667 | 3616962 | 0.000675 | 2441 | Market | 3065 | 0 | 11667 | Submitted via API. | d3482763-279d-33e1-30da-d94529f7a0a35 |
| 27/06/2019, 20:53:02 | XBTUSD | Trade | Sell | 2643 | 11667 | 22653153 | 0.000675 | 15290 | Market | 3065 | 422 | 11667 | Submitted via API. | d3482763-279d-33e1-30da-d94529f7a0a35 |
| 27/06/2019, 20:00:00 | XBTUSD | Funding | | 12873 | 12083.15 | 106536948 | -0.001558 | -165985 | Limit | 12873 | 0 | 12083.15 | Funding | 0000000-0000-0000-0000-000000000000 |
| 27/06/2019, 18:24:52 | XBTUSD | Trade | Sell | 6743 | 11921.5 | 56560284 | 0.000675 | 38178 | Market | 6743 | 0 | 11921.5 | Submitted via API. | b6c9b634-1ce1-8746-2638-1bfbb42ddb55 |
| 27/06/2019, 14:32:42 | XBTUSD | Trade | Sell | 6130 | 12445 | 49254550 | 0.000675 | 33246 | Market | 6130 | 0 | 12445 | Submitted via API. | 26356183-6619-1e8b-79e2-6a39c9e2f47a |

| Date/Time | Symbol | Type | Side | | Price | | Fee | | Order | | | Price | Description | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27/06/2019, 05:05:05 | XBTUSD | Trade | Buy | 1 | 12660 | -7899 | 0.000675 | 5 | Market | 1 | 0 | 12660 | Submitted via API. | 58e909b2-6614-346a-f783-c233cacc7b96 |
| 27/06/2019, 05:04:55 | XBTUSD | Trade | Sell | 1 | 12640.5 | 7911 | 0.000675 | 5 | Limit | 1 | 0 | 12652.5 | Submission from www.bitmex.com | 98e68a97-3ca8-b518-153a-b947c512d188 |
| 26/06/2019, 20:18:43 | XBTUSD | Trade | Buy | 10273 | 12592.5 | -81577893 | 0.000675 | 55065 | Market | 10451 | 0 | 12592.5 | Submitted via API. | 6f3fbd46-c848-1d85-ec7f-cc10bd95c3ee |
| 26/06/2019, 20:18:43 | XBTUSD | Trade | Buy | 178 | 12592.5 | -1413498 | 0.000675 | 954 | Market | 10451 | 10273 | 12592.5 | Submitted via API. | 6f3fbd46-c848-1d85-ec7f-cc10bd95c3ee |
| 26/06/2019, 20:18:19 | ETHUSD | Trade | Sell | 4753 | 346.25 | -164572625 | 0.000675 | 111086 | Market | 8128 | 0 | 346.25 | Submitted via API. | d5e1cf41-4d00-f5f8-1764-9c1145916c85 |
| 26/06/2019, 20:18:19 | ETHUSD | Trade | Sell | 3375 | 346.3 | -116876250 | 0.000675 | 78891 | Market | 8128 | 4753 | 346.25 | Submitted via API. | d5e1cf41-4d00-f5f8-1764-9c1145916c85 |
| 26/06/2019, 20:00:00 | XBTUSD | Funding | | 10451 | 12633.14 | 82730116 | -0.0001 | -8273 | Limit | 10451 | 0 | 12633.14 | Funding | 00000000-0000-0000-0000-000000000000 |
| 26/06/2019, 20:00:00 | ETHUSD | Funding | | 8128 | 338.89 | 275449792 | 0.002645 | 728565 | Limit | 8128 | 0 | 338.89 | Funding | 00000000-0000-0000-0000-000000000000 |
| 26/06/2019, 14:03:34 | ETHUSD | Trade | Buy | 2322 | 329.95 | 76614390 | 0.000675 | 51714 | Market | 2322 | 0 | 329.95 | Submitted via API. | 596970ed-f369-e0a4-dfaa-d025c97c52df |
| 26/06/2019, 14:02:57 | ETHUSD | Trade | Buy | 1742 | 329.75 | 57442450 | 0.000675 | 38773 | Market | 1742 | 0 | 329.75 | Submission from www.bitmex.com | c5d9d87c-0115-33ee-2012-57a9c56f0deb |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 251 | 329 | 8257900 | 0.000675 | 5574 | Market | 4064 | 0 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 2000 | 329 | 65800000 | 0.000675 | 44415 | Market | 4064 | 251 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 19 | 329 | 625100 | 0.000675 | 421 | Market | 4064 | 2251 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 329 | 493500 | 0.000675 | 333 | Market | 4064 | 2270 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 329 | 493500 | 0.000675 | 333 | Market | 4064 | 2285 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 46 | 329 | 1513400 | 0.000675 | 1021 | Market | 4064 | 2300 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 691 | 328.95 | 22730445 | 0.000675 | 15343 | Market | 4064 | 2346 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 155 | 328.95 | 5098725 | 0.000675 | 3441 | Market | 4064 | 3037 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 60 | 328.95 | 1973700 | 0.000675 | 1332 | Market | 4064 | 3192 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 55 | 328.95 | 1809225 | 0.000675 | 1221 | Market | 4064 | 3252 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 328.95 | 493425 | 0.000675 | 333 | Market | 4064 | 3307 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 328.95 | 493425 | 0.000675 | 333 | Market | 4064 | 3322 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 400 | 328.9 | 13156000 | 0.000675 | 8880 | Market | 4064 | 3337 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 22 | 328.9 | 723580 | 0.000675 | 488 | Market | 4064 | 3737 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 328.9 | 493350 | 0.000675 | 333 | Market | 4064 | 3759 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 60 | 328.9 | 1973400 | 0.000675 | 1332 | Market | 4064 | 3774 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 30 | 328.9 | 986700 | 0.000675 | 666 | Market | 4064 | 3834 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 328.9 | 493350 | 0.000675 | 333 | Market | 4064 | 3864 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 328.9 | 493350 | 0.000675 | 333 | Market | 4064 | 3879 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 15 | 328.85 | 493275 | 0.000675 | 332 | Market | 4064 | 3894 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 13:51:09 | ETHUSD | Trade | Buy | 155 | 328.85 | 5097175 | 0.000675 | 3440 | Market | 4064 | 3909 | 329 | Submitted via API. | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 12:00:00 | XBTUSD | Funding | | 10451 | 12245.63 | 85342866 | -0.0001 | -8534 | Limit | 10451 | 0 | 12245.63 | Funding | 00000000-0000-0000-0000-000000000000 |
| 26/06/2019, 08:38:29 | XBTUSD | Trade | Sell | 1161 | 11885 | 9768654 | 0.000675 | 6593 | Market | 1161 | 0 | 11885 | Submitted via API. | 0cc84aaf-d2ef-4daf-9194-76992e5549b4 |
| 26/06/2019, 08:31:41 | XBTUSD | Trade | Sell | 1162 | 11840.5 | 9814252 | 0.000675 | 6624 | Market | 1162 | 0 | 11840.5 | Submitted via API. | 42ed2af8-0144-fbea-7ac7-f01ccdc4fe62 |
| 26/06/2019, 07:54:14 | XBTUSD | Trade | Sell | 1161 | 11796.5 | 9841797 | 0.000675 | 6643 | Market | 1161 | 0 | 11796.5 | Submitted via API. | 4a9e9c8e-2adc-f172-9974-4b0548829a9c |
| 26/06/2019, 07:41:12 | XBTUSD | Trade | Sell | 1161 | 11747.5 | 9882432 | 0.000675 | 6670 | Market | 1161 | 0 | 11747.5 | Submitted via API. | b3803ff5-eb3e-a238-c90e-cae418a6cc96 |
| 26/06/2019, 06:57:49 | XBTUSD | Trade | Sell | 1161 | 11712.5 | 9912618 | 0.000675 | 6691 | Market | 1161 | 0 | 11712.5 | Submitted via API. | 1319391f-2f33-480f-93df-25d6fe1dcbad |
| 26/06/2019, 06:14:23 | XBTUSD | Trade | Sell | 1161 | 11634 | 9978795 | 0.000675 | 6735 | Market | 1161 | 0 | 11634 | Submitted via API. | 0a2c510c-1299-e7f2-b8cd-b1978ac39e50 |
