1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

13

ANATOLY SOROKIN,

              Plaintiff,

14

15

       v.

16

HDR GLOBAL TRADING LIMITED (d/b/a BitMEX), ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, and SAMUEL REED,

17

18

              Defendants.

19
20
21
22
23
24
25
26
27
28

Case No. 3:21-cv-03576-WHO

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ON GROUND OF FORUM NON CONVENIENS**

Date:    February 9, 2022
Time:    2:00 p.m.
Ctrm:    2 – 17th Floor
Judge:   Honorable William H. Orrick

The Motion to Dismiss on Ground of Forum Non Conveniens filed by defendants HDR Global Trading Limited, ABS Global Trading Limited, Arthur Hayes, and Samuel Reed (together, "Defendants") in the above-captioned matter came on for regular hearing on February 9, 2022.  All parties were represented by counsel of record at the time of the hearing.

Having read and considered Defendants' Notice of Motion and Motion to Dismiss, the supporting Memorandum of Points and Authorities, the Declarations of Alexander Höptner and Stephen D. Hibbard, the pleadings and records on file in this action, and all other papers filed by the parties in support of and in opposition to Defendants' Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefore,

**WHEREAS** England is an adequate alternative forum; English law applies under a choice of law determination; and the balance of public and private interests favor trying this suit in England.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss on ground of *forum non conveniens* is **GRANTED**, and this action is **DISMISSED**.

**SO ORDERED.**

DATED: _____    _____
                                      THE HONORABLE WILLIAM H. ORRICK
                                      UNITED STATES DISTRICT JUDGE