| | |
|---|---|
| Stephen D. Hibbard (State Bar No. 177865)<br>sdhibbard@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.415.626.3939<br>Facsimile: +1.415.875.5700<br><br>Attorneys for Defendants<br>HDR GLOBAL TRADING LIMITED and ABS GLOBAL TRADING LIMITED<br><br>Peter I. Altman (State Bar No. 285292)<br>paltman@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>Telephone: +1.310.229.1000<br>Facsimile: +1.310.229.1001<br><br>Attorneys for Defendant<br>ARTHUR HAYES<br><br>Pavel I. Pogodin, Ph.D. (State Bar No. 206441)<br>pp@consensuslaw.io<br>CONSENSUS LAW<br>5245 Av. Isla Verde, Suite 302<br>Carolina, PR 00979<br>United States of America<br>Telephone: +1.650.469.3750<br>Facsimile: +1.650.472.8961<br><br>Attorneys for Plaintiff<br>ANATOLY SOROKIN | Douglas K. Yatter (State Bar No. 236089)<br>douglas.yatter@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: +1.212.906.1200<br>Facsimile: +1.212.751.4864<br><br>Matthew Rawlinson (State Bar No. 231890)<br>matt.rawlinson@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: +1.650.328.4600<br>Facsimile: +1.650.463.2600<br><br>Attorneys for Defendant<br>SAMUEL REED |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>         Plaintiff,<br><br>     v.<br><br>HDR GLOBAL TRADING LIMITED (A.K.A. BITMEX), ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, AND SAMUEL REED,<br><br>         Defendants. | Case No. 3:21-cv-03576-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS ON GROUND OF FORUM NON CONVENIENS** |

1    Plaintiff Anatoly Sorokin ("Plaintiff") and Defendants HDR Global Trading Limited,
2    ABS Global Trading Limited, Arthur Hayes, and Samuel Reed (together, "Defendants," and
3    collectively, the "Parties"), through their counsel of record, stipulate as follows:
4        WHEREAS, on May 12, 2021, Plaintiff filed his Complaint (ECF 1);
5        WHEREAS, on October 7, 2021, Plaintiff filed a First Amended Complaint (ECF 22);
6        WHEREAS, on November 8, 2021, the Court entered an Order Granting Defendants'
7    Administrative Motion Requesting an Order Requiring the Filing of Plaintiff's Proposed Second
8    Amended Complaint (ECF 28), which outlined Plaintiff's deadline to file a Second Amended
9    Complaint and set a briefing schedule and page limits for Defendants' motion to dismiss or to
10   otherwise respond to the Second Amended Complaint;
11       WHEREAS, on November 12, 2021, Plaintiff filed a Second Amended Complaint (ECF
12   30);
13       WHEREAS, on December 17, 2021, Defendants responded to the Second Amended
14   Complaint by filing a Motion to Dismiss Plaintiff's Second Amended Complaint under Federal
15   Rule of Civil Procedure 12(b) ("Motion to Dismiss") (ECF 38, 39), which set the hearing for
16   March 2, 2022 at 2 p.m.;
17       WHEREAS, on January 3, 2022, Defendants filed a Motion to Dismiss on Ground of
18   Forum Non Conveniens ("FNC Motion") (ECF 44), which set the hearing for February 9, 2022 at
19   2 p.m.; and
20       WHEREAS, the Parties have met and conferred and have agreed to the proposal below
21   resetting the briefing schedule and hearing date for Defendants' FNC Motion to align with
22   Defendants' Motion to Dismiss.
23       NOW THEREFORE, pursuant to Civil L.R. 7-12, the undersigned parties, by and through
24   their counsel of record, stipulate as follows, subject to the Court's approval:
25       1.    Plaintiff's oppositions to Defendants' Motion to Dismiss and FNC Motion shall be
26   due no later than January 21, 2022, the date previously ordered for Plaintiff's opposition to
27   Defendants' Motion to Dismiss;
28       2.    Defendants' replies to their Motion to Dismiss and FNC Motion shall be due no

1  later than February 11, 2022, the date previously ordered for Defendants' reply in support of their
2  Motion to Dismiss;
3       3.     The hearing date for Defendants' FNC Motion is continued from February 9, 2022
4  to March 2, 2022 at 2 p.m., the same date and time as the hearing on Defendants' Motion to
5  Dismiss;
6       4.     The page limits in connection with Defendants' Motion to Dismiss continue to be
7  governed by the November 8, 2021 order entered by the Court (ECF 28); and
8       5.     The page limits in connection with Defendants' FNC Motion continue to be
9  governed by the Northern District of California Local Rules.

Dated: January 20, 2022               JONES DAY

By: */s/ Stephen D. Hibbard*
      Stephen D. Hibbard

Counsel for Defendants
HDR GLOBAL TRADING LIMITED and
ABS GLOBAL TRADING LIMITED

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Peter I. Altman*
      Peter I. Altman

Counsel for Defendant
ARTHUR HAYES

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | |
| 3 | By: */s/ Douglas K. Yatter* |
| 4 |     Douglas K. Yatter<br>    Matthew Rawlinson |
| 5 | Counsel for Defendant |
| 6 | SAMUEL REED |
| 7 | CONSENSUS LAW |
| 8 | |
| 9 | By: */s/ Pavel I. Pogodin*<br>    Pavel I. Pogodin |
| 10 | Counsel for Plaintiff |
| 11 | ANATOLY SOROKIN |

1  I, Stephen D. Hibbard, am the ECF User whose ID and password are being used to file
2  this STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION
3  TO DISMISS ON GROUND OF FORUM NON CONVENIENS.  In compliance with Civil L.R.
4  5-1(h)(3), I hereby attest that all signatories concur in this filing.
5  DATED:  January 20, 2022

*/s/ Stephen D. Hibbard*
STEPHEN D. HIBBARD

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified.  The hearing dates for both the Motion to Dismiss and the FNC Motion will be continued until March 9, 2022, at 2:00 p.m.

DATED: January 20, 2022

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE