Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
CONSENSUS LAW
5245 Ave Isla Verde
Suite 302
Carolina, PR 00979
United States of America
Telephone: (650) 469-3750
Facsimile: (650) 472-8961
Email: pp@consensuslaw.io

Sanjay Prasad, Esq. (SBN 191230)
APPLETON LUFF
221 Main Street, #496
Los Altos, CA 94023
United States of America
Telephone: (650) 918-7647
Email: prasad@appletonluff.com

Attorneys for Plaintiff
Anatoly Sorokin

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Anatoly Sorokin,<br><br>                    Plaintiff,<br><br>      v.<br><br>HDR Global Trading Limited (d/b/a BitMEX), ABS Global Trading Limited, Arthur Hayes and Samuel Reed,<br><br>                    Defendants. | Case No.  3:21-CV-03576-WHO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**<br><br>**Discovery Cutoff: None Set**<br>**Pretrial Conference Date: None Set**<br>**Trial Date: None Set** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Notice is hereby given pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that Plaintiff Anatoly So-

rokin ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by any of the Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action without prejudice is effective upon the filing of this notice.

Dated: January 24, 2022

Respectfully submitted,

By: /s/ Pavel I. Pogodin
     Pavel I. Pogodin

CONSENSUS LAW
Pavel I. Pogodin, Ph.D., Esq.
5245 Ave Isla Verde, Suite 302
Carolina, PR 00979
United States of America
Email: pp@consensuslaw.io
Attorneys for Plaintiff
Anatoly Sorokin

CONSENSUS LAW
CRYPTOCURRENCY ATTORNEYS

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2 - ANATOLY SOROKIN V. HDR ET AL. CASE NO. 3:21-CV-03576-WHO