UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLY SOROKIN,<br><br>      Plaintiff,<br><br>   v.<br><br>HDR GLOBAL TRADING LIMITED, et al.,<br><br>      Defendants. | Case No. 21-cv-03576-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 47 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: January 24, 2022

_____
WILLIAM H. ORRICK
United States District Judge