| 26/06/2019, 06:01:41 | XBTUSD | Trade | Sell | 1162 | 11606.5 | 10011792 | 0.000675 | 6757 | Market | 1162 | 0 | 11606.5 | Submitted via API. | b604ba58-a350-484d-3bc6-9564952ab53c |
| 26/06/2019, 05:54:35 | XBTUSD | Trade | Sell | 1161 | 11554.5 | 10048455 | 0.000675 | 6782 | Market | 1161 | 0 | 11554.5 | Submitted via API. | 0d349c8a-4218-eee3-ecae-ceaa6938116f |
| 26/06/2019, 05:40:39 | XBTUSD | Trade | Sell | 1161 | 11496 | 10099539 | 0.000675 | 6817 | Market | 1161 | 0 | 11496 | Submitted via API. | 3678d7cd-1d64-74b1-1458-b17cbf18b318 |
| 26/06/2019, 03:50:58 | XBTUSD | Trade | Buy | 1 | 11372 | -8794 | 0.000675 | 5 | Market | 1 | 0 | 11372 | Submitted via API. | 07545424-e258-876a-b4a9-ddb5a958bc23 |
| 26/06/2019, 03:50:54 | XBTUSD | Trade | Sell | 1 | 11373.5 | 8792 | 0.000675 | 5 | Market | 1 | 0 | 11373.5 | Submission from www.bitmex.com | 2817e8c9-3c41-0471-1cd1-890caa12f273 |
| 26/06/2019, 03:27:40 | XBTUSD | Trade | Buy | 1 | 11359 | -8804 | 0.000675 | 5 | Market | 1 | 0 | 11359 | Submitted via API. | 18847cfe-33f0-6659-3726-649a293d72c5 |
| 26/06/2019, 03:27:37 | XBTUSD | Trade | Sell | 1 | 11357.5 | 8805 | 0.000675 | 5 | Market | 1 | 0 | 11357.5 | Submission from www.bitmex.com | 6e0c6e02-c60c-204f-4a25-7f75a2e6b9cd |
| 26/06/2019, 03:25:51 | XBTUSD | Trade | Buy | 1 | 11367.5 | -8797 | 0.000675 | 5 | Market | 1 | 0 | 11367.5 | Submitted via API. | c8656926-96c3-db35-d43e-7e5cf8cf0fee |
| 26/06/2019, 03:25:49 | XBTUSD | Trade | Sell | 1 | 11367 | 8797 | 0.000675 | 5 | Market | 1 | 0 | 11367 | Submission from www.bitmex.com | 08f730e8-3976-6153-a9cb-c34548fb047c |
| 26/06/2019, 03:24:22 | XBTUSD | Trade | Buy | 1 | 11370 | -8795 | 0.000675 | 5 | Market | 1 | 0 | 11370 | Submitted via API. | 8b582343-69f1-74b0-213f-73c59e02b40f |
| 26/06/2019, 03:24:17 | XBTUSD | Trade | Sell | 1 | 11369.5 | 8795 | 0.000675 | 5 | Market | 1 | 0 | 11369.5 | Submission from www.bitmex.com | bcf12935-500d-7463-654b-91283831936b |
| 25/06/2019, 03:48:26 | XBTUSD | Trade | Buy | 1 | 10916.5 | 9160 | 0.000675 | 6 | Market | 1 | 0 | 10916.5 | Submitted via API. | 5d666d89-c08d-79f2-1de8-26d1fe9d5db1 |
| 25/06/2019, 03:48:21 | XBTUSD | Trade | Sell | 1 | 10917 | -9160 | 0.000675 | 6 | Market | 1 | 0 | 10917 | Submission from www.bitmex.com | 4d4f68b1-0610-3077-a8bb-c346e69837f9 |
| 25/06/2019, 03:45:21 | XBTUSD | Trade | Buy | 1 | 10882 | -9189 | 0.000675 | 6 | Market | 1 | 0 | 10882 | Submitted via API. | e1ab4546-b855-c402-b548-088a1b4ed71e |
| 25/06/2019, 03:45:18 | XBTUSD | Trade | Sell | 1 | 10881.5 | 9190 | 0.000675 | 6 | Market | 1 | 0 | 10881.5 | Submission from www.bitmex.com | a08c0116-5beb-3497-0f95-bd5054efd0c2 |

# EXHIBIT 5

| transactTime | symbol | side | orderQty | price | cumQty | leavesQty | stopPx | avgPx | grossValue | ordTypeReadable | ordStatus | text | clOrdID | orderID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2019, 12:29:37 | ETHUSD | Sell | 20000 | 263.45 | 20000 | 0 | null | 263.46 | 526900000 | Market | Filled | Submitted via API. | | 14718d2c-60f6-81b4-0e5d-0ab20b2cec0b |
| 11/07/2019, 12:29:14 | XBTUSD | Sell | 84000 | 11215 | 84000 | 0 | null | 11217.0499 | 748996920 | Market | Filled | Submitted via API. | | aec1c7bf-c21d-aaf6-d28d-e837ccc54df9 |
| 10/07/2019, 13:43:41 | XBTUSD | Sell | 18000 | 13066.5 | 18000 | 0 | null | 13067 | 137756680 | Market | Filled | Submitted via API. | | ce286o4d-7743-1ca8-65aa-28df17f03c66 |
| 10/07/2019, 08:16:57 | ETHUSD | Buy | 6000 | 310.45 | 6000 | 0 | null | 310.44 | 186270000 | Market | Filled | Submitted via API. | | 7bf8ea2c-b75b-0b87-6ff7-d9ace0c52e41 |
| 09/07/2019, 18:47:35 | XBTUSD | Buy | 10000 | 12336.5 | 10000 | 0 | null | 12336.5 | 81060300 | Market | Filled | Submitted via API. | | 3c871640-9bbf-c3e2-9467-21d6e00a73e3 |
| 09/07/2019, 18:47:26 | XBTUSD | Buy | 10000 | 12336.5 | 10000 | 0 | null | 12336.5 | 81060300 | Market | Filled | Submitted via API. | | f38acfe9-dce2-729d-e932-a637f1dde78b |
| 09/07/2019, 16:23:42 | ETHUSD | Buy | 14000 | 314.3 | 14000 | 0 | null | 314.3 | 440020000 | Market | Filled | Submitted via API. | | 0f449740-fc73-c1d3-7139-988e2bf9cb73 |
| 09/07/2019, 16:23:41 | XBTUSD | Buy | 82000 | 12532.5 | 82000 | 0 | null | 12533 | 654298500 | Market | Filled | Submitted via API. | | 1b82f9e7-554c-ec51-4c3c-a7dcb7b4b59e |
| 06/07/2019, 15:21:12 | ETHUSD | Sell | 98000 | 292.6 | 98000 | 0 | null | 292.6 | 2867480000 | Market | Filled | Position Close from www.bitmex.com | | 1cd53993-5047-7c7f-8863-e85c165e12e3 |
| 06/07/2019, 15:20:57 | XBTUSD | Sell | 434000 | 11460 | 434000 | 0 | null | 11461.3181 | 3787084000 | Market | Filled | Position Close from www.bitmex.com | | db2db6d5-a665-2686-7834-24de6b5170a8 |
| 06/07/2019, 12:05:09 | XBTUSD | Buy | 70000 | 11647.5 | 70000 | 0 | null | 11647 | 600987100 | Market | Filled | Submitted via API. | | 3936d760-6d8c-c3fb-f4be-9b29d18a98ce |
| 05/07/2019, 18:45:34 | ETHUSD | Buy | 35000 | 294 | 35000 | 0 | null | 293.99 | 1029000000 | Market | Filled | Submitted via API. | | a414309b-8e69-cfe5-0bd6-71096d02fcf0 |
| 05/07/2019, 17:24:26 | XBTUSD | Buy | 70000 | 11170 | 70000 | 0 | null | 11169.5 | 626678500 | Market | Filled | Submitted via API. | | 2cd5e296-26c4-2490-6cea-e1b39fff98a8 |
| 05/07/2019, 07:06:40 | XBTUSD | Buy | 50258 | 291.9 | 50258 | 0 | null | 291.86 | 1467031020 | Market | Filled | Submitted via API. | | 232329d0-92c2-3775-46c3-fb78505f1211 |
| 05/07/2019, 07:06:22 | XBTUSD | Buy | 234539 | 11476 | 234539 | 0 | null | 11475.7861 | 2043735320 | Market | Filled | Submitted via API. | | 8141d5d8-24f8-3117-3d75-6a8d37958fad |
| 04/07/2019, 06:36:03 | ETHUSD | Buy | 6513 | 300.4 | 6513 | 0 | null | 300.4 | 195650520 | Market | Filled | Submitted via API. | | 4e57d490-a2ba-0307-9ab6-eee1625f928e |
| 04/07/2019, 06:27:06 | XBTUSD | Buy | 28315 | 11670 | 28315 | 0 | null | 11670 | 242630669 | Market | Filled | Submitted via API. | | c6576a0b-cfca-66db-cb12-466324997993 |
| 03/07/2019, 15:57:56 | XBTUSD | Sell | 5663 | 11256.5 | 5663 | 0 | null | 11256 | 50308733 | Market | Filled | Submitted via API. | | 193a78c6-6d3e-2962-0560-c6c2b570957a |
| 03/07/2019, 13:02:22 | ETHUSD | Buy | 6229 | 297.65 | 6229 | 0 | null | 297.62 | 185406185 | Market | Filled | Submitted via API. | | 4ae8b1d8-d2f1-6783-6c3d-7b4f2bfc9313 |
| 02/07/2019, 04:15:05 | XBTUSD | Buy | 19820 | 10330.5 | 19820 | 0 | null | 10330.5 | 191858987 | Market | Filled | Submitted via API. | | 8b94dfbf-6e81-d096-2caf-8c474ce97f6d |
| 02/07/2019, 03:54:33 | XBTUSD | Sell | 5663 | 10003.5 | 5663 | 0 | null | 10003 | 56610179 | Market | Filled | Submitted via API. | | 0f269902-b122-058a-c447-846dc70eff78 |
| 01/07/2019, 23:21:14 | XBTUSD | Buy | 19820 | 10216 | 19820 | 0 | null | 10215.5 | 194009457 | Market | Filled | Submitted via API. | | 04be6432-f8a2-1b0e-b0f1-8015c2d375d9 |
| 01/07/2019, 20:46:33 | XBTUSD | Buy | 19820 | 10511 | 19820 | 0 | null | 10511 | 188564309 | Market | Filled | Submitted via API. | | 6cd4015a-76fc-f38b-3763-70498750e26d |
| 29/06/2019, 18:36:35 | XBTUSD | Buy | 73782 | 11736 | 73782 | 0 | null | 11734.3347 | 628680928 | Market | Filled | Submitted via API. | | 50379cea-964e-f919-11a2-793be5604883 |
| 29/06/2019, 16:44:21 | XBTUSD | Buy | 26351 | 11708 | 26351 | 0 | null | 11708.5 | 225068371 | Market | Filled | Submitted via API. | | 4871823f-2254-d673-bdb5-99062b901906 |
| 29/06/2019, 10:00:26 | XBTUSD | Sell | 26351 | 11759 | 26351 | 0 | null | 11759 | 224092066 | Market | Filled | Submitted via API. | | 16c55f1b-b8b7-0007-a1ef-71eec51a4b60 |
| 29/06/2019, 03:22:33 | XBTUSD | Sell | 50783 | 12222.5 | 50783 | 0 | null | 12222 | 415487716 | Market | Filled | Submitted via API. | | 1461ecd1-ef06-f43c-5a9f-7fb6076a796c |
| 29/06/2019, 02:13:38 | XBTUSD | Buy | 2 | 11852 | 2 | 0 | null | 11852.5 | 16875 | Market | Filled | Submitted via API. | | 9a7162c9-6cb8-5d2a-f348-bf2197703d5f |
| 29/06/2019, 02:10:30 | XBTUSD | Sell | 1 | 11832 | 1 | 0 | null | 11831.5 | 8452 | Market | Filled | Submission from www.bitmex.com | | 44942dd4-66f5-b862-98bc-2875e6c218c5 |
| 29/06/2019, 02:09:54 | XBTUSD | Sell | 1 | 11849.5 | 0 | 0 | null | null | 8439 | Limit | Canceled | Canceled: Cancel from www.bitmex.com Submission from www.bitmex.com | | c4e932bc-78c1-ce9d-b485-a703633584c8 |
| 29/06/2019, 02:04:24 | XBTUSD | Sell | 1 | 11871.5 | 1 | 0 | null | 11871 | 8424 | Limit | Filled | Submission from www.bitmex.com | | e6f22ba2-9e09-0511-1778-8826d4d36257 |
| 29/06/2019, 01:50:21 | XBTUSD | Sell | 1 | 11897 | 1 | 0 | null | 11897.5 | 8405 | Market | Filled | Submitted via API. | | 8b3b4de1-30d5-ede3-5acf-4o4bada2bf22 |
| 29/06/2019, 01:50:19 | XBTUSD | Sell | 1 | 11813 | 1 | 0 | null | 11900.5 | 8465 | Limit | Filled | Submission from www.bitmex.com | | 3cc884d4-8f1d-f68b-af8d-c73fce289367 |
| 29/06/2019, 01:48:12 | XBTUSD | Sell | 1 | 11910 | 1 | 0 | null | 11910.5 | 8396 | Market | Filled | Submitted via API. | | e38dd0d3-d78d-0f3b-2844-a32075632c34 |
| 29/06/2019, 01:48:10 | XBTUSD | Sell | 1 | 11813 | 1 | 0 | null | 11909 | 8465 | Limit | Filled | Submission from www.bitmex.com | | 56ef0dd8-f68b-b379-9c42-4b1431f96ac7 |
| 28/06/2019, 20:37:08 | XBTUSD | Buy | 8215 | 11750 | 8215 | 0 | null | 11749.5 | 69914908 | Market | Filled | Submitted via API. | | a2d4eafe-5ed1-0f43-c65b-f380610b7fb9 |
| 28/06/2019, 19:50:59 | XBTUSD | Buy | 7920 | 11949.5 | 7920 | 0 | null | 11949 | 66278916 | Market | Filled | Submitted via API. | | 7f8a3ca2-4d14-459a-1a8c-d171b3e9bf95 |
| 28/06/2019, 19:29:55 | XBTUSD | Buy | 2452 | 11770 | 2452 | 0 | null | 11770.5 | 20832633 | Market | Filled | Submitted via API. | | 93f17dbb-45f2-e98e-e9d5-54175ad11222 |
| 28/06/2019, 15:35:19 | XBTUSD | Buy | 1226 | 11369 | 1226 | 0 | null | 11369 | 10783712 | Market | Filled | Submitted via API. | | 025ebae5-c90c-f5f3-a20e-136123e2690a |
| 28/06/2019, 15:35:07 | XBTUSD | Buy | 3678 | 11370 | 3678 | 0 | null | 11370 | 32348267 | Market | Filled | Submitted via API. | | 1571df38-e94b-6804-df8d-bd6e896401be |
| 27/06/2019, 20:53:02 | XBTUSD | Buy | 3065 | 11667 | 3065 | 0 | null | 11667.5 | 26270667 | Market | Filled | Submitted via API. | | d3482763-279d-33e1-30da-d945297a0a35 |
| 27/06/2019, 18:24:52 | XBTUSD | Sell | 6743 | 11921.5 | 6743 | 0 | null | 11922 | 56561700 | Market | Filled | Submitted via API. | | b6c9b634-1ce1-8746-2638-1bfbb42ddb55 |
| 27/06/2019, 14:32:42 | XBTUSD | Buy | 6130 | 12445 | 6130 | 0 | null | 12445.5 | 49256757 | Market | Filled | Submitted via API. | | 26356183-6619-1e8b-79e2-6a39c9e2f47a |
| 27/06/2019, 05:05:05 | XBTUSD | Buy | 1 | 12660 | 1 | 0 | null | 12660 | 7899 | Market | Filled | Submitted via API. | | 58e909b2-6614-346a-f783-c233cacc7b96 |
| 27/06/2019, 05:04:55 | XBTUSD | Buy | 1 | 12562.5 | 1 | 0 | null | 12640.5 | 7960 | Limit | Filled | Submission from www.bitmex.com | | 98e68a97-3ca8-b518-153a-b947c512d188 |
| 26/06/2019, 20:18:43 | XBTUSD | Sell | 10451 | 12592.5 | 10451 | 0 | null | 12593 | 82993795 | Market | Filled | Submitted via API. | | 6f3fbd46-c848-1d85-ec7f-cc10bd95c3ee |
| 26/06/2019, 20:18:19 | ETHUSD | Sell | 8128 | 346.25 | 8128 | 0 | null | 346.28 | 281432000 | Market | Filled | Submitted via API. | | d5e1cf41-4d00-f5f8-1764-9c1145916cd5 |
| 26/06/2019, 14:03:34 | ETHUSD | Buy | 2322 | 329.95 | 2322 | 0 | null | 329.95 | 76614390 | Market | Filled | Submitted via API. | | 596970ed-f369-40a4-dfaa-d025c97c52df |
| 26/06/2019, 14:02:57 | ETHUSD | Buy | 1742 | 329.75 | 1742 | 0 | null | 329.75 | 57442450 | Market | Filled | Submitted via API. | | c5d9d87c-0115-33ee-2012-57a9c58f0deb |
| 26/06/2019, 13:51:09 | ETHUSD | Buy | 4064 | 329 | 4064 | 0 | null | 328.97 | 133705600 | Market | Filled | Submitted via API. | | 5950ce3e-ce9f-b421-715a-423634551574 |
| 26/06/2019, 08:38:29 | XBTUSD | Sell | 1161 | 11885 | 1161 | 0 | null | 11885 | 976861 | Market | Filled | Submitted via API. | | 0cc84aaf-d2ef-4daf-9194-76992e6549b4 |
| 26/06/2019, 08:31:41 | XBTUSD | Sell | 1162 | 11840.5 | 1162 | 0 | null | 11840 | 9813776 | Market | Filled | Submitted via API. | | 42ed2af8-0144-fbea-7ac7-f01ccdc4fe62 |
| 26/06/2019, 07:54:14 | XBTUSD | Sell | 1161 | 11796.5 | 1161 | 0 | null | 11796.5 | 9841901 | Market | Filled | Submitted via API. | | 4a9e9c8e-2adc-f172-9974-4b0548829a9c |
| 26/06/2019, 07:41:12 | XBTUSD | Sell | 1161 | 11747.5 | 1161 | 0 | null | 11748 | 9882954 | Market | Filled | Submitted via API. | | b3803f5-eb3e-a238-c90e-cae418a6cc96 |

| 26/06/2019, 06:57:49 | XBTUSD | Sell | 1161 | 11712.5 | 1161 | 0 | null | 11712.5 | 9912490 | Market | Filled | Submitted via API. | | 1319391f-2f33-480f-93df-25d6fe1dcbad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26/06/2019, 06:14:23 | XBTUSD | Sell | 1161 | 11634 | 1161 | 0 | null | 11634.5 | 9979375 | Market | Filled | Submitted via API. | | 0a2c510c-1299-e7f2-b8cd-b1978ac39e50 |
| 26/06/2019, 06:01:41 | XBTUSD | Sell | 1162 | 11606.5 | 1162 | 0 | null | 11606.5 | 10011629 | Market | Filled | Submitted via API. | | b604ba58-a350-484d-3bc6-9564952ab53c |
| 26/06/2019, 05:54:35 | XBTUSD | Sell | 1161 | 11554.5 | 1161 | 0 | null | 11554 | 10048037 | Market | Filled | Submitted via API. | | 0d349c8a-4218-eee3-ecae-ceaa6938116f |
| 26/06/2019, 05:40:39 | XBTUSD | Sell | 1161 | 11496 | 1161 | 0 | null | 11495.5 | 10099167 | Market | Filled | Submitted via API. | | 3678d7cd-1d64-74b1-1458-b17cbf19b318 |
| 26/06/2019, 03:50:58 | XBTUSD | Buy | 1 | 11372 | 1 | 0 | null | 11371.5 | 8794 | Market | Filled | Submitted from www.bitmex.com | | 07545424-e258-876a-b4a9-ddb5a958bc23 |
| 26/06/2019, 03:50:54 | XBTUSD | Sell | 1 | 11373.5 | 1 | 0 | null | 11374 | 8792 | Market | Filled | Submission from www.bitmex.com | | 2817e8c9-3c41-0471-1cd1-890caa12f273 |
| 26/06/2019, 03:27:40 | XBTUSD | Buy | 1 | 11359 | 1 | 0 | null | 11358.5 | 8804 | Market | Filled | Submitted from www.bitmex.com | | 18847cfe-33f0-6659-3726-649a293d72c5 |
| 26/06/2019, 03:27:37 | XBTUSD | Sell | 1 | 11357.5 | 1 | 0 | null | 11357 | 8805 | Market | Filled | Submission from www.bitmex.com | | 6e0c6e02-c60c-204f-4a25-7f75a2e6b9cd |
| 26/06/2019, 03:25:51 | XBTUSD | Buy | 1 | 11367.5 | 1 | 0 | null | 11367.5 | 8797 | Market | Filled | Submitted from www.bitmex.com | | c8656926-96c3-db35-d43e-7e5cf8cf0fee |
| 26/06/2019, 03:25:49 | XBTUSD | Sell | 1 | 11367 | 1 | 0 | null | 11367.5 | 8797 | Market | Filled | Submission from www.bitmex.com | | 08f730e8-3976-6153-a9cb-c34548fb047c |
| 26/06/2019, 03:24:22 | XBTUSD | Buy | 1 | 11370 | 1 | 0 | null | 11370 | 8795 | Market | Filled | Submitted via API. | | 8b582343-69f1-74b0-213f-73c59e02b40f |
| 26/06/2019, 03:24:17 | XBTUSD | Sell | 1 | 11369.5 | 1 | 0 | null | 11370 | 8795 | Market | Filled | Submission from www.bitmex.com | | bcf12935-500d-7463-654b-91283831936b |
| 25/06/2019, 03:48:26 | XBTUSD | Sell | 1 | 10916.5 | 1 | 0 | null | 10917 | 9160 | Market | Filled | Submitted via API. | | 5d666d89-c08d-79f2-1de8-26d1fe9d5db1 |
| 25/06/2019, 03:48:21 | XBTUSD | Buy | 1 | 10917 | 1 | 0 | null | 10917 | 9160 | Market | Filled | Submission from www.bitmex.com | | 4d4f68b1-0610-3077-a8bb-c346e6983719 |
| 25/06/2019, 03:45:21 | XBTUSD | Buy | 1 | 10882 | 1 | 0 | null | 10882.5 | 9189 | Market | Filled | Submitted via API. | | e1ab4546-b855-c402-b548-088a1b4ed71e |
| 25/06/2019, 03:45:18 | XBTUSD | Sell | 1 | 10881.5 | 1 | 0 | null | 10881.5 | 9190 | Market | Filled | Submission from www.bitmex.com | | a08c0116-5beb-3497-0f95-bd5054efd0c2 |

# EXHIBIT 6

| transactTime | transactType | amount | fee | address | transactStatus | walletBalance |
|---|---|---|---|---|---|---|
| 31/01/2020, 15:36:52 | Withdrawal | -24501693 | 100000 | | Completed | 0 |
| 10/08/2019, 20:01:00 | AffiliatePayout | 5697 | null | | Completed | 24501693 |
| 08/08/2019, 20:01:00 | AffiliatePayout | 28239 | null | | Completed | 24495996 |
| 06/08/2019, 20:01:00 | AffiliatePayout | 41975 | null | | Completed | 24467757 |
| 05/08/2019, 20:01:00 | AffiliatePayout | 30072 | null | | Completed | 24425782 |
| 04/08/2019, 20:01:00 | AffiliatePayout | 28442 | null | | Completed | 24395710 |
| 03/08/2019, 20:01:00 | AffiliatePayout | 12716 | null | | Completed | 24367268 |
| 25/07/2019, 19:43:48 | Withdrawal | -159356215 | 100000 | | Completed | 24354552 |
| 24/07/2019, 14:22:07 | Withdrawal | -88285560 | 100000 | | Completed | 183710767 |
| 21/07/2019, 03:58:10 | Withdrawal | -484400000 | 100000 | | Completed | 271996327 |
| 16/07/2019, 19:15:33 | Withdrawal | -40812851 | 50000 | | Completed | 756396327 |
| 11/07/2019, 20:00:00 | RealisedPNL | -78896761 | 0 | XBTUSD | Completed | 797209178 |
| 11/07/2019, 20:00:00 | RealisedPNL | -102130920 | 0 | ETHUSD | Completed | 876105939 |
| 10/07/2019, 20:00:00 | RealisedPNL | 4692939 | 0 | XBTUSD | Completed | 978236859 |
| 10/07/2019, 20:00:00 | RealisedPNL | -2316314 | 0 | ETHUSD | Completed | 973543920 |
| 09/07/2019, 20:00:00 | RealisedPNL | -551063 | 0 | XBTUSD | Completed | 975860234 |
| 09/07/2019, 20:00:00 | RealisedPNL | -297013 | 0 | ETHUSD | Completed | 976411297 |
| 06/07/2019, 20:00:00 | RealisedPNL | 22812046 | 0 | XBTUSD | Completed | 976708310 |
| 06/07/2019, 20:00:00 | RealisedPNL | -21715713 | 0 | ETHUSD | Completed | 953896264 |
| 06/07/2019, 16:39:06 | Deposit | 25037069 | null | | Completed | 975611977 |
| 05/07/2019, 20:00:00 | RealisedPNL | -2286220 | 0 | XBTUSD | Completed | 950574908 |
| 05/07/2019, 20:00:00 | RealisedPNL | -4116831 | 0 | ETHUSD | Completed | 952861128 |
| 04/07/2019, 20:00:00 | RealisedPNL | -269161 | 0 | XBTUSD | Completed | 956977959 |
| 04/07/2019, 20:00:00 | RealisedPNL | -1095803 | 0 | ETHUSD | Completed | 957247120 |
| 04/07/2019, 18:15:06 | Deposit | 60979103 | null | | Completed | 958342923 |
| 04/07/2019, 17:04:22 | Deposit | 367770569 | null | | Completed | 897363820 |
| 03/07/2019, 21:27:26 | Deposit | 228800000 | null | | Completed | 529593251 |
| 03/07/2019, 20:00:00 | RealisedPNL | -208985 | 0 | XBTUSD | Completed | 300793251 |
| 03/07/2019, 20:00:00 | RealisedPNL | -125132 | 0 | ETHUSD | Completed | 301002236 |
| 02/07/2019, 20:00:00 | RealisedPNL | 4854660 | 0 | XBTUSD | Completed | 301127368 |
| 29/06/2019, 23:23:14 | Deposit | 9126798 | null | | Completed | 296272708 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29/06/2019, 20:00:00 | RealisedPNL | 21839028 | 0 | XBTUSD | Completed | 287145910 |
| 29/06/2019, 03:23:33 | Deposit | 64812962 | null | | Completed | 265306882 |
| 29/06/2019, 02:19:53 | Deposit | 4345241 | null | | Completed | 200493920 |
| 29/06/2019, 01:49:05 | Deposit | 60489999 | null | | Completed | 196148679 |
| 28/06/2019, 23:55:07 | Deposit | 53603968 | null | | Completed | 135658680 |
| 28/06/2019, 20:00:00 | RealisedPNL | 797957 | 0 | XBTUSD | Completed | 82054712 |
| 28/06/2019, 11:31:07 | Deposit | 12487940 | null | | Completed | 81256755 |
| 27/06/2019, 22:23:38 | Deposit | 8348923 | null | | Completed | 68768815 |
| 27/06/2019, 20:00:00 | RealisedPNL | -6486135 | 0 | XBTUSD | Completed | 60419892 |
| 27/06/2019, 20:00:00 | RealisedPNL | 12780968 | 0 | ETHUSD | Completed | 66906027 |
| 27/06/2019, 04:48:53 | Deposit | 3526000 | null | | Completed | 54125059 |
| 26/06/2019, 20:00:00 | RealisedPNL | -51817 | 0 | XBTUSD | Completed | 50599059 |
| 26/06/2019, 20:00:00 | RealisedPNL | -180724 | 0 | ETHUSD | Completed | 50650876 |
| 25/06/2019, 20:00:00 | RealisedPNL | -25 | 0 | XBTUSD | Completed | 50831600 |
| 24/06/2019, 23:23:21 | Deposit | 50831625 | null | | Completed | 50831625 |